1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  ZEV SHECHTMAN (State Bar No. 266280)
   *zs@DanningGill.com*
3  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
4  SONIA SINGH (State Bar No. 311080)
   *ssingh@DanningGill.com*
5  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
6  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
7  Facsimile: (310) 277-5735

8  Attorneys for Plaintiff, Michael McConnell,
   Chapter 11 Trustee

9

10                  **UNITED STATES BANKRUPTCY COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12                         **NORTHERN DIVISION**

13  In re                                Case No. 9:19-bk-11573-MB

14  HVI CAT CANYON, INC.,                Chapter 11

15              Debtor.

16  MICHAEL A. McCONNELL, CHAPTER 11     Adv. No. _____
    TRUSTEE,
17                                       **TRUSTEE'S COMPLAINT FOR
                Plaintiff,               DECLARATORY RELIEF**
18
         vs.                             Date:   See Summons
19                                       Time:   See Summons
    DONNA JEAN AANERUD, an individual;   Crtrm.: See Summons
20  RICHARD W. ACKERMAN, Trustee;
    JANE A. ADAMS, an individual;
21  JOHN S. ADAMS, an individual;
    CHARLES C. ALBRIGHT, Trustee Under
22  Trust of 5/20/76;
    OTHER DEFENDANTS LISTED ON
23  EXHIBIT "1" HERETO and
    DOES 1-100,
24
                Defendants.
25

26

27

28

   1573738.1  26932                        1

Plaintiff Michael A. McConnell, the Chapter 11 trustee (the "Trustee" or "Plaintiff") for the estate of HVI Cat Canyon, Inc., alleges as follows:

## JURISDICTION

1.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157(b), 1334(b), and 2201(a). This adversary proceeding is brought pursuant to 11 U.S.C. §§ 105(a), 365, and 541. This adversary proceeding arises in and under and relates to the bankruptcy case under Chapter 11 of the United States Bankruptcy Code entitled *In re HVI Cat Canyon, Inc.*, Case No. 9:19-bk-11573-MB (the "Bankruptcy Case"), which is presently pending before the United States Bankruptcy Court for the Central District of California, Northern Division. This action constitutes a case or controversy under Article III, section 2 of the United States Constitution.

2.    This action is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

3.    This action is commenced pursuant to Federal Rule of Bankruptcy Procedure 7001.

4.    The Court can and should enter a final judgment herein. If and to the extent that the Court determines that it lacks jurisdiction or authority to enter a final judgment, Plaintiff requests that the Court submit findings of fact and conclusions of law for consideration to the District Court.

## INTRODUCTION

5.    By this Complaint, the Trustee is seeking a ruling of the Bankruptcy Court that the treatment of the HVI Cat Canyon, Inc. oil and gas leases where the Trustee is the lessee is governed by California state real property law, and not by § 365 of the United States Bankruptcy Code. This is an important step in the Trustee's intended plan to sell HVI Cat Canyon, Inc.'s interest in the oil and gas leases to a responsible owner/operator who will be respected by the lessors, surface owners, royalty owners and federal and state regulators. Because the Trustee does not believe that there is a controlling legal precedent in the Ninth Circuit on the issues raised in this Complaint, a declaratory judgment by this Court will clarify and settle the legal relations of the parties and afford all parties relief from insecurity and uncertainty.

1573738.1  26932

2

1

2                                    **THE PARTIES**

3        6.      Plaintiff is Michael A. McConnell, who brings this adversary proceeding solely in

4    his capacity as the Chapter 11 Trustee serving in the Bankruptcy Case pending for HVI Cat

5    Canyon, Inc. (the "Debtor").

6        7.      Plaintiff is informed and believes, and based thereon alleges, that the Defendants

7    listed on Exhibit "1" are individuals or entities who are royalty claimants and/or owners of real

8    property interests in the State of California with respect to which the Debtor owns oil, gas, and/or

9    mineral extraction rights.

10       8.      The true names and capacities of individuals or entities that Plaintiff designates as

11   "Does" 1 through 100, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by

12   such fictitious names.  The above named defendants and Does 1 through 100 are referred to

13   collectively as "Defendants."  Plaintiff is informed and believes that, due to the absence of

14   complete documentation relating to property rights and interests currently available to the Trustee,

15   the list of Defendants in Exhibit "1" may be incomplete.  Accordingly, the Plaintiff anticipates the

16   possibility that additional Defendants will be added and that Plaintiff may seek leave to amend this

17   Complaint when such names are ascertained.

18

19                                **GENERAL ALLEGATION**

20   **Bankruptcy Background**

21       9.      On July 25, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for

22   relief under Chapter 11 of title 11 of the United States Bankruptcy Code (the "Code").

23       10.     The case was originally filed in the Southern District of New York.  The case was

24   transferred to the Northern District of Texas, and then later to the Central District of California.

25       11.     On or about October 16, 2019, the Court entered its order directing the United States

26   Trustee to appoint a Chapter 11 trustee.

27       12.     On or about October 21, 2019, the Court approved the appointment of Michael A.

28   McConnell as the Chapter 11 Trustee for the Debtor's case.

1573738.1  26932                              3

## The Debtor's Business

13.     Plaintiff is informed and believes, and based thereon alleges, that the Debtor is a Colorado corporation authorized to conduct business in the state of California.

14.     Plaintiff is informed and believes, and based thereon alleges, that the Debtor is the owner and operator of producing oil and gas interests in California.

15.     Plaintiff is informed and believes, and based thereon alleges, that the Debtor owns an approximately 100% working interest and an average 85% net revenue interest in several oilfields in the Santa Maria Valley of Santa Barbara County, North Belridge in Kern County, and Richfield East Dome Unit in Orange County (the properties in which the Debtor owns the aforementioned working interests and revenue interests shall be referred to as the "Lands").

16.     Plaintiff is informed and believes, and based thereon alleges, that the Debtor has over 1,000 oil wells on the Lands.

## The Subject Rights

17.     Plaintiff is informed and believes, and based thereon alleges, that the Debtor's rights to extract oil and/or gas and/or minerals from the Defendants' properties (the "Subject Rights") are memorialized in documents recorded in the relevant county recorders' offices.

18.     Plaintiff is informed and believes, and based thereon alleges, that the documents memorializing the Subject Rights are described as oil, gas and/or mineral leases (the "Leases"), which are listed in Exhibit "2" hereto along with the known names and addresses of the associated Defendants.

19.     Under California law, the grant of an oil and gas lease is the grant of a real property interest.  When the right to extract oil and gas from the land is severed from ownership of the land and separately held, as is the case when an oil and gas lease is granted to a lessee, the oil and gas rights are an incorporeal interest in real property known as a profit á *prendre*, which is a burden or encumbrance on the property indistinguishable in effect from an easement. *Callahan v. Martin*, 3 Cal. 2d 110, 118 (1935); *Dabney Johnston Oil Corp. v. Walden*, 4 Cal. 2d 637, 649 (1935).  In

1    other words, an oil and gas lease is a burden on the fee simple (so-called "surface") rights in the

2    subject property such that the rights of any "surface owner" are subject to and burdened by: (a) the

3    rights of the lessee to drill for and produce oil and gas; (b) the rights of the lessee to retain the

4    substances brought to the surface; that is, an ownership in the oil and gas if, as, and when

5    produced; and (c) the right, title and interest of the lessee to enter into, occupy, use, and improve

6    the surface of each and all of the subject properties, subject to the applicable lease(s), unit

7    agreements, or other related agreements affecting that property, insofar as is necessary for the

8    lessee to conduct its oil and gas operations.

9        20.    Plaintiff is informed and believes, and based thereon alleges, that the Subject Rights

10    constitute assets of the estate under section 541 of the Bankruptcy Code.

11        21.    Plaintiff is actively pursuing the sale of the Subject Rights pursuant to section 363 of

12    the Code.

13        22.    In order to complete the sale of the Subject Rights to a competent operator, the

14    Plaintiff must determine the estate's rights and obligations with respect to the Subject Rights,

15    including whether section 365 of the Code applies to the Subject Rights.

16

17                        **FIRST CLAIM FOR RELIEF**

18                    **(Declaratory Relief Against All Defendants)**

19        23.    Plaintiff refers to and incorporates herein by reference each and every allegation

20    contained in paragraphs 1 through 22, inclusive, of this Complaint as though fully set forth herein.

21        24.    There is no known Ninth Circuit authority addressing whether or not section 365 of

22    the Code applies to rights in California otherwise characterized as oil, gas, and/or mineral leases,

23    such as the Subject Rights.

24        25.    However, the Plaintiff believes that California, pre-Code Ninth Circuit (*Laugharn v.*

25    *Bank of Am. Nat'l Tr. & Sav. Ass'n*, 88 F. 2d 551 (9th Cir. 1937)), and court decisions from outside

26    of the Ninth Circuit support a determination that section 365 of the Code does not apply to the

27    Subject Rights.

28

1573738.1  26932                              5

26.    In the absence of binding authority under the Code, there is uncertainty, insecurity, and actual controversy on this issue because the Plaintiff alleges that the Subject Rights are not the subjects of executory contracts or unexpired leases under section 365 of the Code, while one or more Defendants have asserted, and others are likely to assert, that the Subject Rights are the subjects of executory contracts or unexpired leases under section 365 of the Code.

27.    This Complaint for declaratory relief is necessary and appropriate so that the Plaintiff and Defendants can eliminate the uncertainty, insecurity, and controversy with respect to the applicability or inapplicability of section 365 by obtaining a judgment determining that the Subject Rights constitute property of the estate under section 541 of the Code, and are not the subjects of executory contracts or unexpired leases under section 365 of the Code.

**WHEREFORE**, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

### <u>ON THE FIRST CLAIM FOR RELIEF</u>:

1.    Declaration that the Subject Rights constitute property of the estate under section 541 of the Code, and are not the subjects of executory contracts or unexpired leases under section 365 of the Code.

2.    For an award of Plaintiff's costs incurred in connection with this Complaint.

3.    For such other and further relief as the Court deems just and proper.

DATED: January 21, 2020            DANNING, GILL, ISRAEL & KRASNOFF, LLP


By:    _/s/ Zev Shechtman_____
        ZEV SHECHTMAN
        Attorneys for Plaintiff, Michael McConnell,
        Chapter 11 Trustee

1573738.1  26932                            6

EXHIBIT "1"

1                                          **EXHIBIT "1"**

2                                 **List Of Additional Defendants**

3

4   DONNA JEAN AANERUD, an individual;*

5   RICHARD W. ACKERMAN, Trustee;*

6   JANE A. ADAMS, an individual;*

7   JOHN S. ADAMS, an individual;*

8   CHARLES C. ALBRIGHT, Trustee Under Trust of 5/20/76;*

9   JANE ELIZABETH ALLEN, an individual;

10   RUTH LEIGH ALLEN, an individual;

11   ANDREWS ROYALTY LP, a business entity;

12   NANCY W. ASHTON, Trustee of The Nancy W. Ashton Revocable Trust;

13   EST OF SUZANNE LAFORCE BABER, William Baber III Executor;

14   JEAN F BACAL, Trustee;

15   SARAH BARBOUR, an individual;

16   ANDREW BARBOUR, an individual;

17   JANNA BARBOUR, an individual;

18   KATHARINE T. BARDIN, an individual;

19   ANN BARKER, an individual;

20   BYRON BARKER, an individual;

21   NELDA J. BAYHA, Trustee of the Bayha Family Trust;

22   BCD MINERLAS LLC, a business entity;

23   DIANE B. BEDFORD, an individual;

24   WILLIAM J. BEDFORD, an individual;

25   BEJAC CONSTRUCTION CO., a business entity;

26   ADOLPH J. BELASQUEZ, an individual;

27

28   _____
    * The first five names are listed in the caption.

1 | LINDA D. BELASQUEZ, an individual;
2 | DAVID A. BELL, an individual;
3 | DIANE M. BELL, an individual;
4 | JOANNE L. BELL, an individual;
5 | JUDY L. BELL, an individual;
6 | KENNETH L. BELL, an individual;
7 | OTIS F. BELL, Trustee;
8 | JAMES BETTIGA, Trustee of the James O. Bettiga Trust #1; DTD 11/1/78;
9 | BEVERLY HILLS PRESBYTERIAN CHURCH, a business entity;
10 | CODY BISHOP, an individual;
11 | FRANK M BOISSERANC, Trustee of the Norman T. Boisseranc Fmly Trust;
12 | JANET PIERCE BOSTIC, an individual;
13 | SUSAN NOREEN BOYDEN, an individual;
14 | BRADLEY LAND COMPANY, a business entity;
15 | CASEY L. BRANQUINH TRUST, Trustee;
16 | JOHN A. BRANQUINH TRUST, Trustee;
17 | LUKE W. BRANQUINH TRUST, Trustee;
18 | DAVID C BRIGHT, an individual;
19 | BARBARA LAYNE BROWN, an individual;
20 | LANCE H. BROWN, Trustee of The Lance H. Brown Trust;
21 | VIRGINIA BAYHA BUCHANAN, an individual;
22 | SHEANA BUTLER ET AL, an individual;
23 | PAIGE K. BYASSEE TRUST, Trustee;
24 | GARY EDWARD CAIN, an individual;
25 | JOHN JEFFERY CAIN, an individual;
26 | DEANNA T. CALLAN, an individual;
27 | CONSTANCE B. CARTWRIGHT, an individual;
28 | LYN CHADEZ, an individual;

1. CHAMBERLIN OIL LLC, a business entity;
2. ELIZABETH GRESHAM CHILDRESS, an individual;
3. KATHLEEN W. CLIFT, an individual;
4. ROBERT A. CLOSSON, an individual;
5. SARAH CLOSSON, an individual;
6. CMT, LLC, a business entity;
7. JOAN COLLIER TRUST, Trustee;
8. JAY COLLINS, an individual;
9. PAMELA COLLINS, an individual;
10. DAVID E. COMBS, an individual;
11. JUDITH J. COMBS, an individual;
12. SUSAN J. CONDIE, an individual;
13. DANIEL R. CONNOLLY, an individual;
14. DAVID T. CONNOLLY, an individual;
15. JANE E. CONNOLLY, an individual;
16. JOHN CONNOLLY, an individual;
17. MATHEW CONNOLLY, an individual;
18. THOMAS E. CONNOLLY, an individual;
19. THE ESTATE OF MARK D CONNOLY, by its Personal Representative;
20. MICHELLE L. CORCOLEOTES, Trustee of Burton J. Twitchell Revocable Trust;
21. CORIAN CROSS HOLDINGS, LP, a business entity;
22. FRANCIS T. CORNISH, Trustee for Leo Blochman;
23. KITTY LEE COX, an individual;
24. LOUISE L. CRAIG, an individual;
25. DOUGLAS S. CRAMER, an individual;
26. MARY CRANE, Trustee;
27. STANLEY RAYMOND CRANE, an individual;
28. MARGARET ANN CROWELL, Trustee;

