BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
SUITE 200, LA ARCADA BUILDING
1114 STATE STREET
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774

Attorneys for GRL, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re | Bk. No. 9:19-bk-11573-MB |
| HVI Cat Canyon, Inc., | Chapter 11 |
| Debtor. | Adversary No. 9:20-ap-01011-MB |
| | **ANSWER** |
| Michael A. McConnell, Chapter 11 Trustee, | Date: April 17, 2020 |
| Plaintiff. | Time: 10:00 a.m. |
| vs. | Place: 1415 State Street<br>Courtroom 201<br>Santa Barbara, CA 93101 |
| GRL, LLC et al, | |
| Defendants. | |

Defendant GRL, LLC brings its answer as follows:

1. As for the allegations contained in paragraph 1 of the complaint, defendant admits the allegations contained therein.

2. As for the allegations contained in paragraph 2 of the complaint, defendant admits the allegations contained therein.

3. As for the allegations contained in paragraph 3 of the complaint, defendant admits the allegations contained therein.

4. As for the allegations contained in paragraph 4 of the complaint, defendant admits the allegations contained therein.

5. As for the allegations contained in paragraph 5 of the complaint, defendant admits the allegations contained therein.

6. As for the allegations contained in paragraph 6 of the complaint, defendant admits the allegations contained therein.

7. As for the allegations contained in paragraph 7 of the complaint, defendant admits that it is a holder of a real property interest as alleged therein. With regard to other defendants, defendant has insufficient knowledge and belief to respond and by reason thereof denies the allegations of said paragraph.

8. As to the allegations in paragraph 8, defendant denies that naming "Doe" defendant is proper in Federal court, and by reason thereof denies the allegations of said paragraph.

9. As for the allegations contained in paragraph 9 of the complaint, defendant admits the allegations contained therein.

10. As for the allegations contained in paragraph 10 of the complaint, defendant admits the allegations contained therein.

11. As for the allegations contained in paragraph 11 of the complaint, defendants admit the allegations contained therein.

12. As for the allegations contained in paragraph 12 of the complaint, defendant admits the allegations contained therein.

13. As for the allegations contained in paragraph 13 of the complaint, defendant admits the allegations contained therein.

14. As for the allegations contained in paragraph 14 of the complaint defendant admits the allegations contained therein.

15. As for the allegations contained in paragraph 15 of the complaint, defendant admits the allegations contained therein.

16. As for the allegations contained in paragraph 16 of the complaint, defendant admits the allegations contained therein.

17. As for the allegations contained in paragraph 17 of the complaint, defendant admits the allegations contained therein.

18. As for the allegations contained in paragraph 18 of the complaint, the allegations are not an English sentence and by reason thereof, defendant denies each and every allegation in said paragraph and the whole thereof

19. As for the allegations contained in paragraph 19 of the complaint, defendant affirmatively alleges that such paragraph is a legal conclusion, not a factual allegation, and by reason thereof denies each and every allegation in said paragraph and the whole thereof.

20. As for the allegations contained in paragraph 20 of the complaint, defendant affirmatively alleges that such paragraph is a legal conclusion, not a factual allegation, and by reason thereof denies each and every allegation in said paragraph and the whole thereof.

21. As for the allegations contained in paragraph 21 of the complaint, defendant is without sufficient information and belief to permit it to respond to said allegation, and by reason thereof denies each and every allegation in said paragraph and the whole thereof.

22. As for the allegations contained in paragraph 22 of the complaint, defendant is without sufficient information and belief to permit it to respond to said allegation, and by reason thereof denies each and every allegation in said paragraph and the whole thereof.

23. As for the allegations contained in paragraph 23 of the complaint, defendant realleges its responses as are set forth herein.

24. As for the allegations contained in paragraph 24 of the complaint, defendant affirmatively alleges that such paragraph is a legal conclusion, not a factual allegation, and by reason thereof denies each and every allegation in said paragraph and the whole thereof.

25. As for the allegations contained in paragraph 25 of the complaint, defendant affirmatively alleges that such paragraph is a legal conclusion, not a factual allegation, and by reason thereof denies each and every allegation in said paragraph and the whole thereof.

26. As for the allegations contained in paragraph 26 of the complaint, defendant is without sufficient information and belief to permit it to respond to said allegation, and by reason thereof denies each and every allegation in said paragraph and the whole thereof.

27. As for the allegations contained in paragraph 27 of the complaint, defendant is without sufficient information and belief to permit it to respond to said allegation, and by reason thereof denies each and every allegation in said paragraph and the whole thereof.

**FIRST AFFIRMATIVE DEFENSE**

28. The Complaint fails to state a claim upon which relief can be entered.

Wherefore, Defendant prays that on Plaintiff's complaint, that the complaint be dismissed and that plaintiff take nothing by reason thereof;

Respectfully Submitted

Dated: 2/20, 2020    BEALL & BURKHARDT, APC

By: *William C. Beall*
William C. Beall, Counsel for
Defendant GRL, LLC

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):

Answer

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/20/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- **Brian D Fittipaldi**     brian.fittipaldi@usdoj.gov
- **Karen L Grant**     kgrant@silcom.com
- **Eric P Israel**     eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Michael Authur McConnell (TR)**     Michael.mcconnell@kellyhart.com
- **Zev Shechtman**     zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **United States Trustee (ND)**     ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/20/2020_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Honorable Martin Barash**
**United States Bankruptcy Court**
**21041 Burbank Boulevard, Suite 342**
**Woodland Hills, CA 91367**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/20/2020 | William C. Beall | /s/ William C. Beall |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                        **F 9013-3.1.PROOF.SERVICE**