BROWNSTEIN HYATT FARBER SCHRECK, LLP
Mitchell J. Langberg (State Bar No. 171912)
2049 Century Park East, Suite 3550
Los Angeles, California 90067
Telephone: 310.500.4600
Facsimile: 310.500.4602

Attorney for Defendants LANCE H. BROWN, Trustee of The Lance II. Brown Trust; JEROME BREVOORT DWIGHT; LELA MINTURN DWIGHT; JONATHAN ASHLEY DWIGHT; JOHN A. FELICIANO, Trustee of John A. Feliciano Revocable Trust; LOUISE H. FELICIANO, Trustee of Louise H. Feliciano Revocable Trust; ADAM B. FIRESTONE; KATHERINE S. HANBERG; WILLIAM HANBERG; ALICE SEDGWICK, DEC'D Estate of Alice Sedgwick, by its Personal Representative; SUSANNA SEDGWICK, Trustee; ALICE SEDGWICK WOHL

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA BARBARA DIVISION

| | |
|---|---|
| HVI CAT CANYON, INC.,<br><br>Debtor.<br>_____<br>MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>DONNA JEAN AANERUD, an individual; RICHARD W. ACKERMAN, Trustee; JANE A. ADAMS, an individual; JOHN S. ADAMS, an individual; CHARLES C. ALBRIGHT, Trustee Under Trust of 5/20/76; OTHER DEFENDANTS LISTED ON EXHIBIT "1" TO THE COMPLAINT and DOES 1-100,<br><br>Defendants. | Case No. 9:19-BK-11573-MB<br><br>Chapter Number: 11<br><br>Hon. Martin R. Barash<br><br>Adv. No. 9:20-AP-01011-MB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

Defendants Lance H. Brown, Trustee of The Lance II. Brown Trust; Jerome Brevoort Dwight; Lela Minturn Dwight; Jonathan Ashley Dwight; John A. Feliciano, Trustee of John A. Feliciano Revocable Trust; Louise H. Feliciano, Trustee of Louise H. Feliciano Revocable Trust; Adam B. Firestone; Katherine S. Hanberg; William Hanberg; Alice Sedwick, dec'd Estate of Alice Sedgwick, by its Personal Representative; Susanna Sedgwick, Trustee; Alice Sedwick Wohl, (collectively, the "Stipulating Defendants"), by and through their counsel of record, Mitchell J. Langberg of the law firm of Brownstein Hyatt Farber Schreck, LLP, and Plaintiff Michael A. McConnell, as the Chapter 11 Trustee in the above-captioned bankruptcy case ("Plaintiff"), by and through his counsel of record Zev Shechtman of Danning, Gill, Israel & Krasnoff, LLP, hereby stipulate and agree to extend the time for Defendants to respond to Trustee's Complaint for Declaratory Relief (Adv. Docket No. 1) (the "Complaint").

Plaintiff filed the Complaint on January 21, 2020. Based on the Summons and Notice of Status Conference in Adversary Proceeding (Adv. Docket No. 4), the Stipulating Defendants' deadline to file and serve a response to the Complaint is February 21, 2020.

Counsel for Defendants requires time to study the issues and either formulate a response or pursue resolution.

Plaintiff agreed to extend the deadline for the Stipulating Defendants only, and no other defendants (unless by separate written stipulation), to respond to the Complaint, for fourteen (14) days, without prejudice to request a further extension.

///
///
///

Based on the foregoing, the parties hereby stipulate and agree, subject to Court approval, that the deadline for the above mentioned Stipulating Defendants only, and no other defendants, to respond to the Complaint will be extended to March 6, 2020. The parties further request that the Court enter an order to effectuate this stipulation.

DATED: February 20, 2020

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Mitchell J. Langberg
Mitchell J. Langberg
Attorney for Stipulating Defendants LANCE H. BROWN, Trustee of The Lance II. Brown Trust; JEROME BREVOORT DWIGHT; LELA MINTURN DWIGHT; JONATHAN ASHLEY DWIGHT; JOHN A. FELICIANO, Trustee of John A. Feliciano Revocable Trust; LOUISE H. FELICIANO, Trustee of Louise H. Feliciano Revocable Trust; ADAM B. FIRESTONE; KATHERINE S. HANBERG; WILLIAM HANBERG; ALICE SEDGWICK, DEC'D Estate of Alice Sedgwick, by its Personal Representative; SUSANNA SEDGWICK, Trustee; ALICE SEDGWICK WOHL

and

DATED: February 20, 2020

DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: /s/ Zev Shechtman
Zev Shechtman
Attorney for Plaintiff, Michael McConnell, Chapter 11 Trustee

3