| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Alan D. Condren    SBN 180624<br>SEED MACKALL LLP<br>1332 Anacapa Street, Suite 200<br>Santa Barbara, CA 93101<br>acondren@seedmackall.com<br>(805) 963-0669<br>(805) 962-1404 (Fax) | FOR COURT USE ONLY<br><br>**FILED**<br>FEB 21 2020<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                     Deputy Clerk |
|---|---|
| ☐ Individual appearing without attorney<br>☒ Attorney for Stephen Fisher, Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>HVI Cat Canyon, Inc.<br><br>Debtor(s). | CASE NO.: 9:19-bk-11573-MB<br>CHAPTER: 11<br>ADVERSARY NO.: 9:20-ap-01011-MB |
|---|---|
| Michael A. McConnell, Chapter 11 Trustee<br><br>Plaintiff(s),<br><br>vs.<br><br>Donna Jean Aaerud, et al.<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion[1]*): Stipulation to Extend Time Period for Defendants to Respond to Complaint for Declaratory Relief |

PLEASE TAKE NOTE that the order or judgment titled Order Approving Stipulation to Extend Time Period for Defendants to Respond to Complaint for Declaratory Relief
was lodged on (*date*) 02/21/2020 and is attached. This order relates to the motion which is docket number ____.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

SEED MACKALL LLP
1332 ANACAPA STREET, SUITE 200
POST OFFICE BOX 2578
SANTA BARBARA, CALIFORNIA 93120
TELEPHONE: (805) 963-0669
TELEFAX:    (805) 962-1404
Alan D. Condren, Bar No. 180624
Attorneys for Stephen Fisher, as Trustee of
the Nancy W. Ashton Revocable Trust,
Elizabeth Esser, and Roman Catholic
Archbishop of Los Angeles

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI Cat Canyon, Inc.<br><br>Debtor.<br>_____<br>Michael A. McConnell, Chapter 11 Trustee<br><br>Plaintiff,<br><br>vs.<br><br>Donna Jean Aanerud, et al.,<br><br>Defendants.<br>_____ | Case No. 9:19-bk-11573-MB<br>(Chapter 7)<br><br>ADV. NO. 9:20-ap-01011-MB<br><br>ORDER APPROVING STIPULATION TO EXTEND TIME PERIOD FOR DEFENDANTS STEPHEN FISHER, AS TRUSTEE OF THE NANCY W. ASHTON REVOCABLE TRUST, ELIZABETH ESSER, AND ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES TO RESPOND TO COMPLAINT FOR DECLARATORY RELIEF<br><br>Status Conference:<br>Date:   April 17, 2020<br>Time:   10:00 a.m.<br>Place:  1415 State Street, Courtroom 201<br>        Santa Barbara, CA 93101<br>Judge:  Martin R. Barash |

The Court having considered the Stipulation to Extend Time Period for Defendants Stephen Fisher, as Trustee of the Nancy W. Ashton Revocable Trust, Elizabeth Esser, and Roman Catholic Archbishop of Los Angeles to Respond to Complaint for Declaratory Relief between Plaintiff Michael A. McConnell, Chapter 11 Trustee ("Plaintiff"), on the one hand, and Creditors and Defendants Defendants Stephen Fisher, as Trustee of the Nancy W. Ashton Revocable Trust

1  ("Fisher"), Elizabeth Esser ("Esser"), and Roman Catholic Archbishop of Los Angeles

2  ("Archbishop of LA"), on the other hand, and good cause appearing therefor,

3  **IT IS HEREBY ORDERED THAT**:

4  1.  Counsel for Fisher, Esser, and the Archbishop of LA will accept service of the

5  Complaint and that Fisher, Esser, and the Archbishop of LA will have to and including March 6,

6  2020, without prejudice to request a further extension, in which to file a response to the Complaint.

7  2.  The deadline for Fisher, Esser, and the Archbishop of LA, and no other defendant, to

8  respond to the Complaint is extended to and including March 6, 2020.

9  #  #  #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1332 Anacapa Street, Suite 200
Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF LODGEMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/21/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

1. Brian D. Fittipaldi - brian.fittipaldi@usdoj.gov; 2. Eric P. Israel - eisrael@DanningGill.com, danninggill@gmail.com, eisrael@ecf.inforuptcy.com; 3. Michael Aurthur McConnell (TR) - Michael.mcconnell@kellyhart.com;
4. Zev Shechtman - zshechtman@DanningGill.com, danninggill@gmail.com, zshechtman@ecf.inforuptcy.com;
5. United States Trustee (ND) - ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/21/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342/Courtroom 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/21/2020 | Britt Erickson | *Britt Erickson* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**