BROWNSTEIN HYATT FARBER SCHRECK, LLP
Mitchell J. Langberg (State Bar No. 171912)
2049 Century Park East, Suite 3550
Los Angeles, California 90067
Telephone: 310.500.4600
Facsimile: 310.500.4602

Attorney for Defendants LANCE H. BROWN, Trustee of The Lance II. Brown Trust; JEROME BREVOORT DWIGHT; LELA MINTURN DWIGHT; JONATHAN ASHLEY DWIGHT; JOHN A. FELICIANO, Trustee of John A. Feliciano Revocable Trust; LOUISE H. FELICIANO, Trustee of Louise H. Feliciano Revocable Trust; ADAM B. FIRESTONE; KATHERINE S. HANBERG; WILLIAM HANBERG; ALICE SEDGWICK, DEC'D Estate of Alice Sedgwick, by its Personal Representative; SUSANNA SEDGWICK, Trustee; ALICE SEDGWICK WOHL



FILED & ENTERED

FEB 24 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA BARBARA DIVISION

| | |
|---|---|
| HVI CAT CANYON, INC., <br><br>　　　　　Debtor. <br><br>────────────────── <br><br>MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>DONNA JEAN AANERUD, an individual; RICHARD W. ACKERMAN, Trustee; JANE A. ADAMS, an individual; JOHN S. ADAMS, an individual; CHARLES C. ALBRIGHT, Trustee Under Trust of 5/20/76; OTHER DEFENDANTS LISTED ON EXHIBIT "1" TO THE COMPLAINT and DOES 1-100, <br><br>　　　　　Defendants. | Case No. 9:19-BK-11573-MB <br><br>Chapter Number: 11 <br><br>Hon. Martin R. Barash <br><br>Adv. No. 9:20-AP-01011-MB <br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME** |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

The Court having reviewed and considered the Stipulation for Extension of Time (the "Stipulation") (Adv. Docket No. 11) filed by Defendants Lance H. Brown, Trustee of The Lance II. Brown Trust; Jerome Brevoort Dwight; Lela Minturn Dwight; Jonathan Ashley Dwight; John A. Feliciano, Trustee of John A. Feliciano Revocable Trust; Louise H. Feliciano, Trustee of Louise H. Feliciano Revocable Trust; Adam B. Firestone; Katherine S. Hanberg; William Hanberg; Alice Sedgwick, Dec'd Estate of Alice Sedgwick, by its Personal Representative; Susanna Sedgwick, Trustee; Alice Sedgwick Wohl, (collectively, the "Stipulating Defendants") and Plaintiff Michael A. McConnell, as the Chapter 11 Trustee in the above-captioned bankruptcy case ("Plaintiff"), and good and sufficient cause appearing:

IT IS THEREFORE ORDERED that the Stipulation is approved;

IT IS FURTHER ORDERED that the deadline for the Stipulating Defendants only, and no other defendants in this action, to respond to the Trustee's Complaint for Declaratory Relief (Adv. Docket No. 1) (the "Complaint") shall be extended for fourteen (14) days to March 6, 2020, without prejudice to request a further extension.

###

Date: February 24, 2020

Martin R Barash
United States Bankruptcy Judge