Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
R. Chase Donahoo (State Bar No. 322191)
chase@ringstadlaw.com
RINGSTAD & SANDERS LLP
4343 Von Karman Avenue, Suite 300
Newport Beach, CA  92660
Telephone: 949-851-7450
Facsimile:  949-851-6926



**FILED & ENTERED**

**FEB 24 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** handy     **DEPUTY CLERK**

Attorneys for Charles C. Albright, Defendant

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI Cat Canyon, Inc.<br><br>Debtor.<br>_____<br>Michael A. McConnell, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>Donna Jean Aanerud, et al.,<br><br>Defendants. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>Adv. No. 9:20-ap-01011-MB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME PERIOD FOR DEFENDANT CHARLES C. ALBRIGHT TO RESPOND TO COMPLAINT FOR DECLARATORY RELIEF (ALBRIGHT)**<br><br>Status Conference<br>Date:   April 17, 2020<br>Time:  10:00 a.m.<br>Place:  1415 State St. Ctr. 201<br>           Sant Barbara, CA 93101 |

Based upon the Stipulation by and between Plaintiff Michael A. McConnell, Chapter 11 Trustee ("Plaintiff") and Defendant Charles C. Albright by and through their counsel of record, it is hereby

1  **ORDERED:**

2      1.    The deadline for Defendant Charles C. Albright only, and no other defendant, to

3  respond to the Complaint is hereby extended to March 6, 2020.

6                          ###

Date: February 24, 2020

*/s/ Martin R. Barash*

Martin R Barash
United States Bankruptcy Judge