David A. Robinson, Esq. (SBN 107613)
*drobinson@ecg.law*
Benjamin P. Pugh, Esq. (SBN 202025)
*bpugh@ecg.law*
Nicholas A. Dellefave, Esq. (SBN 323814)
*ndellefave@ecg.law*
ENTERPRISE COUNSEL GROUP, ALC
Three Park Plaza, Suite 1400
Irvine, California 92614
Telephone:    (949) 833-8550
Facsimile:    (949) 833-8540

Attorneys for Defendants, Jane A. Adams and John S. Adams, As Trustees of the Jane A. Adams Survivor's Trust

**FILED & ENTERED**

**FEB 24 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI Cat Canyon, Inc.<br><br>Debtor.<br>_____<br>Michael A. McConnell, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>Donna Jean Aanerud, et al.,<br><br>Defendants. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>Adv. No. 9:20-ap-01011-MB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME PERIOD FOR DEFENDANTS JANE A. ADAMS AND JOHN S. ADAMS, AS TRUSTEES OF THE JANE A. ADAMS SURVIVOR'S TRUST TO RESPOND TO COMPLAINT FOR DECLARATORY RELIEF (ADAMS)**<br><br>Status Conference<br>Date:    April 17, 2020<br>Time:    10:00 a.m.<br>Place:    1415 State St. Ctr. 201<br>         Santa Barbara, CA 93101<br><br>Judge: Martin R. Barash |

Based upon the Stipulation by and between Plaintiff Michael A. McConnell, Chapter 11 Trustee in the above-referenced action ("Plaintiff") and Defendants Jane A. Adams and John S.

- 1 -

1  Adams, as Trustees of the Jane A. Adams Survivor's Trust ("Defendants") by and through their
2  counsel of record it is hereby:

**ORDERED:**

The deadline for Defendants Jane A. Adams and John S. Adams, as Trustees of the Jane A. Adams Survivor's Trust only, and no other defendant, to respond to the Complaint is hereby extended to March 6, 2020.

###

Date: February 24, 2020

Martin R Barash
United States Bankruptcy Judge

- 2 -
ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS JANE A. ADAMS AND JOHN S. ADAMS, AS TRUSTEES OF THE JANE A. ADAMS SURVIVOR'S TRUST, TO RESPOND TO COMPLAINT
Order#1285034#5d416867-58c5-4fb2-8663-9db8e68bde0f /1836-001