Law Offices of
**KAREN L. GRANT**
State Bar No. 122084
924 Anacapa Street, Ste 1M
Santa Barbara, CA 93101
(805) 962-4413
(Fax) (805) 568-1641
kgrant@silcom.com

Attorneys for Janet K. Ganong Estate and
Living Trust

FILED & ENTERED

FEB 24 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- NORTHERN DIVISION

| | |
|---|---|
| In re | ) CASE NO. 9:19-bk-11573-MB |
| | ) (Chapter 7) |
| HVI Cat Canyon, Inc. | ) |
| | ) ADV. NO. 9:20-ap-01011-MB |
| Debtor. | ) |
| | ) ORDER APPROVING STIPULATION TO |
| _____ | ) EXTEND TIME PERIOD  FOR DEFENDANT |
| | ) TO RESPOND TO COMPLAINT FOR |
| Michael A. McConnell, Chapter 11 | ) DECLARATORY RELIEF |
| Trustee | ) |
| | ) |
| Plaintiff, | ) Status Conference |
| Vs. | ) Date:  April 17, 2020 |
| | ) Time:  10:00 a.m. |
| Donna Jean AAnerud et al., | ) Place: 1415 State St Ctr 201 |
| | )        Santa Barbara, CA 93101 |
| Defendants. | ) Judge:  Martin R. Barash |

The Court having considered the Stipulation to Extend Time period for Defendant to Respond to Complaint for Declaratory Relief between Pplaintiff Michael A. McConnell, Chapter 11 Trustee ("Plaintiff") and Creditor and Defendant Janet K. Ganong Estate and Living Trust ("Defendant Ganong"), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.   Counsel for Defendant Ganong will accept service of the Complaint and that Defendant Ganong will have an additional fourteen days (14) days, without prejudice to request a further extension, in

1  which to file a response to the Complaint.

2       2.   The deadline for Defendant Ganong only, and no other

3  defendant, to respond to the Complaint will be extended to March 6,

4  2020.

5                              ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  Date: February 24, 2020

                                      Martin R Barash

24                                        United States Bankruptcy Judge

25

26

27

28