**MUSICK, PEELER & GARRETT LLP**

624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

Brian L. Holman (State Bar No. 94603)
 b.holman@musickpeeler.com

Attorneys for Defendant Bradley Land Company



FILED & ENTERED

FEB 24 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:19-bk-11573-MB |
| HVI CAT CANYON, INC., | Chapter 11 |
| Debtor. | Adv. Pro. Case No. 9:20-ap-01011-MB |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, | ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BRADLEY LAND COMPANY ONLY TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT |
| Plaintiff, | |
| vs. | |
| DONNA JEAN AANERUD, an individual; RICHARD W. ACKERMAN, Trustee; JANE A. ADAMS, an individual; JOHN S. ADAMS, an individual; CHARLES C. ALBRIGHT, Trustee Under Trust of 5/20/76; OTHER DEFENDANTS LISTED ON EXHIBIT "1" HERETO and DOES 1-100, | |
| Defendants. | |

The Court, having considered the Stipulation for Extension of Time for Defendant Bradley Land Company Only to File a Response to Plaintiff's Complaint between Plaintiff Michael A. McConnell, chapter 11 trustee ("Plaintiff") and Defendant Bradley Land Company to extend the deadline for Defendant Bradley Land Company only to file and serve a response to the Complaint in the referenced adversary action [Adversary. Proc. Docket No. 17],

1203166.1

IT IS HEREBY ORDERED that:

1. The Stipulation is approved; and

2. The deadline for Defendant Bradley Land Company only, and no other defendant in this action, to file and serve a response to the Complaint is extended to March 6, 2020, without prejudice to a further extension if circumstances so warrant.

####

Date: February 24, 2020

Martin R Barash
United States Bankruptcy Judge

1203166.1