1  PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
   Don Fisher, Bar No. 093766
2  dfisher@ptwww.com
   1900 Main Street, Suite 700
3  Irvine, CA 92614-7328
   Telephone: (949) 851-9400
4  Facsimile: (949) 757-1225

5  Attorneys for Defendant Corian Cross Holdings, LP

**FILED & ENTERED**

**FEB 24 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY handy    DEPUTY CLERK**

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:19-bk-11573-MB |
| HVI Cat Canyon, Inc. | Chapter 11 |
| Debtor. | Adversary No. 9:20-ap-01011-MB |
| Michael A. McConnell, Chapter 11 Trustee, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CORIAN CROSS HOLDINGS, LP TO RESPOND TO THE COMPLAINT** |
| Plaintiff, | |
| vs. | Service Date: January 29, 2020<br>Old Response Date: February 21, 2020<br>New Response Date: March 6, 2020 |
| Donna Jean AAnerud, et al., | |
| Defendants. | |

The Court, having reviewed and considered the Stipulation To Extend Time for Defendant Corian Cross Holdings, LP to Respond to Complaint between Plaintiff Michael A. McConnell, Chapter 11 trustee ("Plaintiff") and Defendant Corian Cross Holdings, LP to extend the time for Defendant Corian Cross Holdings, LP to file and serve a response to the Complaint in the referenced adversary action [Adversary. Proc. Docket No. 22],

IT IS HEREBY ORDERED that:

1.   The stipulation is approved; and

Palmieri, Tyler, Wiener
Wilhelm & Waldron LLP
Attorneys at Law

2904328.1

-1-

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CORIAN CROSS HOLDINGS, LP
TO RESPOND TO THE COMPLAINT

2. Defendant Corian Cross Holdings, LP only, and no other defendant, shall have until March 6, 2020 to answer or otherwise respond to Plaintiff's Complaint;

3. Such extension of time to answer or otherwise respond to the Complaint is without prejudice to Defendant Corian Cross Holdings, LP's right to seek further extension.

####

Date: February 24, 2020

*Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge