**SEED MACKALL LLP**
1332 ANACAPA STREET, SUITE 200
POST OFFICE BOX 2578
SANTA BARBARA, CALIFORNIA 93120
TELEPHONE: (805) 963-0669
TELEFAX:   (805) 962-1404
Alan D. Condren, Bar No. 180624

Attorneys for Stephen Fisher, as Trustee of the Nancy W. Ashton Revocable Trust, Elizabeth Esser, and Roman Catholic Archbishop of Los Angeles

**FILED** FEB 25 2020 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**ENTERED** FEB 25 2020 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk


LODGED FEB 21 2020

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI Cat Canyon, Inc.<br><br>Debtor.<br><br>Michael A. McConnell, Chapter 11 Trustee<br><br>Plaintiff,<br><br>vs.<br><br>Donna Jean Aanerud, et al.,<br><br>Defendants. | Case No. 9:19-bk-11573-MB<br>(Chapter 7)<br><br>ADV. NO. 9:20-ap-01011-MB<br><br>ORDER APPROVING STIPULATION TO EXTEND TIME PERIOD FOR DEFENDANTS STEPHEN FISHER, AS TRUSTEE OF THE NANCY W. ASHTON REVOCABLE TRUST, ELIZABETH ESSER, AND ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES TO RESPOND TO COMPLAINT FOR DECLARATORY RELIEF<br><br>Status Conference:<br>Date: April 17, 2020<br>Time: 10:00 a.m.<br>Place: 1415 State Street, Courtroom 201<br>       Santa Barbara, CA 93101<br>Judge: Martin R. Barash |

The Court having considered the Stipulation to Extend Time Period for Defendants Stephen Fisher, as Trustee of the Nancy W. Ashton Revocable Trust, Elizabeth Esser, and Roman Catholic Archbishop of Los Angeles to Respond to Complaint for Declaratory Relief between Plaintiff Michael A. McConnell, Chapter 11 Trustee ("Plaintiff"), on the one hand, and Creditors and Defendants Defendants Stephen Fisher, as Trustee of the Nancy W. Ashton Revocable Trust

1  ("Fisher"), Elizabeth Esser ("Esser"), and Roman Catholic Archbishop of Los Angeles
2  ("Archbishop of LA"), on the other hand, and good cause appearing therefor,
3      **IT IS HEREBY ORDERED THAT**:
4      1.    Counsel for Fisher, Esser, and the Archbishop of LA will accept service of the
5  Complaint and that Fisher, Esser, and the Archbishop of LA will have to and including March 6,
6  2020, without prejudice to request a further extension, in which to file a response to the Complaint.
7      2.    The deadline for Fisher, Esser, and the Archbishop of LA, and no other defendant, to
8  respond to the Complaint is extended to and including March 6, 2020.
9      # # #

23  FEB. 25, 2020    By the court: _____
    Month / day / year                           United States Bankruptcy Judge