```
 1  ERIC P. ISRAEL (State Bar No. 132426)
    eisrael@DanningGill.com
 2  ZEV SHECHTMAN (State Bar No. 266280)
    zs@DanningGill.com
 3  AARON E. DE LEEST (State Bar No. 216832)
    adeleest@DanningGill.com
 4  SONIA SINGH (State Bar No. 311080)
    ssingh@DanningGill.com
 5  DANNING, GILL, ISRAEL & KRASNOFF, LLP
    1901 Avenue of the Stars, Suite 450
 6  Los Angeles, California 90067-6006
    Telephone: (310) 277-0077
 7  Facsimile: (310) 277-5735

 8  Attorneys for Plaintiff and
    Counterdefendant Michael A. McConnell,
 9  Chapter 11 Trustee
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11 |
| MICHAEL A. McCONNELL,<br>CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>DONNA JEAN AANERUD, an individual;<br>RICHARD W. ACKERMAN, Trustee;<br>JANE A. ADAMS, an individual;<br>JOHN S. ADAMS, an individual;<br>CHARLES C. ALBRIGHT, Trustee Under Trust of 5/20/76;<br>OTHER DEFENDANTS LISTED ON EXHIBIT "1" HERETO and DOES 1-100, et al.,<br><br>Defendants.<br><br>GOODWIN "A" MINERAL OWNERS GROUP,<br><br>Counterclaimant, | Adv. No. 9:20-ap-01011-MB<br><br>**STIPULATION AMONG TRUSTEE, GOODWIN "A" MINERAL OWNERS GROUP, FRANK M. BOISSERANC AND SYLVIA S. BOISSERANC AS TRUSTEES OF THE FRANK AND SYLVIA BOISSERANC TRUST, WALDO A. GILLETTE JR., PRESSON VERA OC LAND GROUP, A CALIFORNIA UNINCORPORATED ASSOCIATION, AND UBS AG LONDON BRANCH TO EXTEND DEADLINE TO RESPOND TO COUNTERCLAIMS AND CROSSCLAIMS**<br><br>Date: May 19, 2020<br>Time: 10:30 a.m.<br>Crtrm.: 201<br>1415 State Street<br>Santa Barbara, CA 93101 |

1581784.1  26932

1

| | |
|---|---|
| vs. | |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, | |
| Counterdefendant. | |
| GOODWIN "A" MINERAL OWNERS GROUP, | |
| Crossclaimant, | |
| vs. | |
| UBS AG London Branch, CTS Properties LTD, Diamond McCarthy LLP and GIT, INC, | |
| Crossdefendants. | |
| FRANK M. BOISSERANC and SYLVIA S BOISSERANC as TRUSTEES OF THE FRANK AND SYLVIA BOISSERANC TRUST, | |
| Counterclaimants, | |
| vs. | |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, | |
| Counterdefendant. | |
| WALDO A. GILLETTE JR., | |
| Counterclaimant, | |
| vs. | |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, | |
| Counterdefendant. | |
| WALDO A. GILLETTE JR., | |
| Crossclaimant, | |
| vs. | |

| UBS AG, LONDON BRANCH and GIT, INC., |
|---|
| Crossdefendants. |
| PRESSON VERA OC LAND GROUP, a California Unincorporated Association, |
| Counterclaimant, |
| vs. |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, |
| Counterdefendant. |

This stipulation is entered into by and among Plaintiff and Counterdefendant Michael A. McConnell, the Chapter 11 trustee (the "Trustee") for the estate of HVI Cat Canyon, Inc. (the "Debtor"), Defendant, Counterclaimants, and Crossclaimants Goodwin "A" Mineral Owners Group (the "Goodwin "A" Defendants"), Frank M. Boisseranc and Sylvia S. Boisseranc as Trustees of the Frank and Sylvia Boisseranc Trust (the "Boisseranc Trust Defendants"), Waldo A. Gillette Jr. (the "Gillette Defendant"), Presson Vera OC Land Group, a California unincorporated association (the "Presson Vera Defendants"), and Crossdefendant UBS AG, London Branch, through their respective counsel, as follows:

## RECITALS

1. The Trustee filed the original complaint in this action on January 21, 2020.

2. Pursuant to the summons served with the Trustee's complaint, the response to the complaint was due on February 21, 2020.

3. The Trustee and the Goodwin "A" Defendants entered into a stipulation extending the deadline to respond to the complaint, and the Court entered

an order extending the deadline to respond to the complaint to March 6, 2020 (doc. nos. 26, 36).

4. On March 6, 2020, the Goodwin "A" Defendants filed their answer, counterclaim against the Trustee, and crossclaim against UBS AG, London Branch and others (doc. no. 64), and on March 10, 2020, the Goodwin "A" Defendants served the summons in connection therewith.

5. The Trustee, the Goodwin "A" Defendants, and UBS AG, London Branch entered into a stipulation extending the deadline to respond to the counterclaims and crossclaims, and the Court entered an order initially extending the deadline to respond to the counterclaims and crossclaims to April 30, 2020, without prejudice (doc. nos. 144, 198).

