ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
SONIA SINGH (State Bar No. 311080)
ssingh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff and Counterdefendant Michael A. McConnell, Chapter 11 Trustee

**FILED & ENTERED**

MAY 04 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>    Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11 |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONNA JEAN AANERUD, an individual;<br>RICHARD W. ACKERMAN, Trustee;<br>JANE A. ADAMS, an individual;<br>JOHN S. ADAMS, an individual;<br>CHARLES C. ALBRIGHT, Trustee Under Trust of 5/20/76;<br>OTHER DEFENDANTS LISTED ON EXHIBIT "1" HERETO and<br>DOES 1-100, et al.,<br><br>    Defendants.<br><br>GOODWIN "A" MINERAL OWNERS GROUP,<br><br>    Counterclaimant. | Adv. No. 9:20-ap-01011-MB<br><br>**ORDER APPROVING STIPULATION AMONG TRUSTEE, GOODWIN "A" MINERAL OWNERS GROUP, FRANK M. BOISSERANC AND SYLVIA S. BOISSERANC AS TRUSTEES OF THE FRANK AND SYLVIA BOISSERANC TRUST, WALDO A. GILLETTE JR., PRESSON VERA OC LAND GROUP, A CALIFORNIA UNINCORPORATED ASSOCIATION, AND UBS AG LONDON BRANCH TO EXTEND DEADLINE TO RESPOND TO COUNTERCLAIMS AND CROSSCLAIMS**<br><br>Date: May 19, 2020<br>Time: 10:30 a.m.<br>Crtrm.: 201<br>    1415 State Street<br>    Santa Barbara, CA 93101 |

1581785.1  26932

1

vs.

MICHAEL A. McCONNELL,
CHAPTER 11 TRUSTEE,

    Counterdefendant.

GOODWIN "A" MINERAL OWNERS GROUP,

    Crossclaimant,

vs.

UBS AG London Branch, CTS Properties LTD, Diamond McCarthy LLP and GIT, INC,

    Crossdefendants.

FRANK M. BOISSERANC and SYLVIA S BOISSERANC as TRUSTEES OF THE FRANK AND SYLVIA BOISSERANC TRUST,

    Counterclaimants,

vs.

MICHAEL A. McCONNELL,
CHAPTER 11 TRUSTEE,

    Counterdefendant.

WALDO A. GILLETTE JR.,

    Counterclaimant,

vs.

MICHAEL A. McCONNELL,
CHAPTER 11 TRUSTEE,

    Counterdefendant.

WALDO A. GILLETTE JR.,

    Crossclaimant,

vs.

|   |   |
|---|---|
| UBS AG, LONDON BRANCH and GIT, INC., | |
| Crossdefendants. | |
| PRESSON VERA OC LAND GROUP, a California Unincorporated Association, | |
| Counterclaimant, | |
| vs. | |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, | |
| Counterdefendant. | |

The Court having read and considered the *Stipulation Among Trustee, Goodwin "A" Mineral Owners Group, Frank M. Boisseranc and Sylvia S. Boisseranc as Trustees of the Frank and Sylvia Boisseranc Trust, Waldo A. Gillette Jr., Presson Vera OC Land Group, a California unincorporated association, and UBS AG, London Branch to Extend Deadline to Respond to Counterclaims and Crossclaims* (the "Stipulation"), submitted by Plaintiff and Counterdefendant Michael A. McConnell, the Chapter 11 trustee (the "Trustee") for the estate of HVI Cat Canyon, Inc., Defendants, Counterclaimants, and Crossclaimants Goodwin "A" Mineral Owners Group (the "Goodwin "A" Defendants"), Frank M. Boisseranc and Sylvia S. Boisseranc as Trustees of the Frank and Sylvia Boisseranc Trust (the "Boisseranc Trust Defendants"), Waldo A. Gillette Jr. (the "Gillette Defendant"), and Presson Vera OC Land Group, a California unincorporated association (the "Presson Vera Defendants"), and Crossdefendant UBS AG, London Branch; good cause appearing therefor, it is hereby

ORDERED THAT:

1. The Stipulation is approved.

2. The Court hereby (a) extends the deadline for the Trustee and UBS, AG London Branch to respond to the counterclaims and crossclaims of the Goodwin "A" Defendants to June 15, 2020, and (b) extends the deadline for the Trustee and UBS, AG London Branch to respond to the counterclaims and/or crossclaims of the Boisseranc Trust Defendants, Gillette Defendant, and Presson Vera Defendants to the later of 21 days after service of such counterclaims and/or crossclaims or June 15, 2020.

3. This Order is entered without prejudice to further requests of any of the parties to the Stipulation.

####

Date: May 4, 2020

Martin R Barash
United States Bankruptcy Judge

1581785.1  26932

4