Vincent T. Martinez, SBN 174157
TWITCHELL AND RICE, LLP
215 North Lincoln Street
P. O. Box 520
Santa Maria, CA 93456
Telephone: (805) 925-2611
Facsimile:  (805) 925-1635

Attorneys for Defendant
ESCOLLE TENANTS IN COMMON and
THE BOGNUDA FAMILY TRUST

**FILED & ENTERED**

MAY 04 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In Re | Case No.  9:19-bk-11573-MB |
| HVI CAT CANYON , INC., | Chapter 11 |
| Debtor. | Adv. No. 9:20-ap-01011-MB |
| | **ORDER APPROVING STIPULATION TO JOIN ESCOLLE TENANTS IN COMMON AND THE BOGNUDA FAMILY TRUST TO ADVERSARY PROCEEDING** |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | |
| vs. | |
| DONNA JEAN AANERUD, an individual; RICHARD W. ACKERNMAN, Trustee; JANE A. ADAMS, an individual; JOHN S. ADAMS, an individual; CHARLES C. ALBRIGHT, Trustee Under Trust of 5/20/76; OTHER DEFENDANTS LISTED ON EXHIBIT "1" HERETO and DOES 1-100, | Judge: Hon. Martin R. Barash |
| Defendants. | |

1

ORDER APPROVING STIPULATION TO JOIN ESCOLLE TENANTS IN COMMON AND THE
BOGNUDA FAMILY TRUST TO ADVESARY PROCEEDING

The Court having read and considered the Stipulation To Join Escolle Tenants In Common and The Bognuda Family Trust to Advesary Proceeding, docket no. 424 between Escolle Tenants In Common, The Bognuda Family Trust Dated March 10, 1975, and Michael A. McConnell , Chapter 11 Trustee, and finding good cause:

HEREBY ORDERS that Escolle Tenants In Common be joined as a Defendant in the above entitled matter, and shall file its answer and any cross claim or cross complaint within fifteen calendar days of the Court entering this order.

FURTHER HEREBY ORDERS that The Bognuda Family Trust Dated March 10, 1975, be joined as a Defendant in the above entitled matter, and shall file its answer and any cross claim or cross complaint within fifteen calendar days of the Court entering this order.

####

Date: May 4, 2020

Martin R Barash
United States Bankruptcy Judge

ORDER APPROVING STIPULATION TO JOIN ESCOLLE TENANTS IN COMMON AND THE BOGNUDA FAMILY TRUST TO ADVESARY PROCEEDING