**MUSICK, PEELER & GARRETT LLP**

624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

Brian L. Holman (State Bar No. 94603)
  b.holman@musickpeeler.com
Peter J. Diedrich (State Bar No. 101649)
  p.diedrich@musickpeeler.com

Attorneys for Defendant and Counterclaimant Bradley Land Company

FILED & ENTERED

MAY 15 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:19-bk-11573-MB |
| HVI CAT CANYON, INC., | Chapter 11 |
| Debtor. | Adv. Pro. Case No. 9:20-ap-01011-MB |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF MOTION TO SEVER CLAIMS AGAINST, AND COUNTERCLAIM OF, BRADLEY LAND COMPANY** |
| Plaintiff, | |
| vs. | |
| DONNA JEAN AANERUD, an individual; etc., | Judge:    Martin R. Barash |
| Defendants. | Date:    May 19, 2020 |
| BRADLEY LAND COMPANY, a California corporation, | Time:    10:30 a.m. |
| Counter-Claimant, | Courtroom:  201 |
| vs. | Address:    1415 State Street |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, | Santa Barbara, CA 93101 |
| Counter-Defendant. | |
| And Related Counter-Claims and Cross-Claims | |

**MUSICK, PEELER
& GARRETT LLP**

1215024.1

1

ORDER GRANTING STIPULATION FOR DISMISSAL OF MOTION

1    The Court, having considered the Stipulation for Dismissal of Motion to Sever Claims

2  Against, and Counterclaim of, Bradley Land Company between Plaintiff and Counter-Defendant

3  Michael A. McConnell, chapter 11 trustee ("Plaintiff") and Defendant and Counter-Claimant

4  Bradley Land Company ("Bradley") providing for withdrawal, on the terms set forth therein, of

5  Bradley's Motion to Sever Claims Against, and Counterclaim of, Bradley Land Company

6  [Adversary Proc. Docket No. 170] ("Motion to Sever") in the above-styled adversary proceeding.

7  By its Motion to Sever, Bradley seeks to sever the claims asserted against or by Bradley from the

8  claims asserted against or by the other defendants in this adversary proceeding,

9  / / / /

10  / / / /

11  / / / /

12  / / / /

13  / / / /

14  / / / /

15  / / / /

16  / / / /

17  / / / /

18  / / / /

19  / / / /

20  / / / /

21  / / / /

22  / / / /

23  / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

MUSICK, PEELER
& GARRETT LLP

1215024.1

ORDER GRANTING STIPULATION FOR DISMISSAL OF MOTION

IT IS HEREBY ORDERED that:

1. The Stipulation is approved;

2. The Motion to Dismiss is withdrawn, and the claims asserted against or by Bradley in this adversary proceeding may be resolved in the main adversary proceeding together with the resolution of all other claims asserted in this adversary proceeding.

3. Notwithstanding the foregoing, (A) Bradley shall not be bound by any determination in this adversary proceeding of the characterization of any agreement to which Bradley is not a party as a lease of non-residential real property, as an executory contract, or as property of the estate not subject to section 365 of the Bankruptcy Code, unless the terms of that non-Bradley agreement are substantially similar to the terms of one or more agreement to which Bradley is a party, and then only with respect to the Bradley agreement or agreements that contain the substantially similar terms and (B) Bradley shall not be deemed a party to, and shall not be bound by any determination in this adversary proceeding of, any counter-claim or cross-claim asserted by any other defendant.

####

Date: May 15, 2020

Martin R Barash
United States Bankruptcy Judge

MUSICK, PEELER
& GARRETT LLP

1215024.1

3

ORDER GRANTING STIPULATION FOR DISMISSAL OF MOTION