| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>*eisrael@DanningGill.com*<br>ZEV SHECHTMAN (State Bar No. 266280)<br>*zs@DanningGill.com*<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Plaintiff and Counterdefendant* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

</div>

| In re:<br><br>HVI CAT CANYON, INC.,<br><br>                                       Debtor(s) | CASE NO.: 9:19-bk-11573-MB<br>CHAPTER: 11<br>ADVERSARY NO.: 9:20-ap-01011-MB |
|---|---|
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE,<br><br>                                       Plaintiff(s),<br>vs.<br><br>DONNA JEAN AANERUD, et al.<br><br>                                       Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (title of motion[1]): <u>STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)</u> |

PLEASE TAKE NOTE that the order or judgment titled **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)** was lodged on *(date)* <u>May 28, 2020</u> and is attached.  This order relates to the motion which is docket number <u>1</u>.

---

[1] Please abbreviate if title cannot fit into text field

1591504.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT "A"

1591504.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 *Page 2*                              **F 9021-1.2.ADV.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@DanningGill.com<br>ZEV SHECHTMAN (State Bar No. 266280)<br>zs@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff and Counterdefendant | FOR COURT USE ONLY |
|---|---|

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*NORTHERN* DIVISION**

</div>

| In re:<br><br>HVI CAT CANYON, INC.,<br><br><div align="right">Debtor(s)</div><br><br>MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE,<br><br><div align="right">Plaintiff(s)</div><br><br><div align="center">vs.</div><br><br>DONNA JEAN AANERUD, et al.<br><br><br><br><div align="right">Defendant(s)</div> | CASE NO.: 9:19-bk-11573-MB<br><br>CHAPTER: 11<br><br>ADVERSARY NO: 9:20-ap-01011-MB<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 5/19/2020<br>TIME: 10:30 a.m.<br>COURTROOM: 201<br>ADDRESS: 1415 State Street, Santa Barbara, CA 93101 |
|---|---|

1. A status conference took place on the date and time indicated above.

2. Parties and counsel were present as reflected in the court record.

3. This matter is disposed of as follows:

    a.  ☒  **Continued to the following date for a further status conference:**    (*date*) <u>9/29/2020</u>    (*time*) <u>10:30 a.m.</u>

    b.  ☒  **A joint status report must be filed and served, including a judge's copy, by** *(date)*: <u>9/15/2020</u>

    c.  ☒  **The last day to join other parties and to amend pleadings is** *(specify date)*: <u>9/30/2020</u>

    d.  ☒  **The last day for <u>case dispositive</u> pre-trial motions to be filed and served, including a judge's copy, is** *(date)*: <u>8/11/2020</u>

---

1591502.1  26932  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*      Page 1      **F 7016-1.2.ORDER.STATUS.CONF**

e. ☒ **The last date for <u>case dispositive</u> pre-trial motions to be heard is (*date*): <u>9/29/2020, at 10:30 a.m.</u>**

f. ☒ **The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): <u>9/30/2020</u>**

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) _____ (*time*) _____

　　☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____

　　☐ No pre-trial conference is required

i. ☐ Estimate of time for trial (*specify number of hours*): _____

j. ☐ A trial is set for (*date*) _____ (*time*) _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
　　☐ with prejudice   ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☐ Other (*specify*):

###

1591502.1  26932  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*　　　　Page 2　　　　**F 7016-1.2.ORDER.STATUS.CONF**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 28, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 28, 2020 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1591504.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 3                    F 9021-1.2.ADV.NOTICE.LODGMENT

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- William C Beall   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Bradley D Blakeley   blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- Alicia Clough   aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen   mscohen@loeb.com, klyles@loeb.com
- Alan D Condren   , berickson@seedmackall.com
- Don Fisher   dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi   brian.fittipaldi@usdoj.gov
- Gisele M Goetz   gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- Karen L Grant   kgrant@silcom.com
- Brian L Holman   b.holman@mpglaw.com
- Tracy K Hunckler   thunckler@daycartermurphy.com, cgori@daycartermurphy.com;rmahoney@daycartermurphy.com
- Eric P Israel   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Mitchell J Langberg   mlangberg@bhfs.com, dcrudup@bhfs.com
- Vincent T Martinez   llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- Michael Arthur McConnell (TR)   Michael.mcconnell@kellyhart.com
- Brian M Metcalf   bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- Jerry Namba   nambaepiq@earthlink.net, G23453@notify.cincompass.com;annie_cunningham@ymail.com
- Benjamin P Pugh   bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law
- Edward S Renwick   erenwick@hanmor.com, iaguilar@hanmor.com
- J. Alexandra Rhim   arhim@hrhlaw.com
- Todd C. Ringstad   becky@ringstadlaw.com, arlene@ringstadlaw.com
- Zev Shechtman   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov
- William E. Winfield   wwinfield@calattys.com, scuevas@calattys.com

1591504.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                          *Page 4*                    **F 9021-1.2.ADV.NOTICE.LODGMENT**