1  D & L CRANE REVOCABLE TRUST DATED 5/23/2000, Trustee;

2  LAURA LYPPS DANIEL, an individual;

3  HAROLD H. DAVIS, Trustee of the Harold H. David Trust #xx0985;

4  DALE H. DAVIS, an individual;

5  BENITA PELAYO DE MARTINEZ, an individual;

6  LUPE G. DECASAS, an individual;

7  MUREL A. DENNIS, an individual;

8  OPAL D. DOMEIKA, an individual;

9  ANNE DOMONOSKE, an individual;

10  LOUIS DORADO, an individual;

11  HEIDI DORRIS, Trustee of the H. James Hopkins Trust;

12  ELIZABETH DUCK, an individual;

13  CLIFF T. DUGGER, Trustee of Janice F Dugger Family Trust;

14  CLIFFORD DUGGER, an individual;

15  MARK F. DUGGER, Trustee of Janice F Dugger Family Trust;

16  LOUISE K. DURKEE, an individual;

17  DEBRA DURNEY, an individual;

18  SHARON DURNEY, an individual;

19  JEROME BREVOORT DWIGH, an individual;

20  LELA MINTURN DWIGH, an individual;

21  JONATHAN ASHLEY DWIGHT, an individual;

22  LORI EDWARDS, Trustee of the Lori Edwards Trust;

23  ELLER FAMILY TRUST, Trustee;

24  BARTELO R. ENCINAS, an individual;

25  ELIZABETH WALLACE ESSER, an individual;

26  DOMINIC C. ETCHANDY, an individual;

27  JOHN ETCHANDY, an individual;

28  LOIS ETCHANDY, an individual;

1   ROBERT ETCHANDY, an individual;

2   ALICE M. EVANS, Trustee of the Rick Trust under The Evans Family Trust Dtd 1/20/89;

3   RICHARD V. EVANS, Trustee of the Rick Trust under The Evans Family Trust Dtd 1/20/89;

4   CANDACE LAINE EVENSON, an individual;

5   JOHN A. FELICIANO, Trustee of John A. Feliciano Revocable Trust;

6   LOUISE H. FELICIANO, Trustee of Louise H. Feliciano Revocable Trust;

7   ADAM B. FIRESTONE, an individual;

8   LEONARD K. FIRESTONE, DEC'D Estate of Leonard K. Firestone, by its Personal

9   Representative;

10   FRANCINE PHILLIPS FISHER, an individual;

11   CHARLOTTE A. FOSTER, an individual;

12   DONALD H. FOSTER, an individual;

13   GEORGE  FOSTER, an individual;

14   HERBERT FOSTER, an individual;

15   WILLIAM L. FOSTER, an individual;

16   RENE FOWLER, Co-Trustees of the P.A. Righetti Trust;

17   BEATRICE  GALEWOOD, an individual;

18   BRYAN GALEWOOD, an individual;

19   JANET K. GANONG, an individual;

20   ESTATE MANUELA G. GARCIA, by its Personal Representative;

21   JUANITA A. GARCIA, an individual;

22   CLIFFORD O. GATEWOOD, an individual;

23   GARY B. GATEWOOD, an individual;

24   KENNETH E. GATEWOOD, an individual;

25   RICHARD A. GATEWOOD, an individual;

26   INA V. GATHAS, an individual;

27   WILLIAM C. GATHAS JR., an individual;

28   WALDO A. GILLETTE, JR., an individual;

1   MILDRED SEYMOUR GILLIAN TRUST, Trustee;

2   HELEN GLASS, an individual;

3   ARNOLD H. GOLD, TRUSTEE, Trustee of the Hatway Family Q/Tip Trust date 2/18/84;

4   CHRISTOPHER JOHN GORDON, an individual;

5   DAVID MURPHY GORDON, an individual;

6   KATHLEEN N. GRAHAM, an individual;

7   ANNE E. GRESHAM, an individual;

8   GARY GRESHAM, an individual;

9   GAIL GRESHAM, an individual;

10  VIRGINIA KESTNER GRISWOLD, an individual;

11  GRL, LLC, a business entity;

12  GUARANTEE ROYALTIES INC., a business entity;

13  BEATRICE F. GUINN, an individual;

14  CAROLINE G. GWERDER, an individual;

15  JEFF HALL, an individual;

16  KATHERINE S. HANBERG, an individual;

17  WILLIAM HANBERG, an individual;

18  NANCY W. HANNA, an individual;

19  KURT C. HARBORDT, an individual;

20  HELEN HATHAWAY, Trustee of the J.I. Hathaway Family Trust;

21  JULIAN HATHAWAY, Trustee of the J.I. Hathaway Family Trust;

22  ANNA HATHAWAY TRUST ACCT.02-0846-30, Trustee;

23  JOHN AND WINOLA HAZARD REVOCABLE TRUST, Trustee;

24  WILLIAM L. HJORTH TRUST, Trustee;

25  MARY HOEXTER, an individual;

26  CAMERON S. HOLMAN TRUST, Trustee;

27  HOLLY L. HOLMAN TRUST, Trustee;

28  HEATHER L. HOLMAN TRUST, Trustee;

1  GRETCHEN HOWARD, an individual;

2  ELIZABETH SUSAN HUNT, an individual;

3  ANTHONY D. HUNTER, an individual;

4  DEREK K. HUNTER, an individual;

5  CARALEE DEAN IVERSON, an individual;

6  J.P. MORGAN-CHASE, Trustee;

7  JOHN C. JACKSON TRUST, Trustee;

8  PETER JACKSON, JR. TRUST, Trustee;

9  WILLIAM L. JACKSON TRUST, Trustee;

10  JAMES A BARBOUR TRUST, Trustee;

11  ALLEN DAVID JANES, an individual;

12  GARY A A. JERMAN, an individual;

13  SUSAN J. JERMAN, an individual;

14  DAVID JORDAN, an individual;

15  JP MORGAN CHASE BANK, Trustee;

16  FRED M KAY, M.D., an individual;

17  JOHN PATRICK KEARNEY, Conservator of Est of Patricia Anne Shaw;

18  C. J. KELLEY, JR., an individual;

19  EUGENE KENWAY, an individual;

20  ROBERT KESTNER, an individual;

21  NANCY LAFORCE KEYES, an individual;

22  PATRICIA A. KODY, an individual;

23  JOSEPH KRAUS, an individual;

24  MARK KRAUS, an individual;

25  JOAN KRAUSE, Trustee of the Frederick C. Krause Trust Two;

26  ISAAC N. KRAUSHAAR, Trustee of the Kraushaar Trust B.;

27  PHYLLIS AILEEN KRUGER, an individual;

28  THEODORE KRUGER, an individual;

1    W. WATSON LAFORCE JR., an individual;

2    MARGARET S. LANDON, an individual;

3    LANDOWNERS ROYALTY CO., a business entity;

4    LAOR, a business entity;

5    JACQUELINE THOMAS LAW, an individual;

6    MARGARET D. LEE TRUST, Trustee;

7    MARGARET D. LEE, an individual;

8    ALICE G. LENZ, an individual;

9    ROBIN ALLYN LUSH, an individual;

10    BRETT WILLIAM LUSH, an individual;

11    GEORGE R. LUTON TRUST, Trustee;

12    NICHOLAS B. LUTON TRUST, Trustee;

13    BENJAMIN RICHARD LYPPS, an individual;

14    CATHERINE M. LYPPS, Trustee;

15    CHARLES NORBERT LYPPS, an individual;

16    DAVID H. LYPPS, an individual;

17    HEIDI ELIZABETH LYPPS, an individual;

18    JACK J. LYPPS, an individual;

19    LINDA C. MAHNKEN, Trustee;

20    CHARLENE MARIE, an individual;

21    PAUL MARKLING, an individual;

22    PHILLIS MARKLING, an individual;

23    THE MARSHALL FAMILY PLAN, L.P., a business entity;

24    PATRICIA ANN MARTIN, an individual;

25    JACK MAXWELL, an individual;

26    DANIEL MAY, Trustee of the Johnson Trust;

27    SANDRA D MCENTEE, an individual;

28    NANCY W. MCGILVRA, an individual;

1    PAULA MCGINNIS, an individual;

2    MICHAEL MCLAUGHLIN, an individual;

3    SEAN MCLAUGHLIN, an individual;

4    TIM MCLAUGHLIN, an individual;

5    BETH MCMANIS, an individual;

6    LEIGH T. MEDEMA, an individual;

7    JAN L. MEYER, an individual;

8    MILDRED H. HARBORDT TRUST, Trustee;

9    GEORGE MITCHELL, an individual;

10    SHARHE MITCHELL, an individual;

11    NANCY D. MONIGHETTI TRUST, Trustee;

12    R. M. MONIGHETTI TRUST, Trustee;

13    ANNE W. MOODY, an individual;

14    ESTHER MORALES, an individual;

15    FREDERICK A. MORELL, Trustee of The Frederick A. Morell Trust;

16    MICHELE MORETTI, an individual;

17    THE MORGANTI RANCH, a Limited Partnership;

18    GARY WAYNE MORLOCK, an individual;

19    HORACE MORLOCK, an individual;

20    JANIS L. MORLOCK, an individual;

21    MAY H. MORRISON, an individual;

22    ZACHARY MORRISON, Trustee of the Morrison Family Trust-GST Non-exempt;

23    MUNICIPAL SECURITIES COMPANY, a business entity;

24    JUANITA MUNOZ, an individual;

25    JOHN D. NACCARATO, an individual;

26    TIMOTHY NACCARATO, an individual;

27    NAESS FAMILY TRUST B, Trustee;

28    CONSTANCE NAPOLITANO, an individual;

1  OLGA NEISSER, an individual;

2  RONALD LEE NEWARK, Trustee of the Ronald Newark Family Trust;

3  SHERRILL LYNN NEWARK, an individual;

4  RONALD L. NEWARK, an individual;

5  JOHN S. NEWTON, an individual;

6  ODYSSEY ROYALTIES, L.L.C., a business entity;

7  PAM OGDEN, an individual;

8  JUDY A. OLDHAM, Trustee of the Laura R. Claussen Trust;

9  ANGIE G. OLIVARES, an individual;

10  AUDREY OXANDABOURE, an individual;

11  JEFFERY OXANDABOURE, an individual;

12  MICHAEL OXANDABOURE, an individual;

13  NORMA OXANDABOURE, an individual;

14  PACIFIC AMERICAN OIL CO., a business entity;

15  LESLIE C. PAYNE, an individual;

16  MARK F. PAYNE, an individual;

17  DAVID ALAN PEARCE, an individual;

18  JOHN DANA PEARCE, an individual;

19  MARILYN PESTOLES, Trustee of the Pestolesi Family Trust;

20  ROBERT A. PESTOLES, Trustee of the Pestolesi Family Trust;

21  PETROROCK, LLC, a business entity;

22  RALPH A. PHILLIPS, an individual;

23  PLACENTIA UNIFIED SCHOOL DIST, Trustee;

24  PRESBYTERIAN CHURCH (USA), a business entity;

25  RAY PRESCOTT, an individual;

26  MARTHA PULLEN, an individual;

27  PAUL PULLEN, an individual;

28  PUNTA DE LAGUNA PROPERTIES LLC, a business entity;

1    PURSUIT ENERGY CORP., a business entity;

2    PAULA PYCHE, an individual;

3    SAMANTHA ANN RAYMOND, an individual;

4    RDI ROYALTY DISTRIBUTORS INC., a business entity;

5    ELAINE S REEVES, an individual;

6    ROY W. REEVES, an individual;

7    ROSALIND RENOUARD, an individual;

8    JUDY A. RIGERS, an individual;

9    TIMOTHY RIGHETTI, Co-Trustees of the P.A. Righetti Trust;

10    PAUL T. RIGHETTI, an individual;

11    SUSAN RIGHETTI, an individual;

12    SALLY RITTER, an individual;

13    ROBERT D. ETCHANDY TRUST, Trustee;

14    JAMES R. ROBERTS, an individual;

15    TERESA ROGERSON, an individual;

16    ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, Trustee;

17    ROMAN CATHOLIC BISHOP OF ORANGE, Trustee;

18    THE ROUNDROCK GROUP, a business entity;

19    CHARLES RUBY JR., an individual;

20    GRIFFITH L. RUBY, an individual;

21    SADD FAMILY TRUST, Trustee;

22    HERNANDO SAMPER, an individual;

23    SANTA BARBARA COTTAGE HOSPITAL, a business entity;

24    SANTA BARBARA FOUNDATION, a business entity;

25    SANTA MARIA JOINT UNION HIGH SCHOOL DIST, a business entity;

26    THOMAS SCANLON, an individual;

27    THEODORE A. SCHILLING, an individual;

28    ANN JENNEY SCHUPP, an individual;

1  FRANK P. SCOTT, an individual;

2  HERBERT DAVID SCOTT, an individual;

3  ROBERT P. SCOTT, an individual;

4  ARLINE SEBOURN, Trustee of the M. and A. Beeson Trust;

5  ALICE SEDWICK, DEC'D Estate of Alice Sedwick, by its Personal Representative;

6  SUSANNA SEDWICK, Trustee;

7  KATHLEEN C. SEYMOUR, an individual;

8  JEFFREY SHAFFER MD, an individual;

9  PAMELA SHELLHORN, an individual;

10  JAMES J. SHELTON, JR, an individual;

11  ALICE KAREN SHERRILL, an individual;

12  N. ETHEL SKIFF, an individual;

13  CLIFFORD E. SMELSER, an individual;

14  BARBARA SPENCER, an individual;

15  JAIMA SPENCER, an individual;

16  MARIANNE PEARCE SPRINGER, Trustee;

17  NORMA SPRINGFIELD, an individual;

18  LOU ANN STEINWAND, Trustee of the Steinwand Family Trust;

19  PAUL J. STEINWAND, Trustee of the Steinwand Family Trust;

20  EUGENE J. STERN RESIDUARY TRUST, Trustee;

21  DAVID H. STERN TRUST, Trustee;

22  DEBORAH R. STERN, an individual;

23  JOHN L. STERN, an individual;

24  CLAUDETTE T. STOFFEL, an individual;

25  STONER FAMILY TRUST, Trustee;

26  MARJORIE ANNE STRELLMAN, an individual;

27  SUTHERLAND RESOURCES INC., a business entity;

28  SHIRLEY SWAN, an individual;

1 | ANNE B. TAYLOR, Trustee of the William Taylor Family Trst;

2 | EVELINE TAYLOR, an individual;

3 | LILLIAN K. TAYLOR, Trustee;

4 | WILLIAM H. TAYLOR, Trustee of the William Taylor Family Trst;

5 | ESTATE OF CECIL T. THOMAS, JR.; by its Personal Representative

6 | ROBERT S. THOMAS, Trustee;

7 | REBECCA G. THOMPSON, an individual;

8 | CAROL M THOMPSON, an individual;

9 | KRISTINE TOMLINSON, Trustee of the Norman Family Trust;

10 | CAROL A. TRAVIS, an individual;

11 | GEORGE R. TUERK, an individual;

12 | ARTHUR LEONARD TUGGY, an individual;

13 | AILEEN TWITCHELL, an individual;

14 | DENNIS W. TWITCHELL, an individual;

15 | GLENN R. TWITCHELL, Trustee of the Frederick M. Twitchell Ts;

16 | JOHN TWITCHELL, an individual;

17 | KYLE T. TWITCHELL, Trustee of Burton J. Twitchell Revocable Trust;

18 | VALERIE V. TWITCHELL, Trustee of Burton J. Twitchell Revocable Trust;

19 | U/W E W PYNE #XX-X3904, Trustee;

20 | CLAUDIA VALENTINE, an individual;

21 | RONALD FRED VAN VLIET, an individual;

22 | VICTORY OIL CO., a business entity;

23 | A. WILLIAM WADSWORTH, an individual;

24 | DOUGLAS D. WALDRON JR, an individual;

25 | DIANE T. WALKER, an individual;

26 | LARRY L. WALLACE JT/WROS., an individual;

27 | MARY L. WALLACE JT/WROS., an individual;