6. After the Court entered the order extending the deadline for the Trustee and UBS, AG London Branch to respond to the counterclaims and crossclaims alleged by the Goodwin "A" Defendants, the Boisseranc Trust Defendants, Gillette Defendant, and Presson Vera Defendants each filed answers alleging similar counterclaims against the Trustee and/or crossclaims against UBS, AG London Branch.

7. On April 13, 2020, the Boisseranc Trust Defendants filed their answer and counterclaim against the Trustee (doc. no. 311). A summons for the counterclaim has not been issued and it has not yet been served, but pursuant to FRBP 7012 the answer to the counterclaim will be due within 21 days after service.

8. On April 13, 2020, the Gillette Defendant filed his answer and counterclaim against the Trustee, and crossclaim against UBS AG, London Branch and others (doc. no. 312). A summons for the counterclaim and crossclaim has not been issued and they have not yet been served, but pursuant to FRBP 7012 the answer to the counterclaim and crossclaim will be due within 21 days after service.

9. On April 13, 2020, the Presson Vera Defendants filed their answer and counterclaim against the Trustee (doc. no. 313). A summons for the

counterclaim has not been issued and it has not yet been served, but pursuant to FRBP 7012 the answer to the counterclaim will be due within 21 days after service.

10. The Trustee and UBS AG, London Branch have requested an extension of time to respond to the counterclaims and crossclaims of the Goodwin "A" Defendants, the Boisseranc Trust Defendants, Gillette Defendant, and Presson Vera Defendants.

11. The Goodwin "A" Defendants, the Boisseranc Trust Defendants, Gillette Defendant, and Presson Vera Defendants are each represented by the same counsel, and the counterclaims and crossclaims they allege raise comparable legal issues and seek similar relief. The parties believe that it would be more efficient to have a single response deadline for each of the counterclaims and crossclaims because it will facilitate coordination of status conference dates, initial disclosure and discovery deadlines, and other pretrial and trial matters. The parties also believe that the counterclaims and crossclaims implicate legal and factual issues that are separate and distinct from the declaratory relief claims alleged by the Trustee, and an extension will afford additional time to explore settlement possibilities.

Accordingly, subject to Court approval, the undersigned parties hereby stipulate as follows:

## **STIPULATION**

12. The above recitals are incorporated herein in their entirety.

13. The parties hereto stipulate and jointly request that the Court enter an order (a) further extending the deadline for the Trustee and UBS, AG London Branch to respond to the counterclaims and crossclaims of the Goodwin "A" Defendants to June 15, 2020, and (b) extending the deadline for the Trustee and UBS, AG London Branch to respond to the counterclaims and/or crossclaims of the Boisseranc Trust Defendants, Gillette Defendant, and Presson Vera Defendants to the later of 21 days after service of such counterclaims and/or crossclaims or June 15, 2020.

14. The order approving this stipulation shall be without prejudice to further requests of any of the parties hereto.

15. The Trustee is contemporaneously with the filing hereof lodging a proposed order approving and giving effect to this stipulation.

DATED: April 28, 2020

DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: /s/ Zev Shechtman

ZEV SHECHTMAN
Attorneys for Plaintiff and Counter-defendant Michael A. McConnell, Chapter 11 Trustee

DATED: April 28, 2020

HANNA AND MORTON LLP

By: [signature]

EDWARD S. RENWICK
Attorneys for Defendants, Counterclaimants, and Crossclaimants
Goodwin "A" Mineral Owners Group
Frank M. Boisseranc and Sylvia S. Boisseranc as Trustees of the Frank and Sylvia Boisseranc Trust
Waldo A. Gillette Jr.