28 | RICHARD A. WALLACE, Trustee of the Richard A. Wallace Trust;

1  ARTHUR W. WALLANDER JR., an individual;

2  WELLS FARGO BANK, Trustee of the Johnston Trust FBO Wm Doughty XX1758;

3  CATHERINE WELLS, an individual;

4  WILLIAM BOYD WELLS, an individual;

5  JOHN H. WENTS, Doris R. Wents Trustee;

6  JOHN WERTIN, an individual;

7  ROBERT EMIL WETZEL, an individual;

8  THOMAS J. WETZEL, an individual;

9  TERRI DENISE WHITLOCK, an individual;

10  ALICE SEDWICK WOHL, an individual;

11  MARY M. WOHLFORD, an individual;

12  ESTATE OF EDNA G. YORBA, by its Personal Representative;

13  FRED J YSLAS, an individual;

14  DENA ZEPEDA, an individual;

15  DOROTHEA K ZUCKERMAN, Trustee of the D.J. Wassner Revocable Trust, 1-24-95;

16  DOROTHY K. ZUCKERMAN, an individual;

17  EDWARD K. ZUCKERMAN, an individual;

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "2"

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| Donna | Jean | Aanerud | | 523 W. CITRACADO PARKWAY | ESCONDIDO, CA 92025 | REDU |
| Richard | W. | Ackerman | RICHARDS W. ACKERMAN TRUST 3-14-77 | P.O. BOX 559 | DARBY, MT 59829 | REDU |
| Jane | A. | Adams | | PO BOX 264 | YORBA LINDA, CA 92885 | REDU |
| John | S. | Adams | | PO BOX 264 | YORBA LINDA, CA 92885 | REDU |
| CHARLES | C. | ALBRIGHT | | 729 W. 16th STREET #88 | COSTA MESA, CA 92627 | Belridge |
| Jane | Elizabeth | Allen | | 2683 ALAMEDA CIRCLE | CARLSBAD, CA 92009 | REDU |
| RUTH | LEIGH | ALLEN | | PO Box 291 | Shandon, CA 92451-0291 | RIGHETTI |
| | | ANDREWS ROYALTY LP | | PO BOX 7808 | DALLAS, TX 75209 | Belridge |
| NANCY | W. | ASHTON | | PO BOX 2236 | CAREFREE, AZ 85377 | BROWN |
| Jean | F | EST OF SUZANNE LAFORCE BABER | WILLIAM BABER III EXECUTOR | 30 FAIRVIEW CIRCLE | CHICO, CA 95928 | Belridge |
| | | Bacal | THE EPLEY IRREVOCABLE TRUST OF '98' | 3967 CENTER AVENUE | NORCO, CA 92860 | REDU |
| SARAH | | BARBOUR | | 2432 Forgue Dr. | Forest Grove, OR. 97116 | Belridge |
| ANDREW | B. | BARBOUR | | 4520 N. Scenic Mountain Dr | Tucson, AZ 85750 | Belridge |
| JANNA | | BARBOUR | | 66 Lois St. | Plymouth, NH. 03801 | Belridge |
| KATHARINE | T. | BARDIN | | 14402 Old Mission Rd | DADE CITY, FL 33525 | PAYNE |
| KATHARINE | T. | BARDIN | | 14402 Old Mission Rd | DADE CITY, FL 33525 | PAYNE |
| Ann | | Barker | | 811 WENDT TERRACE | LAGUNA BEACH, CA 92651 | REDU |
| Byron | J. | Barker | | 811 WENDT TERRACE | LAGUNA BEACH, CA 92651 | REDU |
| Nelda | J. | Bayha | TRUSTEE OF THE BAYHA FAMILY TRUST | 4145 SW TUALATIN AVE | PORTLAND, OR 97239 | REDU |
| | | BOD Minerlas LLC | DAVID BRIGHT | 61 ST ANDREWS CIRCLE | CRESTED BUTTE, CO 81224 | REDU |
| DIANE | B. | BEDFORD | | 617 S. OAK KNOLL AVE. | PASADENA, CA 91106 | BROWN |
| WILLIAM | J. | BEDFORD | | 1489 POPPY DECK RD | PASADENA, CA 91105 | BROWN |
| | | Bejac Construction Co. | Attn: CAROL BURNIT | 5510 Via Sepulveda | Yorba Linda, CA 92887 | REDU |
| Adolph | J. | Belasquez | | 820 MARION BLVD. | FULLERTON, CA 92635 | REDU |
| Linda | D. | Belasquez | | 820 MARION BLVD. | FULLERTON, CA 92635 | REDU |
| DAVID | A. | BELL | | 2996 BONNELL RD | COEUR D'ALENE, ID 83814 | RIGHETTI |
| DAVID | A. | BELL | | 2996 BONNELL RD | COEUR D'ALENE, ID 83814 | ARELLANES |
| DAVID | A. | BELL | | 2996 BONNELL RD | COEUR D'ALENE, ID 83814 | CASMALIA-MORGANTI |
| DIANE | M. | BELL | | 254 N. CANYON BLVD. | MONROVIA, CA 91016 | RIGHETTI |
| DIANE | M. | BELL | | 254 N. CANYON BLVD. | MONROVIA, CA 91016 | ARELLANES |
| DIANE | M. | BELL | | 254 N. CANYON BLVD. | MONROVIA, CA 91016 | CASMALIA-MORGANTI |
| JOANNE | L. | BELL | | 252 N. CANYON BLVD. | MONROVIA, CA 91016 | RIGHETTI |
| JOANNE | L. | BELL | | 252 N. CANYON BLVD. | TRUCKEE, CA 96162 | ARELLANES |
| JOANNE | L. | BELL | | 252 N. CANYON BLVD. | MONROVIA, CA 91016 | CASMALIA-MORGANTI |
| JUDY | L. | BELL | | PO BOX 9462 | TRUCKEE, CA 96162 | RIGHETTI |
| JUDY | L. | BELL | | PO BOX 9462 | TRUCKEE, CA 96162 | CASMALIA-MORGANTI |
| JUDY | L. | BELL | | PO BOX 9462 | MONROVIA, CA 91016 | ARELLANES |
| KENNETH | L. | BELL | | 711 FELLOWSHIP ROAD | SANTA BARBARA, CA 93109 | RIGHETTI |
| KENNETH | L. | BELL | | 711 FELLOWSHIP ROAD | SANTA BARBARA, CA 93109 | ARELLANES |
| KENNETH | L. | BELL | | 711 FELLOWSHIP ROAD | SANTA BARBARA, CA 93109 | CASMALIA-MORGANTI |

1

HVI – EXHIBIT 2 .xlsx

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| OTIS | F. | BELL | c/o SHERRY BELL | 4090 LUNA CT | PLACERVILLE, CA 95667 | RIGHETTI |
| OTIS | F. | BELL | c/o SHERRY BELL | 4090 LUNA CT | PLACERVILLE, CA 95667 | ARELLANES |
| OTIS | F. | BELL | c/o SHERRY BELL | 4090 LUNA CT | PLACERVILLE, CA 95667 | CASMALIA-MORGANTI |
| JAMES | | BETTIGA | | 8029 North Lee Highway | Raphine, VA 24472 | BETTIGA |
| JAMES | P. | BETTIGA | | 8029 North Lee Highway | Raphine, VA 24472 | BETTIGA |
| | | BEVERLY HILLS PRESBYTERIAN CHURCH | | 505 N. RODEO DRIVE | BEVERLY HILLS, CA 90210 | RIGHETTI |
| | | BEVERLY HILLS PRESBYTERIAN CHURCH | | 505 N. RODEO DRIVE | BEVERLY HILLS, CA 90210 | ARELLANES |
| | | BEVERLY HILLS PRESBYTERIAN CHURCH | | 505 N. RODEO DRIVE | BEVERLY HILLS, CA 90210 | CASMALIA-MORGANTI |
| Cody | | Bishop | | 521 QUAIL RUN COURT | MONTEREY, CA 93940 | REDU |
| Frank | M | Boisseranc | NORMAN T. BOISSERANC FMLY TRUST | 300 W. PASEO DE CRISTOBAL | SAN CLEMENTE, CA 92672 | REDU |
| Janet | Pierce | Bostic | | 1900 N. TORREY PINES, SUITE 124 | LAS VEGAS, NV 89108-2655 | REDU |
| Susan | Noreen | Boyden | | 1364 EMERAUDE GLEN | ESCONDIDO, CA 92029 | REDU |
| | | BRADLEY LAND COMPANY | | P.O. box 1932 | SANTA MARIA, CA 93456 | BRADLEY LAND |
| | | BRADLEY LAND COMPANY | | P.O. box 1932 | SANTA MARIA, CA 93456 | BRADLEY LAND |
| CASEY | L | BRANQUINH TRUST | C/o MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA 93101 | LUTTON |
| JOHN | A. | BRANQUINH TRUST | C/o MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA 93101 | LUTTON |
| LUKE | W. | BRANQUINH TRUST | C/o MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA 93101 | LUTTON |
| David | C | Bright | | 2770 W. LINCOLN AVE. SPR30 | Anaheim, CA 92801 | REDU |
| BARBARA | LAYNE | BROWN | | 1326 CALLE GOYA | OCEANSIDE, CA 92056 | KEMP A |
| BARBARA | LAYNE | BROWN | | 1326 CALLE GOYA | OCEANSIDE, CA 92056 | KEMP A |
| LANCE | H. | BROWN | | PO BOX 307 | LOS OLIVOS, CA 93441 | BROWN |
| Virginia | Bayha | Buchanan | | 6380 Cresthaven Drive | La Mesa, CA 91942 | REDU |
| SHEANA | | BUTLER ET AL | C/o Judy Crookshanks | 505 SANSOME STREET #1701 | SAN FRANCISCO, CA 94111-3121 | Belridge |
| PAIGE | K. | BYASSE TRUST | C/o DAMASCO & ASSOCIATES C/o MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA 93101 | LUTTON |
| GARY | EDWARD | CAIN | | 120 SLOAN MT LANE | GRANTS PASS, OR 97527 | Belridge |
| JOHN | JEFFERY | CAIN | | 100 OCEANO - APT 4 | SANTA BARBARA, CA 93109 | Belridge |
| DEANNA | T. | CALLAN | | 4041 E. Fanfol Drive | PHOENIX, AZ 85028 | MCFADDIN |
| CONSTANCE | B. | CARTWRIGHT | | 435 EAST 52ND STREET | NEW YORK, NY 10022 | Belridge |
| Lyn | | Chadez | | 4585 AVE DE LOS ARBOLES | YORBA LINDA, CA 92886 | REDU |
| | | CHAMBERLIN OIL LLC | | P.O. BOX 218 | LOS OLIVOS, CA 93441 | CHAMBERLIN |
| | | CHAMBERLIN OIL LLC | | P.O. BOX 218 | | CHAMBERLIN |

HM – EXHIBIT 2.xlsx

2

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| ELIZABETH | GRESHAM | CHILDRESS | | 10613 NE 156TH STREET | BRUSH PRAIRE, WA 98606 | PAYNE |
| ELIZABETH | GRESHAM | CHILDRESS | | 10613 NE 156TH STREET | BRUSH PRAIRE, WA 98606 | PAYNE |
| Kathleen | W. | Clift | | 6722 E. HORSESHOE ROAD | ORANGE, CA 92869 | REDU |
| Kathleen | Wetzel | Clift | | 6722 HORSESHOE ROAD | ORANGE, CA 92869 | REDU |
| Kathleen | Wetzel | Clift | | 6722 HORSESHOE ROAD | ORANGE, CA 92869 | REDU |
| Robert | A. | Closson | | 1093 HWY 12 East | TOWNSEND, MT 59644-9801 | REDU |
| Sarah | | Closson | | 1093 HWY 12 East | TOWNSEND, MT 59644-9801 | REDU |
| | | CMT, LLC | | 1975 Prell Road | Santa Maria, CA 93454 | LLOYD LEASE |
| | | CMT, LLC | | 1975 Prell Road | Santa Maria, CA 93454 | LLOYD LEASE |
| | | CMT, LLC | | 1975 Prell Road | Santa Maria, CA 93454 | LLOYD LEASE |
| | | CMT, LLC | | 1975 Prell Road | Santa Maria, CA 93454 | LLOYD LEASE |
| | | Joan Collier Trust | | 1720A San Luis Drive | San Luis Obispo, CA 93401 | REDU |
| Jay | | Collins | c/o Pam Collins | 19 Martin Circle | PADUCAH, KY 42001 | RIGHETTI |
| Jay | | Collins | c/o Pam Collins | 19 Martin Circle | PADUCAH, KY 42001 | ARELLANES |
| Jay | | Collins | c/o Pam Collins | 19 Martin Circle | PADUCAH, KY 42001 | CASMALIA-MORGANTI |
| Pamela | | Collins | c/o Pam Collins | 19 Martin Circle | PADUCAH, KY 42001 | RIGHETTI |
| Pamela | | Collins | c/o Pam Collins | 19 Martin Circle | PADUCAH, KY 42001 | ARELLANES |
| Pamela | | Collins | c/o Pam Collins | 19 Martin Circle | PADUCAH, KY 42001 | CASMALIA-MORGANTI |
| DAVID | E. | COMBS | | P. O. BOX 2767 | LONG BEACH, CA 90801 | Belridge |
| JUDITH | J. | COMBS | | 2030 E. WELLINGTON AVENUE | SANTA ANA, CA 92701-3182 | Belridge |
| SUSAN | J. | CONDIE | | 2870 Shale Creek Drive | Reno, NV 89511-9147 | Bell |
| SUSAN | J. | CONDIE | | 2870 Shale Creek Drive | Reno, NV 89511-9147 | PALMER STENDEL |
| DANIEL | R. | CONNOLLY | | 7620 N El Dorado St   Apt 195 | Stockton, CA 95207 | Belridge |
| DAVID | T. | CONNOLLY | | 1168 Larch Avenue | Moraga, CA 94556 | Belridge |
| JANE | E. | CONNOLLY | | 2123 Granada Blvd | Coral Gable, FL 33134-4704 | Belridge |
| JOHN | | CONNOLLY | | 220 NW Drake Road | Bend, OR 97703 | Belridge |
| MATHEW | | CONNOLLY | | 21878 Repine Dr. | Bend, OR 97701 | Belridge |
| THOMAS | E. | CONNOLLY | | 2121 Donald DR #17 | Moraga, CA 94556 | Belridge |
| | | THE ESTATE OF MARK D CONNOLY | William M.Rebero | 901 Sneath Lane, Suite 100 | SAN BRUNO, CA 94066 | Belridge |
| MICHELLE | L. | CORCOLEOTES | | P.O. Box 1127 | Santa Maria, CA 93456 | Bell |
| MICHELLE | L. | CORCOLEOTES | | P.O. Box 1127 | Santa Maria, CA 93456 | PALMER STENDEL |
| | | Corian Cross Holdings, LP | | 30800 Rancho Viejo Rd. | San Juan Capistrano, CA 92675 | REDU |
| FRANCIS | T. | CORNISH | | P.O. BOX 1437 | ALTURAS, CA 96101 | PALMER STENDEL |
| FRANCIS | T. | CORNISH | | P.O. BOX 1437 | ALTURAS, CA 96101 | Bell |
| Kitty | Lee | Cox | | 2903 MC4018 | YELLVILLE, AR 72687 | REDU |
| Louise | L. | Craig | | 30 BURR AVENUE | HEMPSTEAD, NY 11550-2522 | REDU |
| DOUGLAS | S. | CRAMER | | 160 E. 72ND STREET, 11TH FLOOR | NEW YORK, NY 10021 | BROWN |
| MARY | | CRANE | | 9564 N. BUTTE ROAD | LIVE OAK, CA 95953 | Belridge |
| STANLEY | RAYMOND | CRANE | | 123 LORIMER AVENUE | SALINAS, CA 93901 | Belridge |
| Margaret | Ann | Crowell | | 24004 Delantal | Mission Viejo, CA 92692 | REDU |
| | | D & L CRANE REVOCABLE TRUST Dated 5/23/2000 | | 11565 Township Road | Live Oak, CA 95953 | Belridge |
| Laura | | Lypps | Daniel | 16 SUNRISE | WESTBROOK, CT 06498 | REDU |