Presson Vera OC Land Group, a California unincorporated association

1581784.1  26932

6

```
 1  DATED: April 28, 2020           O'MELVENY & MYERS LLP
 2                                  By:
 3
 4                                  _____
                                    BRIAN M. METCALF
 5                                  Attorneys for Crossdefendant UBS AG,
                                    London Branch
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  STIPULATION AMONG TRUSTEE, GOODWIN "A" MINERAL OWNERS GROUP, FRANK M. BOISSERANC AND SYLVIA S. BOISSERANC AS TRUSTEES OF THE FRANK AND SYLVIA BOISSERANC TRUST, WALDO A. GILLETTE JR., PRESSON VERA OC LAND GROUP, A CALIFORNIA UNINCORPORATED ASSOCIATION, AND UBS AG LONDON BRANCH TO EXTEND DEADLINE TO RESPOND TO COUNTERCLAIMS AND CROSSCLAIMS  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 28, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2020 | Patricia Morris | */s/ Patricia Morris* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1587559.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Alan D Condren on behalf of Defendant Roman Catholic Archbishop of Los Angeles , berickson@seedmackall.com
- Alan D Condren on behalf of Defendant Stephen Fisher , berickson@seedmackall.com
- Alan D Condren on behalf of Defendant Elizabeth Esser , berickson@seedmackall.com
- Alicia Clough on behalf of Interested Party California State Lands Commission aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Benjamin P Pugh on behalf of Defendant Jane A. Adams bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law
- Benjamin P Pugh on behalf of Defendant John S. Adams bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law
- Bradley D Blakeley on behalf of Defendant RDI Royalty Distributors, Inc blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND) brian.fittipaldi@usdoj.gov
- Brian L Holman on behalf of Defendant Bradley Land Company b.holman@mpglaw.com
- Brian L Holman on behalf of Counter-Claimant Bradley Land Company b.holman@mpglaw.com
- Brian M Metcalf on behalf of Interested Party UBS AG, London Branch bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- Don Fisher on behalf of Defendant Corian Cross Holdings, LP dfisher@ptwww.com, tblack@ptwww.com
- Edward S Renwick on behalf of Cross-Claimant Goodwin "A" Mineral Owners Group erenwick@hanmor.com, iaguilar@hanmor.com
- Edward S Renwick on behalf of Creditor Goodwin "A" Mineral Owners Group erenwick@hanmor.com, iaguilar@hanmor.com
- Edward S Renwick on behalf of Counter-Claimant Waldo A. Gillette Jr. erenwick@hanmor.com, iaguilar@hanmor.comEdward S Renwick on behalf of Counter-Claimant Presson Vera OC Land Group, a California
- Unincorporated Association erenwick@hanmor.com, iaguilar@hanmor.com
- Edward S Renwick on behalf of Counter-Claimant Frank M. Boisseranc and Sylvia S Boisseranc as Trustees of the Frank and Sylvia Boisseranc Trust erenwick@hanmor.com, iaguilar@hanmor.com
- Eric P Israel on behalf of Plaintiff Michael A. McConnell, Chapter 11 Trustee eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Gisele M Goetz on behalf of Defendant Chamberlin Oil LLC gmgoetz@hbsb.com,
- ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- J. Alexandra Rhim on behalf of Defendant Laor Liquidating Associates, LP arhim@hrhlaw.com
- J. Alexandra Rhim on behalf of Defendant Guarantee Royalties, Inc. arhim@hrhlaw.com
- Jerry Namba on behalf of Defendant CMT, LLC nambaepiq@earthlink.net, G23453@notify.cincompass.com;annie_cunningham@ymail.com
- Karen L Grant on behalf of Defendant Janet K Ganong kgrant@silcom.com
- Marc S Cohen on behalf of Interested Party California State Lands Commission mscohen@loeb.com, klyles@loeb.com
- Michael Authur McConnell (TR) Michael.mcconnell@kellyhart.com
- Mitchell J Langberg on behalf of Defendant Adam B Firestone mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant Susanna Sedgwick mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant Alice Sedgwick, Dec'd mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant Katherine S Hanberg mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant John A Feliciano mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant Louise H Feliciano mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant Lela Minturn Dwight mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant Jerome Brevoort Dwight mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant William Hanberg mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant Jonathan Ashley Dwight mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant Lance H Brown mlangberg@bhfs.com, dcrudup@bhfs.com
- Mitchell J Langberg on behalf of Defendant Alice Sedgwick Wohl mlangberg@bhfs.com, dcrudup@bhfs.com
- Todd C. Ringstad on behalf of Defendant Charles C. Albright becky@ringstadlaw.com, arlene@ringstadlaw.com
- United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

1587559.1  26932   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

- Vincent T Martinez on behalf of Creditor The Bognuda Trust llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- Vincent T Martinez on behalf of Defendant The Bognuda Trust llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- Vincent T Martinez on behalf of Creditor Candace Laine Evenson llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- Vincent T Martinez on behalf of Creditor Adam Family Trust llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- Vincent T Martinez on behalf of Creditor Escolle Tenants In Common llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- Vincent T Martinez on behalf of Creditor The Morganti Ranch, a limited partnership llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- William C Beall on behalf of Defendant GRL, LLC, a Delaware limited liability company will@beallandburkhardt.com, carissa@beallandburkhardt.com
- William E. Winfield on behalf of Defendant Kathleen Seymour wwinfield@calattys.com, scuevas@calattys.com
- William E. Winfield on behalf of Defendant Virginia Tracy wwinfield@calattys.com, scuevas@calattys.com
- William E. Winfield on behalf of Defendant Robert Kestner wwinfield@calattys.com, scuevas@calattys.com
- William E. Winfield on behalf of Defendant Jane Connolly wwinfield@calattys.com, scuevas@calattys.com
- Zev Shechtman on behalf of Trustee Michael Authur McConnell (TR) zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inoruptcy.com
- Zev Shechtman on behalf of Plaintiff Michael A. McConnell, Chapter 11 Trustee zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inoruptcy.com

1587559.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**