3

HM – EXHIBIT 2.xlsx

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| HAROLD | H. | DAVIS | WELLS FARGO BANK XX3283 | 5262 N. BLACKSTONE AVE. | FRESNO, CA 93710-0000 | BROWN |
| DALE | H. | DAVIS | | 6627 Gebser Ct. | Reno, NV 89511 | HARBORDT LEASE |
| DALE | H. | DAVIS | | 6627 Gebser Ct. | Reno, NV 89511 | HARBORDT LEASE |
| Benita | Pelayo | De Martinez | | 4505 E. PHILO AVE. | ORANGE, CA 92869 | REDU |
| Lupe | G. | Decasas | | 1026 AVE DEL PIO PICO | PLACENTIA, CA 92670 | REDU |
| MUREL | A. | DENNIS | | 1637 KENYON PLACE | CLAREMONT, CA 91711 | KEMP A |
| MUREL | A. | DENNIS | | 1637 KENYON PLACE | CLAREMONT, CA 91711 | KEMP A |
| OPAL | D. | DOMEIKA | | 18271 SOUTH 350 EAST | CLINTON, IN 47842-7206 | Belridge |
| Anne | | Domonoske | | PO BOX 2172 | VENTURA, CA 93002 | REDU |
| Louis | | Dorado | | 606 VAN BUREN | PLACENTIA, CA 92670 | REDU |
| HEIDI | | DORRIS | | P.O. BOX 1166 | VALLEY CENTER, CA 92082 | HOPKINS |
| HEIDI | D | DORRIS | | P.O. BOX 1166 | VALLEY CENTER, CA 92082 | HOPKINS |
| ELIZABETH | | DUCK | | 219 MAMMOTH SP. LANE | DICKINSON, TX 77539-4045 | KEMP A |
| ELIZABETH | | DUCK | | 219 MAMMOTH SP. LANE | DICKINSON, TX 77539-4045 | KEMP A |
| Cliff | T. | Dugger | | 622 West Lee Drive | Santa Maria, CA 93455 | Bell |
| CLIFF | T. | DUGGER | TWITCHELL AND RICE | 622 West Lee Drive | Santa Maria, CA 93455 | PALMER STENDEL |
| CLIFFORD | | Dugger | TWITCHELL AND RICE | 622 West Lee Drive | SANTA MARIA, CA 93458 | Bell |
| CLIFFORD | | DUGGER | | 622 West Lee Drive | SANTA MARIA, CA 93458 | PALMER STENDEL |
| MARK | F. | Dugger | | 622 West Lee Drive | Santa Maria, CA 93455 | Bell |
| MARK | F. | DUGGER | | 622 West Lee Drive | Santa Maria, CA 93455 | PALMER STENDEL |
| Louise | K. | Durkee | | 2892 SUNSET PLACE | LOS ANGELES, CA 90005-3912 | REDU |
| DEBRA | | DURNEY | | 3127 S. CHURCH ST. | WHITEHALL, PA 18052 | Goodwin |
| SHARON | | DURNEY | | 2713 GOLONDRIMA WAY | PALM SPRINGS, CA 92264 | Goodwin |
| JEROME | BREVOORT | DWIGHT | | 205 W 88TH STREET APT. 4B | NEW YORK, NY 10024 | BROWN |
| LELA | MINTURN | DWIGHT | | 143 GAMBIER STREET | SAN FRANCISCO, CA 94134 | BROWN |
| JONATHAN | ASHLEY | DWIGHT | | 401 15 ST NE | AUBURN, WA 98002 | BROWN |
| Lori | | Edwards | Attn: LORI EDWARDS | 835 W. WARNER RD, SUITE 101-441 | GILBERT, AZ 85233 | REDU |
| Bartelo | R. | Eller Family Trust | | P.O. BOX 1111 | LAKE FOREST, CA 92609 | REDU |
| ELIZABETH | WALLACE | Encinas | | 124 1/2 W. SANTA FE | PLACENTIA, CA 92670-5632 | REDU |
| Dominic | C. | ESSER | | 120-55 PROSPECT ST. | RIDGEFIELD, CT 68770 | BROWN |
| John | | Etchandy | | 5030 E. CRESCENT DRIVE | ANAHEIM, CA 92807 | REDU |
| Lois | | Etchandy | | 12742 E. TRASK AVE. | GARDEN GROVE, CA 92643-3041 | REDU |
| Robert | | Etchandy | | 140 STRADA PLACE | ANAHEIM, CA 92807 | REDU |
| | | | C/O MR. JOHN MCCULLOCH | 315 SOUTH VIA MONTANERA | ANAHEIM, CA 92807-402 | REDU |
| Alice | M. | Evans | TRUSTEES OF THE RICK TRUST UNDER THE EVANS FAMILY TRUST DTD 1/20/89 | 2127 NORTH FREEMAN | SANTA ANA, CA 92706 | REDU |
| Alice | M. | Evans | TRUSTEES OF THE RICK TRUST UNDER THE EVANS FAMILY TRUST DTD 1/20/89 | 2127 NORTH FREEMAN | SANTA ANA, CA 92706 | REDU |
| Richard | V. | Evans | TRUSTEES OF THE RICK TRUST UNDER THE EVANS FAMILY TRUST DTD 1/20/89 | 2127 NORTH FREEMAN | SANTA ANA, CA 92706 | REDU |

4

HVI – EXHIBIT 2.xlsx

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| Richard | V. | Evans | TRUSTEES OF THE RICK TRUST UNDER THE EVANS FAMILY TRUST DTD 1/20/89 | 2127 NORTH FREEMAN | SANTA ANA, CA 92706 | REDU |
| CANDACE | LAINE | EVENSON | | | | LAINE |
| JOHN | A. | FELICIANO | | PO BOX 368 | LOS OLIVOS, CA 93441 | BROWN |
| LOUISE | H. | FELICIANO | | PO BOX 368 | LOS OLIVOS, CA 93441 | BROWN |
| ADAM | B. | FIRESTONE | | 620 McMurray Road | BUELLTON, CA 93427 | BROWN |
| LEONARD | K. | FIRESTONE | | PO BOX 2457 | RANCHO MIRAGE, CA 92270-1087 | BROWN |
| Francine | Phillips | Fisher | | 772 KESTERL COURT | REDMOND, OR 97756 | REDU |
| Charlotte | A. | Foster | | 6706 CEDAR LANE, APT #2 | WESTMONT, IL 60559-335 | REDU |
| Donald | H. | Foster | | 5431 NE 35TH #5 | SILVER SPRING, FL 34488-942 | REDU |
| George | | Foster | | 5924 S. ADA STREET | CHICAGO, IL 60636-1802 | REDU |
| Herbert | | Foster | C/O SALLY FOSTER | 9610 S. MASON AVENUE | OAK LAWN, IL 60453-285 | REDU |
| William | L. | Foster | | 3983 RIDGE ROAD | BUFORD, GA 30519-371 | REDU |
| RENE | | FOWLER | | 7476 Gradosa Road | SANTA MARIA, CA 93455 | RIGHETTI |
| Beatrice | | Galewood | 6371 VAN BUREN ST. | P.O. BOX 56 | ATWOOD, CA 92601-0056 | REDU |
| Bryan | | Galewood | 6371 VAN BUREN ST. | P.O. BOX 56 | ATWOOD, CA 92601-0056 | REDU |
| Janet | K. | Ganong | | 2307 MYRTLE STREET | BAKERSFIELD, CA 93301 | REDU |
| | | Estate of Manuela G. Garcia | DEPARTMENT OF HEALTH SERVICES | CASE #1600/55/30 P.O. BOX 2946 | SACRAMENTO, CA 95814 | REDU |
| Juanita | A. | Garcia | | 3353 GEORGETOWN PL | SANTA CLARA, CA 95051-1535 | REDU |
| Clifford | O. | Gatewood | | 1661 BUENA VISTA | CORONA, CA 91720 | REDU |
| Gary | B. | Gatewood | | 1821 ROAD 72 | PASCO, WA 99301 | REDU |
| Kenneth | E. | Gatewood | | 913 S. GRAND AVE., SPACE 35 | SAN JACINTO, CA 92583 | REDU |
| Richard | A. | Gatewood | | 12206 Mapple Street | Mountain Home, AR 72653 | REDU |
| Ina | V. | Gathas | | 631 N. LEMON ST. | ANAHEIM, CA 92805-2627 | REDU |
| William | C. | Gathas Jr. | | 1308 E. ROSEWOOD AVE. | ANAHEIM, CA 92805-1118 | REDU |
| WALDO | A. | GILLETTE, JR. | | PO BOX 877 | FRIDAY HARBOR, WA 98250-0877 | LLOYD LEASE |
| WALDO | A. | GILLETTE, JR. | | PO BOX 877 | FRIDAY HARBOR, WA 98250-0877 | LLOYD LEASE |
| | | MILDRED SEYMOUR GILLIAN TRUST | | 2633 THIRD STREET | LA VERNE, CA 91750 | KEMP A |
| HELEN | | GLASS | | 1241 Kurt Avenue | Modesto, CA 95350 | RIGHETTI |
| HELEN | | GLASS | | 1241 Kurt Avenue | Modesto, CA 95350 | ARELLANES |
| HELEN | | GLASS | | 1241 Kurt Avenue | Modesto, CA 95350 | CASMALIA-MORGANTI |
| Arnold | H. | Gold, Trustee | Hatway Family Q/Tip Trust date 2/18/84 | 10842 Alta View Drive | Studio City, CA 91604-3901 | REDU |
| CHRISTOPHER | JOHN | GORDON | | 49015 Cedros Circle | La Quita, CA 92253 | Belfidge |
| DAVID | MURPHY | GORDON | | P. O. BOX 3049 | SANTA CRUZ, CA 95063 | Belfidge |
| KATHLEEN | N. | GRAHAM | | 1163 JONES BAR TRAIL | PLUMAS LAKE, CA 95961 | Belfidge |
| ANNE | E. | GRESHAM | | 20412 VINEYARD LANE | CASTAIC CA 91384 | PAYNE |
| ANNE | E. | GRESHAM | | 20412 VINEYARD LANE | CASTAIC CA 91384 | PAYNE |
| GARY | | GRESHAM | | P.O. Box 1017 | Buellton, CA 93427 | PAYNE |
| GAIL | | GRESHAM | | 7941 La Riviera Drive | Sacramento, CA 95826 | PAYNE |
| GAIL | | GRESHAM | | 7941 La Riviera Drive | Sacramento, CA 95826 | PAYNE |

5

HW -- EXHIBIT 2 .xlsx

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| GARY | | GRESHAM | | P.O. Box 1017 | Buellton, CA 93427 | PAYNE |
| VIRGINIA | KESTNER | GRISWOLD | | 210 HALEY LNE | WATSONVILLE, CA 95076 | Belridge |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | Bell |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | CHAMBERLIN |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | KEMP A |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | LUTTON |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | PALMER STENDEL |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | RIGHETTI |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | Thomas |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | KEMP A |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | BROWN |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | | CHAMBERLIN |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | ARELLANES |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | Belridge |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | HARBORDT LEASE |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | CASMALIA-BONETTI |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | CASMALIA-MORGANTI |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | Bradley |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | BETTIGA |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | MCFADDIN |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | HOPKINS |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | LAINE |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | MORETTI |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | BRADLEY LAND |
| | | GRL, LLC | | 45 Rockefeller Plaza Suite 2401 | New York, NY 10111 | PAYNE |
| | | Guarantee Royalties Inc. | | 11801 WOSHINGTON BLVD. | LOS ANGELES, CA 90066 | REDU |
| Beatrice | F. | Guinn | C/O RICHARD J. LAUTER & COMPANY | 6082 RIDGE WAY | YORBA LINDA, CA 92886 | REDU |
| Beatrice | F. | Guinn | | 6082 RIDGE WAY | YORBA LINDA, CA 92886 | REDU |
| CAROLINE | G. | GWERDER | ADVANCED ROYALTY RECOUP INTST | P.O. BOX 242 | WALNUT GROVE, CA 95690 | Goodwin |
| JEFF | | HALL | | 6245 E. DIABLO SUNRISE ROAD | TUCSON, AZ 85756 | PAYNE |
| JEFF | | HALL | | 6245 E. DIABLO SUNRISE ROAD | TUCSON, AZ 85756 | PAYNE |
| KATHERINE | S. | HANBERG | As Joint Tenant with rights of survivor | PO BOX 1911 | LOMPOC, CA 93438 | BROWN |
| WILLIAM | | HANBERG | As Joint Tenant with rights of survivor | PO BOX 1911 | LOMPOC, CA 93438 | BROWN |
| NANCY | W. | HANNA | | 300 E. 56TH ST., APT 27G | NEW YORK 10122 | RIGHETTI |
| NANCY | W. | HANNA | | 300 E. 56TH ST., APT 27G | NEW YORK 10122 | ARELLANES |
| NANCY | W. | HANNA | | 300 E. 56TH ST., APT 27G | NEW YORK 10122 | CASMALIA-MORGANTI |
| KURT | C. | HARBORDT | | 14A EAST 3RD STREET | FREDERICK, MD 21701 | HARBORDT LEASE |
| KURT | C. | HARBORDT | | 14A EAST 3RD STREET | FREDERICK, MD 21701 | HARBORDT LEASE |

HVI – EXHIBIT 2 .xlsx

6

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| Helen | | Hathaway | TRUSTEE, J.I. HATHAWAY FAMILY TRUST | 11854 FLORENCE AVENUE | SANTA FE SPRINGS, CA  90670-1404 | REDU |
| Julian | | Hathaway | TRUSTEE, J.I. HATHAWAY FAMILY TRUST | 11854 FLORENCE AVENUE | SANTA FE SPRINGS, CA  90670-1404 | REDU |
| | | Anna Hathaway Trust Acct.02-0846-30 | NORTHERN TRUST BANK OF CALIF. N.A. | P.O. BOX 226270 | DALLAS, TX  75222-6270 | REDU |
| | | JOHN AND WINOLA HAZARD REVOCABLE TRUST | | 2119 Verde St. | Bakersfield, CA  93304 | Goodwin |
| | | WILLIAM L. HJORTH TRUST | | 2128 MOUNTAIN VIEW | CHULA VISTA, CA 91910 | Belridge |
| MARY | | HOEXTER | | 899 EAST CHARLESTON RD., APT M308 | PALO ALTO, CA 94303 | PALMER STENDEL |
| MARY | | HOEXTER | | 899 EAST CHARLESTON RD., APT M308 | PALO ALTO, CA 94303 | Bell |
| CAMERON | S. | HOLMAN TRUST | C/O MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA  93101 | LUTTON |
| HOLLY | L | HOLMAN TRUST | C/O MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA  93101 | LUTTON |
| HEATHER | L | HOLMAN TRUST | C/O MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA  93101 | LUTTON |
| Gretchen | | Howard | | 12011 6TH AVE. N.W. | SEATTLE, WA  98177 | REDU |
| Elizabeth | Susan | Hunt | | 1445 SE Division St | Portland, OR  97202 | REDU |
| Anthony | D. | Hunter | | 1712 CHEDDAR STREET | LAS VEGAS NV 89117 | REDU |
| Derek | K. | Hunter | | 15 BLUE RIDGE LANE | WOODSIDE, CA  94062-250 | REDU |
| Caralee | Dean | Iverson | | 175 CAMILLE CT | ALAMO, CA  94507 | REDU |
| | | J.P. MORGAN-CHASE | ATT: MICHAEL KEARNEY REF: 030057 NASSAU ASSOC-SABA | 450 WEST 33RD ST., 15TH FLOOR | NEW YORK, NY 10041 | ARELLANES |
| | | J.P. MORGAN-CHASE | ATT: MICHAEL KEARNEY REF: 030057 NASSAU ASSOC-SABA | 450 WEST 33RD ST., 15TH FLOOR | NEW YORK, NY 10041 | RIGHETTI |
| | | J.P. MORGAN-CHASE | ATT: MICHAEL KEARNEY REF: 030057 NASSAU ASSOC-SABA | 450 WEST 33RD ST., 15TH FLOOR | NEW YORK, NY 10041 | CASMALIA-MORGANTI |
| JOHN | C | JACKSON TRUST | C/O MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA  93101 | LUTTON |
| PETER | | JACKSON, JR. TRUST | C/O MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA  93101 | LUTTON |
| WILLIAM | L | JACKSON TRUST | C/O MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA  93101 | LUTTON |

7

HW – EXHIBIT 2.xlsx

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| | | JAMES A BARBOUR TRUST | WELLS FARGO TRUST OIL & GAS | P. O. BOX 5383 | DENVER, CO 80217 | Belridge |
| Allen | David | Janes | | 1018 Janes Rd. | Medford, OR 97501 | REDU |
| GARY | A. | JERMAN | | 4194 S. VALENTIA STREET | DENVER, CO 80237 | Bell |
| GARY A | A. | JERMAN | | 4194 S. VALENTIA STREET | DENVER, CO 80237 | PALMER STENDEL |
| SUSAN | J. | JERMAN | | 4194 S. VALENTIA STREET | DENVER, CO 80237 | Bell |
| SUSAN | J. | JERMAN | | 4194 S. VALENTIA STREET | DENVER, CO 80237 | PALMER STENDEL |
| David | | Jordan | | 2922 ECKLESON STREET | LAKEWOOD, CA 90712 | REDU |
| | | JP MORGAN CHASE BANK | F/A/O M.I. WORMSBAKER ACC#XXXXX0037 | 234 S. Main Street | Willits, CA 95490 | ARELLANES |
| | | JP MORGAN CHASE BANK | F/A/O M.I. WORMSBAKER ACC#XXXXX0037 | 234 S. Main Street | Willits, CA 95490 | RIGHETTI |
| | | JP MORGAN CHASE BANK | F/A/O M.I. WORMSBAKER ACC#XXXXX0037 | 234 S. Main Street | Willits, CA 95490 | CASMALIA-MORGANTI |
| Fred | M | Kay, M.D. | | 10276 E. NOLINA TR. | SCOTTSDALE, AZ 85262 | REDU |
| JOHN | PATRICK | KEARNEY | | 1500 NORTH E STREET | SAN BERNARDINO, CA 92405 | Bell |
| JOHN | PATRICK | KEARNEY | | 1500 NORTH E STREET | SAN BERNARDINO, CA 92405 | PALMER STENDEL |
| C. | J. | KELLEY, Jr. | | 3018 N. STREET NW | WASHINGTON, DC 20007 | Belridge |
| EUGENE | | KENWAY | | 45660 CIELITO DRIVE | INDIAN WELLS, CA 92210 | Belridge |
| ROBERT | | KESTNER | | 1261 Davis Avenue | Concord, CA 94518 | Belridge |
| NANCY | LAFORCE | KEYES | | 1103 NORTH GARLAND STREET | MIDLAND, TX 79703 | Belridge |
| PATRICIA | A. | KODY | | 34232 ATTERIDGE PLACE | FREMONT, CA 94555 | Belridge |
| Joseph | | Kraus | | 99 TRECREST CT. | ROSEVILLE, CA 95678 | REDU |
| Mark | | Kraus | | 6081 HALE AVENUE | CLEARLAKE, CA 95422 | REDU |
| Joan | | Krause | FREDERICK C. KRAUSE TRUST TWO | 727 EL MIRADOR | FULLERTON, CA 92835 | REDU |
| Isaac | N. | Kraushaar | KRAUSHAAR TRUST B. | 1700 KANOLA ROAD | LA HABRA, CA 90631 | REDU |
| Phyllis | Aileen | Kruger | | 985 ITHACA DRIVE | BOULDER, CO 80303 | REDU |
| Theodore | | Kruger | | 27981 CALLE VALDES | MISSION VIEJO, CA 92692 | REDU |
| W. | WATSON | LAFORCE JR. | | PO BOX 353 | MIDLAND TX 79705 | Belridge |
| MARGARET | S. | LANDON | | P.O. BOX 1622 | RANCHO SANTA FE, CA 92067 | Bell |
| MARGARET | S. | LANDON | | P.O. BOX 1622 | RANCHO SANTA FE, CA 92067 | PALMER STENDEL |
| | | Landowners Royalty Co. | | PO BOX 491150 | LOS ANGELES, CA 90049 | REDU |
| | | LAOR | | 4640 ADMIRALTY WAY, SUITE 700 | MARINA DEL REY, CA 90292 | REDU |
| JACQUELINE | THOMAS | LAW | | 649 ONAHA STREET | HONOLULU, HI 96816-4918 | Thomas |
| MARGARET | D. | LEE TRUST | | 1944 LAS ENCINAS CT. | LOS GATOS, CA 95030 | PALMER STENDEL |
| MARGARET | D. | LEE | | 1944 LAS ENCINAS CT. | LOS GATOS, CA 95030 | PALMER STENDEL |
| MARGARET | D. | LEE | | 1944 LAS ENCINAS CT. | LOS GATOS, CA 95030 | Bell |
| | | MARGARET D. LEE TRUST | | 1944 LAS ENCINAS CT. | LOS GATOS, CA 95030 | Bell |
| ALICE | G. | LENZ | | 4203 PINEHURST CIRCLE | STOCKTON, CA 95219-1839 | Goodwin |
| ROBIN | ALLYN | LUSH | C/O 1ST NATIONAL BANK, ACCT#038679 | ATTN: ROBERT STAFFORD | AMES, IA 50010 | Belridge |
| BRETT | WILLIAM | LUSH | | 29 RUE CENTRE | CHANBLY, QUEBEC | Belridge |

HN – EXHIBIT 2 .xlsx

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| GEORGE | R. | LUTON TRUST | C/O MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA 93101 | LUTTON |
| NICHOLAS | B. | LUTON TRUST | C/O MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA 93101 | LUTTON |
| Benjamin | Richard | Lypps | | 3074 LAKEMONT DRIVE | FALLBROOK, CA 92028 | REDU |
| Catherine | M. | Lypps | | 1499 Old Mountain Ave. SPC 29 | San Jacinto, CA 92583-1029 | REDU |
| Charles | Norbert | Lypps | | 2680 CANYON CREST DRIVE | ESCONDIDO, CA 92027 | REDU |
| David | H. | Lypps | | 615 W. FALLBROOK ST. | FALLBROOK, CA 92028 | REDU |
| Heidi | Elizabeth | Lypps | | 472 37TH STREET # 1 | OAKLAND, CA 94609-2813 | REDU |
| Jack | J. | Lypps | | 4650 Dulin RD., Space 71 | ESCONDIDO CA 92026 | REDU |
| Linda | C. | Mahnken | | 2550 Canet Rd. | San Luis Obispo, CA 93405 | REDU |
| Charlene | | Marie | | 329 OSBORNE STREET | VISTA, CA 92084 | REDU |
| PAUL | | MARKLING | | 245 NORTH VINE-SUITE 402 | SALT LAKE CITY, UT 84103 | KEMP A |
| PAUL | | MARKLING | | 245 NORTH VINE-SUITE 402 | SALT LAKE CITY, UT 84103 | KEMP A |
| PHILLIS | | MARKLING | | 245 NORTH VINE-SUITE 402 | SALT LAKE CITY, UT 84103 | KEMP A |
| PHILLIS | | MARKLING | | 245 NORTH VINE-SUITE 402 | SALT LAKE CITY, UT 84103 | KEMP A |
| | | THE MARSHALL FAMILY PLAN, LP. | | 4722 OCEANRIDGE DRIVE | HUNTINGTON BEACH, CA 92649 | Belridge |
| PATRICIA | ANN | MARTIN | | 24 Haskel | Glouster, MA 01930 | Belridge |
| JACK | | MAXWELL | | 11140 Springfield Pike C-447 | Cincinnati, OH 45246 | Belridge |
| Daniel | | May | | 359 S. Gerhart Ave | Los Angeles, CA 90022 | REDU |
| Sandra | D | Mcentee | | 255 Hawks Hill Rd | Scotts Valley, CA 95066 | REDU |
| Nancy | W. | Mcgilvra | | 3309 E. Desert Lane | PHOENIX, AZ 85042 | REDU |
| Paula | | Mcginnis | | 1510 SAN LORENZO AVE | BERKELEY, CA 94707 | REDU |
| Michael | | Mcclaughlin | | 3840 N. WOODRIDGE WAY | FLAGSTAFF, AZ 86004 | REDU |
| Sean | | Mcclaughlin | | 2160 Elden Ave, Unit 101 | COSTA MESA, CA 92627 | REDU |
| Tim | | Mcclaughlin | | 771 Alderwood Drive | Newport Beach, CA 92660 | REDU |
| Beth | | Mcmanis | | 2806 Ganges Ave | DAVIS, CA 95616 | REDU |
| Leigh | T. | Medema | | 107 Griffin Ave | Thomaston, GA 30286 | REDU |
| JAN | L | MEYER | | 2951 ROCKMONT AVENUE | CLAREMONT, CA 91711 | RIGHETTI |
| JAN | L | MEYER | | 2951 ROCKMONT AVENUE | CLAREMONT, CA 91711 | CASMALIA-MORGANTI |
| JAN | L | MEYER | | 2951 ROCKMONT AVENUE | CLAREMONT, CA 91711 | ARELLANES |
| | | MILDRED H. HARBOROT TRUST | | WELLS FARGO BANK SAO PO BOX 41779 | AUSTIN, TX 78704 | HARBOROT LEASE |
| GEORGE | | MITCHELL | | 441 7TH AVE. SOUTH | JACKSONVILLE BEACH, FL 32250 | KEMP A |
| SHARHE | | MITCHELL | | 2000 GLADES ROAD, #206 | BOCA RATON, FL 33431 | KEMP A |
| SARAHE | | MITCHELL | | 2000 GLADES ROAD, #206 | BOCA RATON, FL 33431 | KEMP A |
| GEORGE | | MITCHELL | | 441 7TH AVE. SOUTH | JACKSONVILLE BEACH, FL 32250 | KEMP A |
| NANCY | D. | MONIGHETTI TRUST | C/O MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA 93101 | LUTTON |

HVI – EXHIBIT 2.xlsx

9

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| R. | M. | MONIGHETTI TRUST | C/O MACFARLANE, FALETTI & CO W.F. LUTON, JR., N.L. JACKSON, | 115 MICHELTORENA ST., STE 200 | SANTA BARBARA, CA 93101 | LUTTON |
| ANNE | W. | MOODY | | 810 LEIGHTON POINT RD | PEMBROKE, ME 04666 | RIGHETTI |
| ANNE | W. | MOODY | | 810 LEIGHTON POINT RD | PEMBROKE, ME 04666 | CASMALIA-MORGANTI |
| ANNE | W. | MOODY | | 810 LEIGHTON POINT RD | PEMBROKE, ME 04666 | ARELLANES |
| Esther | | Morales | | 3210 AVE. Q | GALVESTON, TX 77550 | REDU |
| Frederick | A. | Morell | | 12397 Rock Ridge Road | Herndon, VA 20170 | MORETTI |
| MICHELE | | MORETTI | | | | ARELLANES |
| | | THE MORGANTI RANCH | A LIMITED PARTNERSHIP | P.O. BOX 2075 | ORCUTT, CA 93455 | RIGHETTI |
| | | THE MORGANTI RANCH | | P.O. BOX 2075 | ORCUTT, CA 93455 | CASMALIA-MORGANTI |
| | | THE MORGANTI RANCH | A LIMITED PARTNERSHIP | P.O. BOX 2075 | ORCUTT, CA 93455 | REDU |
| Gary | Wayne | Morlock | | 15844 BENT TREE ROAD | POWAY, CA 92064 | REDU |
| Horace | | Morlock | | 6640 Redwood Drive # 104 | ROHNERT PARK, CA 94928 | REDU |
| Janis | L | Morlock | | 2441 LILY LANGTRY CT. | PARK CITY, UT 84060 | REDU |
| May | H. | Morrison | | 1012 NORTH BRADFORD | PLACENTIA, CA 92670-430 | PAYNE |
| ZACHARY | | MORRISON | | 1814 Franklin Street Suite 800 | Oakland, CA 94612-3438 | REDU |
| | | Municipal Securities Company | Attention Linda Von Hanneken-Martin | 1940 Soda Mountain | Ashland, OR 97520 | |
| Juanita | | Munoz | | 8803 Frances Folsom St SW | Lakewood, WA 98498 | REDU |
| JOHN | D. | NACCARATO | | 1720A SAN LUIS DRIVE | San Luis Obispo, CA 93401 | RIGHETTI |
| JOHN | D. | NACCARATO | | 1720A SAN LUIS DRIVE | San Luis Obispo, CA 93401 | ARELLANES |
| JOHN | D. | NACCARATO | | 1720A SAN LUIS DRIVE | San Luis Obispo, CA 93401 | CASMALIA-MORGANTI |
| TIMOTHY | | NACCARATO | | 3354 Marina Cove Circle | Elk Grove, CA 95758 | ARELLANES |
| TIMOTHY | | NACCARATO | | 3354 Marina Cove Circle | Elk Grove, CA 95758 | CASMALIA-MORGANTI |
| | | Naess Family Trust B | Attn: Richard Naess | 22601 Allview Terrace | Laguna Beach, CA 92651 | REDU |
| CONSTANCE | | NAPOLITANO | | P.O. Box 3103 | Ventura, CA 93006 | RIGHETTI |
| CONSTANCE | | NAPOLITANO | | P.O. Box 3103 | Ventura, CA 93006 | ARELLANES |
| CONSTANCE | | NAPOLITANO | | P.o. Box 3103 | Ventura, CA 93006 | CASMALIA-MORGANTI |
| OLGA | | NEISSER | | 10585 BUTTERFIELD ROAD | LOS ANGELES, CA 90064 | Belridge |
| RONALD | LEE | NEWARK | | 2101 EAST BETTERAVIA RD. | SANTA MARIA, CA 93454 | Bradley |
| SHERRILL | LYNN | NEWARK | | 2101 EAST BETTERAVIA RD. | SANTA MARIA, CA 93454 | Bradley |
| RONALD | L | NEWARK | | 2101 EAST BETTERAVIA RD. | SANTA MARIA, CA 93454 | Bradley |
| RONALD | A. | NEWARK | | 5654 LINKS COURT | MERCED, CA 95340 | Bradley |
| JOHN | S. | NEWTON | | 1159 MAIN STREET | VANCOUVER BC | PAYNE |
| | | ODYSSEY ROYALTIES, LLC. | | 8261 S. MONACO COURT | ENGLEWOOD, CA 80112 | PALMER STENDEL |
| | | ODYSSEY ROYALTIES, LLC. | | 8261 S. MONACO COURT | ENGLEWOOD, CA 80112 | Bell |
| Pam | | Ogden | | 18120 RIDGEGATE CT. | GLASTONE, OR 97027 | REDU |
| Judy | A. | Oldham | | 1017 Meadowbridge Dr. | Folsom, CA 95630 | REDU |
| Angie | G. | Olivares | | 512 S. LAWRENCE AVENUE | FULLERTON, CA 92832-251 | REDU |
| Audrey | | Oxandaboure | | P. O. BOX 599 | TAHOE CITY, CA 96145 | REDU |
| Jeffery | | Oxandaboure | | P. O. BOX 6925 | TAHOE CITY, CA 96145 | REDU |
| Michael | | Oxandaboure | | 17391 ELM | FOUNTAIN VALLEY, CA 92708 | REDU |

10

Hvt – EXHIBIT 2 .xlsx

30

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| Norma | | Oxandaboure | | 18990 VISTA DE MONTANAS | MURRIETA, CA 92562 | REDU |
| | | Pacific American Oil Co. | | 10900 WILSHIRE BLVD., SUITE 1600 | LOS ANGELES, CA 90024 | REDU |
| LESLIE | C. | PAYNE | | 614 WEST VISTA CIRCLE | SANTA MARIA, CA 93454 | PAYNE |
| LESLIE | C. | PAYNE | | 614 WEST VISTA CIRCLE | SANTA MARIA, CA 93454 | PAYNE |
| MARK | F. | PAYNE | | 2430 ROLLING GREEN DR | SANTA MARIA, CA 93455-1525 | PAYNE |
| MARK | F. | PAYNE | | 2430 ROLLING GREEN DR | SANTA MARIA, CA 93455-1525 | PAYNE |
| David | Alan | Pearce | | 1630 NORTH MAIN ST, #230 | WALNUT CREEK, CA 94596 | REDU |
| David | Alan | Pearce | | 1630 NORTH MAIN ST, #230 | WALNUT CREEK, CA 94596 | REDU |
| John | Dana | Pearce | | 2926 VISTA GRANDE | FAIRFIELD, CA 94533 | REDU |
| John | Dana | Pearce | | 2926 VISTA GRANDE | FAIRFIELD, CA 94533 | REDU |
| Marilyn | | Pestoles | PESTOLESI FAMILY TRUST | 9192 S V L BOX | VICTORVILLE, CA 92392 | REDU |
| Robert | A. | Pestoles | PESTOLESI FAMILY TRUST | 9192 S V L BOX | VICTORVILLE, CA 92392 | REDU |
| | | Petrorock, LLC | | 5060 CALIFORNIA AVENUE, SUITE 640 | BAKERSFIELD, CA 93309 | Goodwin |
| Ralph | A. | Phillips | | 3530 N. EL DORADO AVE. | LAKE HAVASU CITY, AZ 86406 | REDU |
| | | Placentia Unified School Dist | | 1301 E. ORANGETHROPE AVENUE | PLACENTIA, CA 92870 | REDU |
| | | PRESBYTERIAN CHURCH (USA) | | 505 N. RODEO DRIVE | BEVERLY HILLS, CA 90210 | RIGHETTI |
| | | PRESBYTERIAN CHURCH (USA) | | 505 N. RODEO DRIVE | BEVERLY HILLS, CA 90210 | ARELLANES |
| | | PRESBYTERIAN CHURCH (USA) | | 505 N. RODEO DRIVE | BEVERLY HILLS, CA 90210 | CASMALIA-MORGANTI |
| Ray | | Prescott | | 560 SHOREPINES | COOS BAY, OR 97420 | REDU |
| Martha | | Pullen | | 1621 NO. LINDENDALE AVE. | Chico, CA 95927 | REDU |
| Paul | | Pullen | | 1621 NO. LINDENDALE AVE. | Chico, CA 95927 | REDU |
| | | PUNTA DE LAGUNA PROPERTIES LLC | C/o Dorothy Hamilton CPA | 314 E. Chapel Street | Santa Maria, CA 93454 | CASMALIA-BONETTI |
| | | PUNTA DE LAGUNA PROPERTIES LLC | C/o Dorothy Hamilton CPA | 314 E. Chapel Street | Santa Maria, CA 93454 | CASMALIA-BONETTI |
| | | PUNTA DE LAGUNA PROPERTIES LLC | C/o Dorothy Hamilton CPA | 314 E. Chapel Street | Santa Maria, CA 93454 | CASMALIA-BONETTI |
| | | PURSUIT ENERGY CORP. | | P. O. BOX 671098 | DALLAS, TX 75367 | Belridge |
| PAULA | | PYCHE | | 7367 GRACIOSA ROAD | SANTA MARIA, CA 93455 | RIGHETTI |
| SAMANTHA | ANN | RAYMOND | | 1644 LEAH WAY | Paso Robles, CA 93446 | Bradley |
| | | RDI ROYALTY DISTRIBUTORS INC. | | P.O. BOX 24116 | TEMPE, AZ 85285 | Belridge |
| ELAINE | S | REEVES | | 626 Bellefontaine St | Pasadena, CA 91105 | BROWN |
| ROY | W. | REEVES | | 626 Bellefontaine St | Pasadena, CA 91105 | BROWN |
| ROSALIND | | RENOUARD | | 824 Madison Avenue | Bainbridge Island, WA 98110 | MCFADDIN |
| JUDY | A. | RIGERS | | PO BOX 234 | SANTA MARIA, CA 93456 | KEMP A |
| JUDY | A. | RIGERS | | PO BOX 234 | SANTA MARIA, CA 93456 | KEMP A |
| TIMOTHY | | RIGHETTI | | 7476 Graciosa Road | SANTA MARIA, CA 93455 | RIGHETTI |
| PAUL | T. | RIGHETTI | | 7476 GRACIOSA ROAD | SANTA MARIA, CA 93455 | RIGHETTI |
| PAUL | T. | RIGHETTI | | 7476 GRACIOSA ROAD | SANTA MARIA, CA 93455 | RIGHETTI |
| SUSAN | | RIGHETTI | | 7476 GRACIOSA ROAD | SANTA MARIA, CA 93455 | RIGHETTI |
| SALLY | | RITTER | | 3875 Skyline blvd | Reno, NV 89509-5661 | Thomas |
| | | Robert D. Etchandy Trust | C/O SUSAN MCCULLOCH | 315 VIA MONTANERA | ANAHEIM, CA 92807 | REDU |
| James | R. | Roberts | | 35260 PAUBA ROAD | TEMECULA, CA 92592 | REDU |
| Teresa | | Rogerson | | 715 Ohio St. | VALLEJO, CA 94590 | REDU |
| | | ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES | | 3424 WILSHIRE BLVD | LOS ANGELES, CA 90010-2241 | BROWN |

11

31

HVI – EXHIBIT 2.xlsx

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| | | Roman Catholic Bishop Of Orange | | 2811 EAST VILLA REAL DRIVE | ORANGE, CA 92867 | REDU |
| | | The Roundrock Group | | 5003 Windy Meadow Drive | Plano, TX 75023 | Belridge |
| | | The Roundrock Group | | 5003 Windy Meadow Drive | Plano, TX 75023 | REDU |
| Charles | | Ruby Jr. | | 1991 WEBSTER ST. | PALO ALTO, CA 94301 | REDU |
| Griffith | L. | Ruby | | 1016 Rock Rose Lane | Lompoc, Ca. 93436 | REDU |
| | | Sadd Family Trust | | 10100 Santa Moncia Suite 800 | Los Angeles, Ca. 90067 | REDU |
| HERNANDO | | SAMPER | C/O DARIER & CO. | 2-4 RUE DE SAUSSURE 1204 GENEVA | SWITZERLAND | Bell |
| HERNANDO | | SAMPER | C/O DARIER & CO. | 2-4 RUE DE SAUSSURE 1204 GENEVA | SWITZERLAND | PALMER STENDEL |
| | | SANTA BARBARA COTTAGE HOSPITAL | | PO BOX 689 | SANTA BARBARA, CA 93102 | BROWN |
| | | SANTA BARBARA FOUNDATION | | 15 E. CARILLO ST. | SANTA BARBARA, CA 93101-2780 | BROWN HOPKINS |
| | | Santa Maria Joint Union High School Dist | | | | |
| THOMAS | | SCANLON | | 1539 TAVERN ROAD #49 | ALPINE, CA 91901 | PAYNE |
| THOMAS | | SCANLON | | 1539 TAVERN ROAD #49 | ALPINE, CA 91901 | PAYNE |
| THEODORE | A. | SCHILLING | | 7253 Gadwall Way | O'Fallon, MO 63368-8048 | Bell |
| THEODORE | A. | SCHILLING | | 7253 Gadwall Way | O'Fallon, MO 63368-8048 | PALMER STENDEL |
| ANN | JENNEY | SCHUPP | C/O M H WHITTIER CORP. | 1600 HUNTINGTON DRIVE | SOUTH PASADENA, CA 91030 | Belridge |
| Frank | P. | Scott | | 62501 BEAVER LOOP RD. #1 | NORTH BEND, OR 97459 | REDU |
| Herbert | David | Scott | | 1713 PROSPECT ST. | NATIONAL CITY, CA 92050-5150 | REDU |
| Robert | P. | Scott | | 7200 DUNDEE LANE | FALLON, NV 89406 | REDU |
| Arline | | Sebourn | TRUSTEE OF THE M. AND A. BEESON TRUST | 600 N. CORNELL | FULLERTON, CA 92210 | REDU |
| ALICE | | SEDWICK | MACFARLANE,FALETTI & CO., EXEC | 115 E. MICHELTORENA ST. | SANTA BARBARA, CA 93101 | BROWN |
| SUSANNA | | SEDWICK | | 616 BELVEDERE STREET | SAN FRANCISCO, CA 94117 | BROWN |
| KATHLEEN | C | SEYMOUR | | 77 BUCKEYE AVENUE | OAKLAND, CA 94618 | Belridge |
| Jeffrey | | Shaffer MD | | 729 BIGHAM CR. | GENEVA, IL 60134 | REDU |
| Pamela | | Shellhorn | | 17032 LA KENICE WAY | YORBA LINDA, CA 92886-3717 | REDU |
| JAMES | J. | SHELTON, JR | | 136 El Camino Drive, Suite 210 | Beverly Hills, Ca 90212 | Goodwin |
| ALICE | KAREN | SHERRILL | | 1650 EAST CLARK AVENUE, SPACE 345 | SANTA MARIA, CA 93455 | Bradley |
| N. | ETHEL | SKIFF | | 326 N. POINSETTIA PLACE | LOS ANGELES, CA 90036 | Belridge |
| CLIFFORD | E. | SMELSER | | 4007 EVERTS STREET | SAN DIEGO CA 92109 | Belridge |
| BARBARA | | SPENCER | | 20 ROXBURY RD | WOODBURY, CT 06798 | MCFADDIN |
| JAIMA | | SPENCER | | PO BOX 601 | Elk Grove, CA 95759 | RIGHETTI |
| JAIMA | | SPENCER | | PO BOX 601 | Elk Grove, CA 95759 | ARELLANES |
| JAIMA | | SPENCER | | PO BOX 601 | Elk Grove, CA 95759 | CASMALIA-MORGANTI |
| Marianne | Pearce | Springer | | 3126 Calle Grande VIS | San Clemente, CA 92572-3543 | REDU |
| NORMA | | SPRINGFIELD | | 6973 KOURIE WAY #1912 | HESPERIA, CA 92345 | Belridge |

12

HVI – EXHIBIT 2 .xlsx

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| Lou | Ann | Steinwand | Steinwand Family Trust Dtd c/o Paul J. and Lou Ann Steinwand, Trustees | 1214 Warren St | Placentia, CA 92870-3638 | REDU |
| Paul | J. | Steinwand | Steinwand Family Trust Dtd c/o Paul J. and Lou Ann Steinwand, Trustees | 1214 Warren St | Placentia, CA 92870-3638 | REDU |
| | | Eugene J. Stern Residuary Trust | | 790 Raymundo Ave. | Los Altos, Ca. 94024 | REDU |
| | | David H. Stern Trust | | 4640 Admiralty Way Ste. 700 | Marina Del Rey, Ca. 90292 | REDU |
| Deborah | R. | Stern | | 12919 Montana Ave | Los Angeles, Ca. 90049 | REDU |
| John | L. | Stern | | 2330 Westwood Blvd Ste. 104 | Los Angeles, Ca. 90064 | REDU |
| CLAUDETTE | T. | STOFFEL | | 512 N. HAWTHORNE ST. | ANAHEIM, CA 92805 | Bell |
| CLAUDETTE | T. | STOFFEL | | 512 N. HAWTHORNE ST. | ANAHEIM, CA 92805 | PALMER STENDEL |
| | | STONER FAMILY TRUST | JAMES G. SANFORD SUCC TRUSTEE | 100 WEST LIBERTY ST. STE. 900 | RENO, NV 89501 | Belridge |
| Marjorie | Anne | Strellman | c/o CHARLENE MARIE | 329 OSBORNE STREET | VISTA, CA 92084 | REDU |
| | | SUTHERLAND RESOURCES INC. | | 675 Bering Drive, Suite 100 | HOUSTON, TX 77057 | Belridge |
| SHIRLEY | | SWAN | | 18445 HATTERAS STREET #501 | TARZANA, CA 91356 | KEMP A |
| SHIRLEY | | SWAN | | 18445 HATTERAS STREET #501 | TARZANA, CA 91356 | KEMP A |
| Anne | B. | Taylor | TRUSTEES WILLIAM TAYLOR FAMILY TRST | 4650 DULIN RD. SPACE 9 | FALLBROOK, CA 92028-9346 | REDU |
| Eveline | | Taylor | | 322 S. ILLINOIS ST. | ANAHEIM, CA 92805 | REDU |
| Lillian | K. | Taylor | TAYLOR TRUST TAX-ID XX-XXXX1268 | P.O. BOX 337 | BONSALL, CA 92003-033 | REDU |
| William | Ha | Taylor | LILLIAN KATHLEEN TAYLOR TRUST U/W | 4650 DULIN RD SPACE 9 | FALLBROOK, CA 92028-9346 | REDU |
| William | H. | Taylor | TRUSTEES WILLIAM TAYLOR FAMILY TRST | 4650 DULIN RD. SPACE 9 | FALLBROOK, CA 92028-9346 | REDU |
| Robert | S. | Estate of Cecil T. Thomas, Jr. | | 2959 Eaton Ave. | San Carlos, CA 94070 | Thomas |
| REBECCA | G. | Thomas | | 1920 Wilbur Ave. | San Diego, Ca. 92109 | REDU |
| Carol | M | THOMPSON | | 137 Warwick Place | South Pasadena, CA 91030 | MCFADDIN |
| Robert | | Thompson | | 37154 FLORAL CREEK CIRC. | MURRIETTA, CA 92562 | REDU |
| Kristine | | Thomas | | 2959 Eaton Ave. | San Carlos, CA 94070 | Thomas |
| Carol | A. | Tomlinson | NORMAN FAMILY TRUST | 2176 Hackamore Dr | Mohave Valley, AZ 86440 | REDU |
| GEORGE | R. | TRAVIS | | P. O. BOX 2870 | JACKSON, WY 83001 | Belridge |
| Arthur | Leonard | TUERK | | 10 Winged Foot Lane | Newport Beach, CA. 92660 | BROWN |
| AILEEN | | Tuggy | | 350 E. COLE AVENUE | WHEATON, IL 60187 | REDU |
| AILEEN | W. | TWITCHELL | | 2110 MEAD LANE | SANTA MARIA, CA 93455 | Bell |
| DENNIS | W. | TWITCHELL | | 2110 MEAD LANE | SANTA MARIA, CA 93455 | PALMER STENDEL |
| DENNIS | | TWITCHELL | | P.O. BOX 1774 | MYRTLE CREEK, OR 97457 | Bell |
| GLENN | R. | TWITCHELL | | P.O. BOX 1774 | MYRTLE CREEK, OR 97457 | PALMER STENDEL |
| GLENN | R. | TWITCHELL | | 4318 LIVE OAK LANE | Caron City, NV 89706 | Bell |
| GLENN | R. | TWITCHELL | | 4318 LIVE OAK LANE | Caron City, NV 89706 | Bell |
| | | TWITCHELL | | 4318 LIVE OAK LANE | ROCKLIN, CA 95765 | PALMER STENDEL |

13

HN – EXHIBIT 2 .docx

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| JOHN | | TWITCHELL | | P.O. BOX 2307 | ORCUTT, CA 93456 | Bell |
| JOHN | | TWITCHELL | | P.O. BOX 2307 | ORCUTT, CA 93456 | PALMER STENDEL |
| Kyle | T. | TWITCHELL | | P.O. Box 1127 | Santa Maria, CA 93456 | Bell |
| KYLE | T. | TWITCHELL | | P.O. Box 1127 | Santa Maria, CA 93456 | PALMER STENDEL |
| VALERIE | V. | TWITCHELL | | P.O. Box 1127 | Santa Maria, CA 93456 | Bell |
| VALERIE | V. | TWITCHELL | | P.O. Box 1127 | Santa Maria, CA 93456 | PALMER STENDEL |
| | | U/W E W Pyne #XX-X3904 | NORTHERN BANK OF CALIFORNIA TRUST | P.O. BOX 226270 ATTN: TOM RUCKER | DALLAS, TX 75222 | REDU |
| | | U/W E.W.Pyne #XX-X3904 | NORTHERN TRUST BANK OF CALIF SUCCESSOR TRUSTEE | P.O. BOX 226270 ATTN: TOM RUCKER | DALLAS, TX 75222 | REDU |
| CLAUDIA | | VALENTINE | | 320 Cliff View Drive | Reno, NV 89523 | Belridge |
| Ronald | Fred | Van Vliet | | 1401 N. Brighton Street | La Habra, CA 90631 | REDU |
| | | VICTORY OIL CO. | | 222 WEST 6TH STREET SUITE 1010 | SAN PEDRO, CA 90731 | Belridge |
| A. | WILLIAM | WADSWORTH | | 70 JANE ST. | NEW YORK, NY 10014 | RIGHETTI |
| A. | WILLIAM | WADSWORTH | | 70 JANE ST. | NEW YORK, NY 10014 | CASMALIA-MORGANTI |
| A. | WILLIAM | WADSWORTH | | 70 JANE ST. | NEW YORK, NY 10014 | ARELLANES |
| DOUGLAS | D. | WALDRON JR | | 949 Old Ranch Road | Solvang, CA 93463 | CASMALIA-MORGANTI |
| DOUGLAS | D. | WALDRON JR | | 949 Old Ranch Road | Solvang, CA 93463 | RIGHETTI |
| DOUGLAS | D. | WALDRON JR | | 949 Old Ranch Road | Solvang, CA 93463 | ARELLANES |
| DIANE | T. | WALKER | | 748 Oceanville Rd. | STONINGTON, ME 04681-9714 | CASMALIA-MORGANTI |
| DIANE | T. | WALKER | | 748 Oceanville Rd. | STONINGTON, ME 04681-9714 | RIGHETTI |
| DIANE | T. | WALKER | | 748 Oceanville Rd. | STONINGTON, ME 04681-9714 | ARELLANES |
| Larry | L | Wallace ,t/r/Wros. | | PO BOX 1146 | APSEN CO 81612 | REDU |
| Mary | L | Wallace ,t/r/Wros. | | PO BOX 1146 | APSEN CO 81612 | REDU |
| Richard | A. | Wallace | RICHARD A WALLACE TRUST | 11792 LOMA LINDA WAY | SANTA  ANA, CA 92705-3033 | REDU |
| ARTHUR | W. | WALLANDER JR. | | 104 Wellers Bridge Road | Roxbury, CT 06783 | McFADDIN |
| | | Wells Fargo Bank | JOHNSTON TRUST FBO WM DOUGHTY 801758 | 2222 W. SHAW #11 | FRESNO, CA 93711-3407 | REDU |
| Catherine | | Wells | | 1104 GATEWOOD CT. | WICHITA, KS 67206 | REDU |
| William | Boyd | Wells | | 2855 ACORN STREET | LEBANON, OR 97355 | REDU |
| John | H. | Wents | DORIS R. WENTS TRUSTEE | 122 N. NICHOLSON AVENUE, APT E | MONTEREY PARK, CA 91755 | REDU |
| John | | Wertin | | 600 Aldean Place | Newport Beach, CA 92265 | REDU |
| Robert | Emil | Wetzel | | 1419 KEEGAN ST. | SANTA ANA, CA 92705 | REDU |
| Robert | Emil | Wetzel | | 1419 KEEGAN ST. | SANTA ANA, CA 92705 | REDU |
| Robert | E. | Wetzel | | 1419 KEEGAN WAY | SANTA  ANA, CA 92701-1624 | REDU |
| Thomas | J. | Wetzel | | 2889 COBBLE WAY | LAKE HAVASU CITY, AZ 86406 | REDU |
| Thomas | J. | Wetzel | | 2889 COBBLE WAY | LAKE HAVASU CITY, AZ 86406 | REDU |
| Thomas | J. | Wetzel | | 2889 Cobble Way | LAKE HAVASU CITY, AZ 86406 | REDU |
| Terri | Denise | Whitlock | | P.O Box 277 | Tisomingo, OK 73460 | REDU |
| ALICE | SEDWICK | WOHL | | 12 LONG POND ROAD | HOUSATONIC, MA 01236 | BROWN |
| MARY | M. | WOHLFORD | | 505 SANSOME STREET #1701 | SAN FRANCISCO, CA 94111-3121 | Belridge |
| | | Estate of Edna G. Yorba | c/o MARGARET L. YORBA | 5409 E. SUNCREST RD. | ANAHEIM, CA 92807 | REDU |

14

HVI -- EXHIBIT 2.xlsx

34

EXHIBIT "2"

| First Name | Middle Name | Last Name | c/o | Address 1 | City, State, Zip | Lease |
|---|---|---|---|---|---|---|
| Fred | J | Yslas | | 1569 CANFIELD LANE #1 | ANAHEIM, CA  92805 | REDU |
| DENA | | Zepeda | TWITCHELL AND RICE | 1622 Charlie Lane | Santa Maria, CA  93454 | Bell |
| DENA | | Zepeda | TWITCHELL AND RICE | 1622 Charlie Lane | SANTA MARIA, CA  93458 | PALMER STENDEL |
| Dorothea | K | Zuckerman | D. J. WASSNER REVOCABLE TRUST; 1-24-95 | 812-C KALPATI CIRCLE | CARLSBAD, CA  92008-4159 | REDU |
| Dorothy | K | Zuckerman | | 1012 LOMA VISTA DR. | BEVERLY HILLS, CA  90210 | REDU |
| Edward | K | Zuckerman | C/O ALDER GREEN HASSON & JANKS LLP | 10990 WILSHIRE BLVD, 16TH FLOOR | LOS ANGELES, CA  90024 | REDU |
| Edward | K | Zuckerman | | 40920 WILSHIRE BLVD, SUITE 1200 | LOS ANGELES, CA  90024 | REDU |

15

HXI – EXHIBIT 2 .xlsx

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>MICHAEL A. MCCONNELL, Chapter 11 Trustee | DEFENDANTS   DONNA JEAN AANERUD, an individual;<br>RICHARD W. ACKERMAN, Trustee; JANE A. ADAMS, an<br>individual; JOHN S. ADAMS, an individual; CHARLES C.<br>ALBRIGHT, Trustee Under Trust of 5/20/76; OTHER<br>DEFENDANTS LISTED ON EXHIBIT "1" HERETO |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006<br>310-277-0077 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>□ Debtor      □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor    □ Other<br>☒ Trustee | PARTY (Check One Box Only)<br>□ Debtor      □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor    ☒ Other<br>□ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Declaratory Relief §§ 105(a), 365, and 541

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner – §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

1572306.1  26891

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR HVI CAT CANYON, INC. | BANKRUPTCY CASE NO. 9:19-bk-11573-MB | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL DISTRICT OF CALIFORNIA | DIVISION OFFICE<br>NORTHERN DIVISION | NAME OF JUDGE<br>BARASH |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>1/21/2020 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>ZEV SHECHTMAN | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

1572306.1  26891

EXHIBIT "1"

1

**EXHIBIT "1"**

2

**List Of Additional Defendants**

3

4    DONNA JEAN AANERUD, an individual;*

5    RICHARD W. ACKERMAN, Trustee;*

6    JANE A. ADAMS, an individual;*

7    JOHN S. ADAMS, an individual;*

8    CHARLES C. ALBRIGHT, Trustee Under Trust of 5/20/76;*

9    JANE ELIZABETH ALLEN, an individual;

10   RUTH LEIGH ALLEN, an individual;

11   ANDREWS ROYALTY LP, a business entity;

12   NANCY W. ASHTON, Trustee of The Nancy W. Ashton Revocable Trust;

13   EST OF SUZANNE LAFORCE BABER, William Baber III Executor;

14   JEAN F BACAL, Trustee;

15   SARAH BARBOUR, an individual;

16   ANDREW BARBOUR, an individual;

17   JANNA BARBOUR, an individual;

18   KATHARINE T. BARDIN, an individual;

19   ANN BARKER, an individual;

20   BYRON BARKER, an individual;

21   NELDA J. BAYHA, Trustee of the Bayha Family Trust;

22   BCD MINERLAS LLC, a business entity;

23   DIANE B. BEDFORD, an individual;

24   WILLIAM J. BEDFORD, an individual;

25   BEJAC CONSTRUCTION CO., a business entity;

26   ADOLPH J. BELASQUEZ, an individual;

27   _____

28   * The first five names are listed in the caption.

3

1  LINDA D. BELASQUEZ, an individual;

2  DAVID A. BELL, an individual;

3  DIANE M. BELL, an individual;

4  JOANNE L. BELL, an individual;

5  JUDY L. BELL, an individual;

6  KENNETH L. BELL, an individual;

7  OTIS F. BELL, Trustee;

8  JAMES BETTIGA, Trustee of the James O. Bettiga Trust #1; DTD 11/1/78;

9  BEVERLY HILLS PRESBYTERIAN CHURCH, a business entity;

10  CODY BISHOP, an individual;

11  FRANK M BOISSERANC, Trustee of the Norman T. Boisseranc Fmly Trust;

12  JANET PIERCE BOSTIC, an individual;

13  SUSAN NOREEN BOYDEN, an individual;

14  BRADLEY LAND COMPANY, a business entity;

15  CASEY L. BRANQUINH TRUST, Trustee;

16  JOHN A. BRANQUINH TRUST, Trustee;

17  LUKE W. BRANQUINH TRUST, Trustee;

18  DAVID C BRIGHT, an individual;

19  BARBARA LAYNE BROWN, an individual;

20  LANCE H. BROWN, Trustee of The Lance H. Brown Trust;

21  VIRGINIA BAYHA BUCHANAN, an individual;

22  SHEANA BUTLER ET AL, an individual;

23  PAIGE K. BYASSEE TRUST, Trustee;

24  GARY EDWARD CAIN, an individual;

25  JOHN JEFFERY CAIN, an individual;

26  DEANNA T. CALLAN, an individual;

27  CONSTANCE B. CARTWRIGHT, an individual;

28  LYN CHADEZ, an individual;

1  CHAMBERLIN OIL LLC, a business entity;

2  ELIZABETH GRESHAM CHILDRESS, an individual;

3  KATHLEEN W. CLIFT, an individual;

4  ROBERT A. CLOSSON, an individual;

5  SARAH  CLOSSON, an individual;

6  CMT, LLC, a business entity;

7  JOAN COLLIER TRUST, Trustee;

8  JAY COLLINS, an individual;

9  PAMELA COLLINS, an individual;

10  DAVID E. COMBS, an individual;

11  JUDITH J. COMBS, an individual;

12  SUSAN J. CONDIE, an individual;

13  DANIEL R. CONNOLLY, an individual;

14  DAVID T. CONNOLLY, an individual;

15  JANE E. CONNOLLY, an individual;

16  JOHN CONNOLLY, an individual;

17  MATHEW CONNOLLY, an individual;

18  THOMAS E. CONNOLLY, an individual;

19  THE ESTATE OF MARK D CONNOLY, by its Personal Representative;

20  MICHELLE L. CORCOLEOTES, Trustee of Burton J. Twitchell Revocable Trust;

21  CORIAN CROSS HOLDINGS, LP, a business entity;

22  FRANCIS T. CORNISH, Trustee for Leo Blochman;

23  KITTY LEE COX, an individual;

24  LOUISE L. CRAIG, an individual;

25  DOUGLAS S. CRAMER, an individual;

26  MARY CRANE, Trustee;

27  STANLEY RAYMOND CRANE, an individual;

28  MARGARET ANN CROWELL, Trustee;

5

1  D & L CRANE REVOCABLE TRUST DATED 5/23/2000, Trustee;

2  LAURA LYPPS DANIEL, an individual;

3  HAROLD H. DAVIS, Trustee of the Harold H. David Trust #xx0985;

4  DALE H. DAVIS, an individual;

5  BENITA PELAYO DE MARTINEZ, an individual;

6  LUPE G. DECASAS, an individual;

7  MUREL A. DENNIS, an individual;

8  OPAL D. DOMEIKA, an individual;

9  ANNE DOMONOSKE, an individual;

10  LOUIS DORADO, an individual;

11  HEIDI DORRIS, Trustee of the H. James Hopkins Trust;

12  ELIZABETH DUCK, an individual;

13  CLIFF T. DUGGER, Trustee of Janice F Dugger Family Trust;

14  CLIFFORD DUGGER, an individual;

15  MARK F. DUGGER, Trustee of Janice F Dugger Family Trust;

16  LOUISE K. DURKEE, an individual;

17  DEBRA DURNEY, an individual;

18  SHARON DURNEY, an individual;

19  JEROME BREVOORT DWIGH, an individual;

20  LELA MINTURN DWIGH, an individual;

21  JONATHAN ASHLEY DWIGHT, an individual;

22  LORI EDWARDS, Trustee of the Lori Edwards Trust;

23  ELLER FAMILY TRUST, Trustee;

24  BARTELO R. ENCINAS, an individual;

25  ELIZABETH WALLACE ESSER, an individual;

26  DOMINIC C. ETCHANDY, an individual;

27  JOHN ETCHANDY, an individual;

28  LOIS ETCHANDY, an individual;

1  ROBERT ETCHANDY, an individual;

2  ALICE M. EVANS, Trustee of the Rick Trust under The Evans Family Trust Dtd 1/20/89;

3  RICHARD V. EVANS, Trustee of the Rick Trust under The Evans Family Trust Dtd 1/20/89;

4  CANDACE LAINE EVENSON, an individual;

5  JOHN A. FELICIANO, Trustee of John A. Feliciano Revocable Trust;

6  LOUISE H. FELICIANO, Trustee of Louise H. Feliciano Revocable Trust;

7  ADAM B. FIRESTONE, an individual;

8  LEONARD K. FIRESTONE, DEC'D Estate of Leonard K. Firestone, by its Personal

9  Representative;

10  FRANCINE PHILLIPS FISHER, an individual;

11  CHARLOTTE A. FOSTER, an individual;

12  DONALD H. FOSTER, an individual;

13  GEORGE  FOSTER, an individual;

14  HERBERT FOSTER, an individual;

15  WILLIAM L. FOSTER, an individual;

16  RENE FOWLER, Co-Trustees of the P.A. Righetti Trust;

17  BEATRICE  GALEWOOD, an individual;

18  BRYAN GALEWOOD, an individual;

19  JANET K. GANONG, an individual;

20  ESTATE MANUELA G. GARCIA, by its Personal Representative;

21  JUANITA A. GARCIA, an individual;

22  CLIFFORD O. GATEWOOD, an individual;

23  GARY B. GATEWOOD, an individual;

24  KENNETH E. GATEWOOD, an individual;

25  RICHARD A. GATEWOOD, an individual;

26  INA V. GATHAS, an individual;

27  WILLIAM C. GATHAS JR., an individual;

28  WALDO A. GILLETTE, JR., an individual;

1  MILDRED SEYMOUR GILLIAN TRUST, Trustee;

2  HELEN GLASS, an individual;

3  ARNOLD H. GOLD, TRUSTEE, Trustee of the Hatway Family Q/Tip Trust date 2/18/84;

4  CHRISTOPHER JOHN GORDON, an individual;

5  DAVID MURPHY GORDON, an individual;

6  KATHLEEN N. GRAHAM, an individual;

7  ANNE E. GRESHAM, an individual;

8  GARY GRESHAM, an individual;

9  GAIL GRESHAM, an individual;

10  VIRGINIA KESTNER GRISWOLD, an individual;

11  GRL, LLC, a business entity;

12  GUARANTEE ROYALTIES INC., a business entity;

13  BEATRICE F. GUINN, an individual;

14  CAROLINE G. GWERDER, an individual;

15  JEFF HALL, an individual;

16  KATHERINE S. HANBERG, an individual;

17  WILLIAM HANBERG, an individual;

18  NANCY W. HANNA, an individual;

19  KURT C. HARBORDT, an individual;

20  HELEN HATHAWAY, Trustee of the J.I. Hathaway Family Trust;

21  JULIAN HATHAWAY, Trustee of the J.I. Hathaway Family Trust;

22  ANNA HATHAWAY TRUST ACCT.02-0846-30, Trustee;

23  JOHN AND WINOLA HAZARD REVOCABLE TRUST, Trustee;

24  WILLIAM L. HJORTH TRUST, Trustee;

25  MARY HOEXTER, an individual;

26  CAMERON S. HOLMAN TRUST, Trustee;

27  HOLLY L. HOLMAN TRUST, Trustee;

28  HEATHER L. HOLMAN TRUST, Trustee;

1   GRETCHEN HOWARD, an individual;

2   ELIZABETH SUSAN HUNT, an individual;

3   ANTHONY D. HUNTER, an individual;

4   DEREK K. HUNTER, an individual;

5   CARALEE DEAN IVERSON, an individual;

6   J.P. MORGAN-CHASE, Trustee;

7   JOHN C. JACKSON TRUST, Trustee;

8   PETER JACKSON, JR. TRUST, Trustee;

9   WILLIAM L. JACKSON TRUST, Trustee;

10   JAMES A BARBOUR TRUST, Trustee;

11   ALLEN DAVID JANES, an individual;

12   GARY A A. JERMAN, an individual;

13   SUSAN J. JERMAN, an individual;

14   DAVID JORDAN, an individual;

15   JP MORGAN CHASE BANK, Trustee;

16   FRED M KAY, M.D., an individual;

17   JOHN PATRICK KEARNEY, Conservator of Est of Patricia Anne Shaw;

18   C. J. KELLEY, JR., an individual;

19   EUGENE KENWAY, an individual;

20   ROBERT KESTNER, an individual;

21   NANCY LAFORCE KEYES, an individual;

22   PATRICIA A. KODY, an individual;

23   JOSEPH KRAUS, an individual;

24   MARK KRAUS, an individual;

25   JOAN KRAUSE, Trustee of the Frederick C. Krause Trust Two;

26   ISAAC N. KRAUSHAAR, Trustee of the Kraushaar Trust B.;

27   PHYLLIS AILEEN KRUGER, an individual;

28   THEODORE KRUGER, an individual;

1  W. WATSON LAFORCE JR., an individual;

2  MARGARET S. LANDON, an individual;

3  LANDOWNERS ROYALTY CO., a business entity;

4  LAOR, a business entity;

5  JACQUELINE THOMAS LAW, an individual;

6  MARGARET D. LEE TRUST, Trustee;

7  MARGARET D. LEE, an individual;

8  ALICE G. LENZ, an individual;

9  ROBIN ALLYN LUSH, an individual;

10  BRETT WILLIAM LUSH, an individual;

11  GEORGE R. LUTON TRUST, Trustee;

12  NICHOLAS B. LUTON TRUST, Trustee;

13  BENJAMIN RICHARD LYPPS, an individual;

14  CATHERINE M. LYPPS, Trustee;

15  CHARLES NORBERT LYPPS, an individual;

16  DAVID H. LYPPS, an individual;

17  HEIDI ELIZABETH LYPPS, an individual;

18  JACK J. LYPPS, an individual;

19  LINDA C. MAHNKEN, Trustee;

20  CHARLENE MARIE, an individual;

21  PAUL MARKLING, an individual;

22  PHILLIS MARKLING, an individual;

23  THE MARSHALL FAMILY PLAN, L.P., a business entity;

24  PATRICIA ANN MARTIN, an individual;

25  JACK MAXWELL, an individual;

26  DANIEL MAY, Trustee of the Johnson Trust;

27  SANDRA D MCENTEE, an individual;

28  NANCY W. MCGILVRA, an individual;

1  PAULA MCGINNIS, an individual;

2  MICHAEL MCLAUGHLIN, an individual;

3  SEAN MCLAUGHLIN, an individual;

4  TIM MCLAUGHLIN, an individual;

5  BETH MCMANIS, an individual;

6  LEIGH T. MEDEMA, an individual;

7  JAN L. MEYER, an individual;

8  MILDRED H. HARBORDT TRUST, Trustee;

9  GEORGE MITCHELL, an individual;

10  SHARHE MITCHELL, an individual;

11  NANCY D. MONIGHETTI TRUST, Trustee;

12  R. M. MONIGHETTI TRUST, Trustee;

13  ANNE W. MOODY, an individual;

14  ESTHER MORALES, an individual;

15  FREDERICK A. MORELL, Trustee of The Frederick A. Morell Trust;

16  MICHELE MORETTI, an individual;

17  THE MORGANTI RANCH, a Limited Partnership;

18  GARY WAYNE MORLOCK, an individual;

19  HORACE MORLOCK, an individual;

20  JANIS L. MORLOCK, an individual;

21  MAY H. MORRISON, an individual;

22  ZACHARY MORRISON, Trustee of the Morrison Family Trust-GST Non-exempt;

23  MUNICIPAL SECURITIES COMPANY, a business entity;

24  JUANITA MUNOZ, an individual;

25  JOHN D. NACCARATO, an individual;

26  TIMOTHY NACCARATO, an individual;

27  NAESS FAMILY TRUST B, Trustee;

28  CONSTANCE NAPOLITANO, an individual;

1   OLGA NEISSER, an individual;

2   RONALD LEE NEWARK, Trustee of the Ronald Newark Family Trust;

3   SHERRILL LYNN NEWARK, an individual;

4   RONALD L. NEWARK, an individual;

5   JOHN S. NEWTON, an individual;

6   ODYSSEY ROYALTIES, L.L.C., a business entity;

7   PAM OGDEN, an individual;

8   JUDY A. OLDHAM, Trustee of the Laura R. Claussen Trust;

9   ANGIE G. OLIVARES, an individual;

10  AUDREY OXANDABOURE, an individual;

11  JEFFERY OXANDABOURE, an individual;

12  MICHAEL OXANDABOURE, an individual;

13  NORMA OXANDABOURE, an individual;

14  PACIFIC AMERICAN OIL CO., a business entity;

15  LESLIE C. PAYNE, an individual;

16  MARK F. PAYNE, an individual;

17  DAVID ALAN PEARCE, an individual;

18  JOHN DANA PEARCE, an individual;

19  MARILYN PESTOLES, Trustee of the Pestolesi Family Trust;

20  ROBERT A. PESTOLES, Trustee of the Pestolesi Family Trust;

21  PETROROCK, LLC, a business entity;

22  RALPH A. PHILLIPS, an individual;

23  PLACENTIA UNIFIED SCHOOL DIST, Trustee;

24  PRESBYTERIAN CHURCH (USA), a business entity;

25  RAY PRESCOTT, an individual;

26  MARTHA PULLEN, an individual;

27  PAUL PULLEN, an individual;

28  PUNTA DE LAGUNA PROPERTIES LLC, a business entity;

1  PURSUIT ENERGY CORP., a business entity;

2  PAULA PYCHE, an individual;

3  SAMANTHA ANN RAYMOND, an individual;

4  RDI ROYALTY DISTRIBUTORS INC., a business entity;

5  ELAINE S REEVES, an individual;

6  ROY W. REEVES, an individual;

7  ROSALIND RENOUARD, an individual;

8  JUDY A. RIGERS, an individual;

9  TIMOTHY RIGHETTI, Co-Trustees of the P.A. Righetti Trust;

10  PAUL T. RIGHETTI, an individual;

11  SUSAN RIGHETTI, an individual;

12  SALLY RITTER, an individual;

13  ROBERT D. ETCHANDY TRUST, Trustee;

14  JAMES R. ROBERTS, an individual;

15  TERESA ROGERSON, an individual;

16  ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, Trustee;

17  ROMAN CATHOLIC BISHOP OF ORANGE, Trustee;

18  THE ROUNDROCK GROUP, a business entity;

19  CHARLES RUBY JR., an individual;

20  GRIFFITH L. RUBY, an individual;

21  SADD FAMILY TRUST, Trustee;

22  HERNANDO SAMPER, an individual;

23  SANTA BARBARA COTTAGE HOSPITAL, a business entity;

24  SANTA BARBARA FOUNDATION, a business entity;

25  SANTA MARIA JOINT UNION HIGH SCHOOL DIST, a business entity;

26  THOMAS SCANLON, an individual;

27  THEODORE A. SCHILLING, an individual;

28  ANN JENNEY SCHUPP, an individual;

1  FRANK P. SCOTT, an individual;

2  HERBERT DAVID SCOTT, an individual;

3  ROBERT P. SCOTT, an individual;

4  ARLINE SEBOURN, Trustee of the M. and A. Beeson Trust;

5  ALICE SEDWICK, DEC'D Estate of Alice Sedwick, by its Personal Representative;

6  SUSANNA SEDWICK, Trustee;

7  KATHLEEN C. SEYMOUR, an individual;

8  JEFFREY SHAFFER MD, an individual;

9  PAMELA SHELLHORN, an individual;

10  JAMES J. SHELTON, JR, an individual;

11  ALICE KAREN SHERRILL, an individual;

12  N. ETHEL SKIFF, an individual;

13  CLIFFORD E. SMELSER, an individual;

14  BARBARA SPENCER, an individual;

15  JAIMA SPENCER, an individual;

16  MARIANNE PEARCE SPRINGER, Trustee;

17  NORMA SPRINGFIELD, an individual;

18  LOU ANN STEINWAND, Trustee of the Steinwand Family Trust;

19  PAUL J. STEINWAND, Trustee of the Steinwand Family Trust;

20  EUGENE J. STERN RESIDUARY TRUST, Trustee;

21  DAVID H. STERN TRUST, Trustee;

22  DEBORAH R. STERN, an individual;

23  JOHN L. STERN, an individual;

24  CLAUDETTE T. STOFFEL, an individual;

25  STONER FAMILY TRUST, Trustee;

26  MARJORIE ANNE STRELLMAN, an individual;

27  SUTHERLAND RESOURCES INC., a business entity;

28  SHIRLEY SWAN, an individual;

1   ANNE B. TAYLOR, Trustee of the William Taylor Family Trst;

2   EVELINE TAYLOR, an individual;

3   LILLIAN K. TAYLOR, Trustee;

4   WILLIAM H. TAYLOR, Trustee of the William Taylor Family Trst;

5   ESTATE OF CECIL T. THOMAS, JR.; by its Personal Representative

6   ROBERT S. THOMAS, Trustee;

7   REBECCA G. THOMPSON, an individual;

8   CAROL M THOMPSON, an individual;

9   KRISTINE TOMLINSON, Trustee of the Norman Family Trust;

10   CAROL A. TRAVIS, an individual;

11   GEORGE R. TUERK, an individual;

12   ARTHUR LEONARD TUGGY, an individual;

13   AILEEN TWITCHELL, an individual;

14   DENNIS W. TWITCHELL, an individual;

15   GLENN R. TWITCHELL, Trustee of the Frederick M. Twitchell Ts;

16   JOHN TWITCHELL, an individual;

17   KYLE T. TWITCHELL, Trustee of Burton J. Twitchell Revocable Trust;

18   VALERIE V. TWITCHELL, Trustee of Burton J. Twitchell Revocable Trust;

19   U/W E W PYNE #XX-X3904, Trustee;

20   CLAUDIA VALENTINE, an individual;

21   RONALD FRED VAN VLIET, an individual;

22   VICTORY OIL CO., a business entity;

23   A. WILLIAM WADSWORTH, an individual;

24   DOUGLAS D. WALDRON JR, an individual;

25   DIANE T. WALKER, an individual;

26   LARRY L. WALLACE JT/WROS., an individual;

27   MARY L. WALLACE JT/WROS., an individual;

28   RICHARD A. WALLACE, Trustee of the Richard A. Wallace Trust;

1  ARTHUR W. WALLANDER JR., an individual;

2  WELLS FARGO BANK, Trustee of the Johnston Trust FBO Wm Doughty XX1758;

3  CATHERINE WELLS, an individual;

4  WILLIAM BOYD WELLS, an individual;

5  JOHN H. WENTS, Doris R. Wents Trustee;

6  JOHN WERTIN, an individual;

7  ROBERT EMIL WETZEL, an individual;

8  THOMAS J. WETZEL, an individual;

9  TERRI DENISE WHITLOCK, an individual;

10  ALICE SEDWICK WOHL, an individual;

11  MARY M. WOHLFORD, an individual;

12  ESTATE OF EDNA G. YORBA, by its Personal Representative;

13  FRED J YSLAS, an individual;

14  DENA ZEPEDA, an individual;

15  DOROTHEA K ZUCKERMAN, Trustee of the D.J. Wassner Revocable Trust, 1-24-95;

16  DOROTHY K. ZUCKERMAN, an individual;

17  EDWARD K. ZUCKERMAN, an individual;

18

19

20

21

22

23

24

25

26

27

28