| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@DanningGill.com<br>ZEV SHECHTMAN (State Bar No. 266280)<br>zs@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone:  (310) 277-0077<br>Facsimile:  (310) 277-5735<br><br>☐ *Plaintiff(s) appearing without attorney*<br>☒ *Attorney for Plaintiff(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** NORTHERN DIVISION

| In re:<br><br>HVI CAT CANYON, INC.<br><br>Debtor(s). | CASE NO.:  9:19-bk-11573-MB<br>CHAPTER:  11<br>ADVERSARY NO.:  9:20-ap-01011-MB |
|---|---|
| MICHAEL A. McCONNELL, Chapter 11 Trustee<br><br>Plaintiff(s),<br><br>vs.<br><br>DONNA JEAN AANERUD, et al.<br><br>Defendant(s). | **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): PHYLLIS AILEEN KRUGER

2. Plaintiff filed the complaint in this adversary proceeding on (*specify date*): 01/21/2020

3. The summons and complaint were served on Defendant by ☐ Personal Service ☒ Mail Service
   on the following date (*specify date*): 01/29/2020

4. A conformed copy of the executed service of summons form is attached hereto.

5. The time for filing an answer or other responsive pleading expired on (*specify date*): 02/21/2020

6. No answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Date: 6/02/2020

Signature
Zev Shechtman
*Printed name of Plaintiff or attorney for Plaintiff*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  ZEV SHECHTMAN (State Bar No. 266280)
   *zs@DanningGill.com*
3  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
4  SONIA SINGH (State Bar No. 311080)
   *ssingh@DanningGill.com*
5  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
6  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
7  Facsimile: (310) 277-5735

8  Attorneys for Plaintiff, Michael McConnell,
   Chapter 11 Trustee

9                  **UNITED STATES BANKRUPTCY COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11                      **NORTHERN DIVISION**

12

| | |
|---|---|
| In re | Case No. 9:19-bk-11573-MB |
| HVI CAT CANYON, INC., | Chapter 11 |
| Debtor. | |
| | |
| MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE, | Adv. No. 9:20-ap-01011-MB |
| Plaintiff, | **DECLARATION OF ZEV SHECHTMAN IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a) AGAINST DEFENDANT PHYLLIS AILEEN KRUGER** |
| vs. | |
| DONNA JEAN AANERUD, an individual; RICHARD W. ACKERMAN, Trustee; JANE A. ADAMS, an individual; JOHN S. ADAMS, an individual; CHARLES C. ALBRIGHT, Trustee Under Trust of 5/20/76; OTHER DEFENDANTS LISTED ON EXHIBIT "1" HERETO and DOES 1-100, et al., | [No Hearing Required] |
| Defendants. | |

26

27

28

1581737.1  26932                                        2

I, Zev Shechtman, declare as follows:

1.     I am an attorney duly licensed and entitled to practice before this Court and am the principal of a professional corporation which is a partner with the law firm of Danning, Gill, Israel & Krasnoff, LLP, attorneys of record for Plaintiff Michael A. McConnell, solely in his capacity as the Chapter 11 trustee ("Plaintiff") for the bankruptcy estate of HVI Cat Canyon, Inc. ("Debtor"), in this adversary proceeding.

2.     I have personal knowledge of the facts in this declaration, except as to those matters that are based upon information and belief, which matters I believe to be true.  If called as a witness, I could testify competently that the facts in this declaration are true and correct.

3.     This declaration is made in support of the Plaintiff's Request for Clerk to Enter Default under Local Bankruptcy Rule ("LBR") 7055-1 (a) ("Request for Default"), against Defendant, PHYLLIS AILEEN KRUGER ("Defendant"), filed concurrently with this declaration.

4.     On or about January 21, 2020, the Trustee commenced the above captioned adversary proceeding by filing his complaint (the "Complaint") (doc. no. 1).

5.     On or about January 29, 2020, I caused the Summons and Notice of Status Conference with respect to this adversary proceeding together with the Complaint, the Notice of Required Compliance with Local Bankruptcy Rule 7026-1, a copy of LBR Form 7016-1.Status.Report, and copy of the Status Conference Procedures for the Hon. Martin R. Barash, to be served by United States mail on Defendant.  The Summons and Notice of Status Conference, together with a duly executed proof of service, are in the Court's file in this adversary proceeding (doc. no. 4), and copies are attached to the Request for Default filed concurrently herewith.

6.     Pursuant to the Summons and Notice of Status Conference, an answer or responsive pleading by Defendant was due by February 21, 2020.

7.     Defendant did not answer or otherwise respond by the February 21, 2020, and has not since responded.

8.     To the best of my knowledge, the defaulting Defendant is neither an infant nor an incompetent person, nor currently on active duty in the armed forces of the United States of America.

9.      Based upon the foregoing, I believe that entry of default with respect to this adversary proceeding against the Defendant is appropriate.

10.      I declare under penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of June, 2020, at Los Angeles, California.

_____
Zev Shechtman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zev Shechtman<br>Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars<br>Suite 450<br>Los Angeles, CA 90067−6006<br><br>310−277−0077<br><br><br><br><br><br>_Plaintiff or Attorney for Plaintiff_ | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA − SANTA BARBARA

| In re:<br><br><br> HVI Cat Canyon, Inc.<br><br><br><br>Debtor(s). | CASE NO.: 9:19−bk−11573−MB<br><br>CHAPTER: 11<br><br><br>ADVERSARY NUMBER: 9:20−ap−01011−MB |
|---|---|
| Michael A. McConnell, Chapter 11 Trustee<br><br><br>Plaintiff(s)<br>Versus<br><br>Donna Jean AAnerud<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left−hand corner of this page. The deadline to file and serve a written response is **02/21/2020.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **April 17, 2020** |
| **Time:** | **10:00 AM** |
| **Hearing Judge:** | **Martin R. Barash** |
| **Location:** | **1415 State St., Crtrm 201, Santa Barbara, CA 93101** |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| | | |
|---|---|---|
| _December 2016_ | Page 1 | **F 7004−1.SUMMONS.ADV.PROC** |

You must comply with LBR 7016−1, which requires you to file a joint status report and to appear at a status conference. All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court−approved joint status report form is available on the court's website (LBR form F 7016−1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016−1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>January 22, 2020</u>

By: <u>      "s/" Amber Ortiz      </u>

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2            **F 7004−1.SUMMONS.ADV.PROC**

**007**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT "A"

008

<table>
<tr><td>1</td><td><strong>ATTACHMENT "A"</strong></td></tr>
<tr><td>2</td><td><strong>List Of Additional Defendants</strong></td></tr>
<tr><td>3</td><td></td></tr>
<tr><td>4</td><td>DONNA JEAN AANERUD, an individual;*</td></tr>
<tr><td>5</td><td>RICHARD W. ACKERMAN, Trustee;*</td></tr>
<tr><td>6</td><td>JANE A. ADAMS, an individual;*</td></tr>
<tr><td>7</td><td>JOHN S. ADAMS, an individual;*</td></tr>
<tr><td>8</td><td>CHARLES C. ALBRIGHT, Trustee Under Trust of 5/20/76;*</td></tr>
<tr><td>9</td><td>JANE ELIZABETH ALLEN, an individual;</td></tr>
<tr><td>10</td><td>RUTH LEIGH ALLEN, an individual;</td></tr>
<tr><td>11</td><td>ANDREWS ROYALTY LP, a business entity;</td></tr>
<tr><td>12</td><td>NANCY W. ASHTON, Trustee of The Nancy W. Ashton Revocable Trust;</td></tr>
<tr><td>13</td><td>EST OF SUZANNE LAFORCE BABER, William Baber III Executor;</td></tr>
<tr><td>14</td><td>JEAN F BACAL, Trustee;</td></tr>
<tr><td>15</td><td>SARAH BARBOUR, an individual;</td></tr>
<tr><td>16</td><td>ANDREW  BARBOUR, an individual;</td></tr>
<tr><td>17</td><td>JANNA BARBOUR, an individual;</td></tr>
<tr><td>18</td><td>KATHARINE T. BARDIN, an individual;</td></tr>
<tr><td>19</td><td>ANN BARKER, an individual;</td></tr>
<tr><td>20</td><td>BYRON BARKER, an individual;</td></tr>
<tr><td>21</td><td>NELDA J. BAYHA, Trustee of the Bayha Family Trust;</td></tr>
<tr><td>22</td><td>BCD MINERLAS LLC, a business entity;</td></tr>
<tr><td>23</td><td>DIANE B. BEDFORD, an individual;</td></tr>
<tr><td>24</td><td>WILLIAM J. BEDFORD, an individual;</td></tr>
<tr><td>25</td><td>BEJAC CONSTRUCTION CO., a business entity;</td></tr>
<tr><td>26</td><td>ADOLPH J. BELASQUEZ, an individual;</td></tr>
<tr><td>27</td><td></td></tr>
<tr><td>28</td><td>* The first five names are listed in the caption of the Complaint.</td></tr>
</table>

009

1  LINDA D. BELASQUEZ, an individual;

2  DAVID A. BELL, an individual;

3  DIANE M. BELL, an individual;

4  JOANNE L. BELL, an individual;

5  JUDY L. BELL, an individual;

6  KENNETH L. BELL, an individual;

7  OTIS F. BELL, Trustee;

8  JAMES BETTIGA, Trustee of the James O. Bettiga Trust #1; DTD 11/1/78;

9  BEVERLY HILLS PRESBYTERIAN CHURCH, a business entity;

10  CODY BISHOP, an individual;

11  FRANK M BOISSERANC, Trustee of the Norman T. Boisseranc Fmly Trust;

12  JANET PIERCE BOSTIC, an individual;

13  SUSAN NOREEN BOYDEN, an individual;

14  BRADLEY LAND COMPANY, a business entity;

15  CASEY L. BRANQUINH TRUST, Trustee;

16  JOHN A. BRANQUINH TRUST, Trustee;

17  LUKE W. BRANQUINH TRUST, Trustee;

18  DAVID C BRIGHT, an individual;

19  BARBARA LAYNE BROWN, an individual;

20  LANCE H. BROWN, Trustee of The Lance H. Brown Trust;

21  VIRGINIA BAYHA BUCHANAN, an individual;

22  SHEANA BUTLER ET AL, an individual;

23  PAIGE K. BYASSEE TRUST, Trustee;

24  GARY EDWARD CAIN, an individual;

25  JOHN JEFFERY CAIN, an individual;

26  DEANNA T. CALLAN, an individual;

27  CONSTANCE B. CARTWRIGHT, an individual;

28  LYN CHADEZ, an individual;

**0010**

1  CHAMBERLIN OIL LLC, a business entity;

2  ELIZABETH GRESHAM CHILDRESS, an individual;

3  KATHLEEN W. CLIFT, an individual;

4  ROBERT A. CLOSSON, an individual;

5  SARAH  CLOSSON, an individual;

6  CMT, LLC, a business entity;

7  JOAN COLLIER TRUST, Trustee;

8  JAY COLLINS, an individual;

9  PAMELA COLLINS, an individual;

10  DAVID E. COMBS, an individual;

11  JUDITH J. COMBS, an individual;

12  SUSAN J. CONDIE, an individual;

13  DANIEL R. CONNOLLY, an individual;

14  DAVID T. CONNOLLY, an individual;

15  JANE E. CONNOLLY, an individual;

16  JOHN CONNOLLY, an individual;

17  MATHEW CONNOLLY, an individual;

18  THOMAS E. CONNOLLY, an individual;

19  THE ESTATE OF MARK D CONNOLY, by its Personal Representative;

20  MICHELLE L. CORCOLEOTES, Trustee of Burton J. Twitchell Revocable Trust;

21  CORIAN CROSS HOLDINGS, LP, a business entity;

22  FRANCIS T. CORNISH, Trustee for Leo Blochman;

23  KITTY LEE COX, an individual;

24  LOUISE L. CRAIG, an individual;

25  DOUGLAS S. CRAMER, an individual;

26  MARY CRANE, Trustee;

27  STANLEY RAYMOND CRANE, an individual;

28  MARGARET ANN CROWELL, Trustee;

0011

1   D & L CRANE REVOCABLE TRUST DATED 5/23/2000, Trustee;

2   LAURA LYPPS DANIEL, an individual;

3   HAROLD H. DAVIS, Trustee of the Harold H. David Trust #xx0985;

4   DALE H. DAVIS, an individual;

5   BENITA PELAYO DE MARTINEZ, an individual;

6   LUPE G. DECASAS, an individual;

7   MUREL A. DENNIS, an individual;

8   OPAL D. DOMEIKA, an individual;

9   ANNE DOMONOSKE, an individual;

10  LOUIS DORADO, an individual;

11  HEIDI DORRIS, Trustee of the H. James Hopkins Trust;

12  ELIZABETH DUCK, an individual;

13  CLIFF T. DUGGER, Trustee of Janice F Dugger Family Trust;

14  CLIFFORD DUGGER, an individual;

15  MARK F. DUGGER, Trustee of Janice F Dugger Family Trust;

16  LOUISE K. DURKEE, an individual;

17  DEBRA DURNEY, an individual;

18  SHARON DURNEY, an individual;

19  JEROME BREVOORT DWIGH, an individual;

20  LELA MINTURN DWIGH, an individual;

21  JONATHAN ASHLEY DWIGHT, an individual;

22  LORI EDWARDS, Trustee of the Lori Edwards Trust;

23  ELLER FAMILY TRUST, Trustee;

24  BARTELO R. ENCINAS, an individual;

25  ELIZABETH WALLACE ESSER, an individual;

26  DOMINIC C. ETCHANDY, an individual;

27  JOHN ETCHANDY, an individual;

28  LOIS ETCHANDY, an individual;

0012

1   ROBERT ETCHANDY, an individual;

2   ALICE M. EVANS, Trustee of the Rick Trust under The Evans Family Trust Dtd 1/20/89;

3   RICHARD V. EVANS, Trustee of the Rick Trust under The Evans Family Trust Dtd 1/20/89;

4   CANDACE LAINE EVENSON, an individual;

5   JOHN A. FELICIANO, Trustee of John A. Feliciano Revocable Trust;

6   LOUISE H. FELICIANO, Trustee of Louise H. Feliciano Revocable Trust;

7   ADAM B. FIRESTONE, an individual;

8   LEONARD K. FIRESTONE, DEC'D Estate of Leonard K. Firestone, by its Personal

9   Representative;

10  FRANCINE PHILLIPS FISHER, an individual;

11  CHARLOTTE A. FOSTER, an individual;

12  DONALD H. FOSTER, an individual;

13  GEORGE  FOSTER, an individual;

14  HERBERT FOSTER, an individual;

15  WILLIAM L. FOSTER, an individual;

16  RENE FOWLER, Co-Trustees of the P.A. Righetti Trust;

17  BEATRICE  GALEWOOD, an individual;

18  BRYAN GALEWOOD, an individual;

19  JANET K. GANONG, an individual;

20  ESTATE MANUELA G. GARCIA, by its Personal Representative;

21  JUANITA A. GARCIA, an individual;

22  CLIFFORD O. GATEWOOD, an individual;

23  GARY B. GATEWOOD, an individual;

24  KENNETH E. GATEWOOD, an individual;

25  RICHARD A. GATEWOOD, an individual;

26  INA V. GATHAS, an individual;

27  WILLIAM C. GATHAS JR., an individual;

28  WALDO A. GILLETTE, JR., an individual;

0013

1    MILDRED SEYMOUR GILLIAN TRUST, Trustee;

2    HELEN GLASS, an individual;

3    ARNOLD H. GOLD, TRUSTEE, Trustee of the Hatway Family Q/Tip Trust date 2/18/84;

4    CHRISTOPHER JOHN GORDON, an individual;

5    DAVID MURPHY GORDON, an individual;

6    KATHLEEN N. GRAHAM, an individual;

7    ANNE E. GRESHAM, an individual;

8    GARY GRESHAM, an individual;

9    GAIL GRESHAM, an individual;

10    VIRGINIA KESTNER GRISWOLD, an individual;

11    GRL, LLC, a business entity;

12    GUARANTEE ROYALTIES INC., a business entity;

13    BEATRICE F. GUINN, an individual;

14    CAROLINE G. GWERDER, an individual;

15    JEFF HALL, an individual;

16    KATHERINE S. HANBERG, an individual;

17    WILLIAM HANBERG, an individual;

18    NANCY W. HANNA, an individual;

19    KURT C. HARBORDT, an individual;

20    HELEN HATHAWAY, Trustee of the J.I. Hathaway Family Trust;

21    JULIAN HATHAWAY, Trustee of the J.I. Hathaway Family Trust;

22    ANNA HATHAWAY TRUST ACCT.02-0846-30, Trustee;

23    JOHN AND WINOLA HAZARD REVOCABLE TRUST, Trustee;

24    WILLIAM L. HJORTH TRUST, Trustee;

25    MARY HOEXTER, an individual;

26    CAMERON S. HOLMAN TRUST, Trustee;

27    HOLLY L. HOLMAN TRUST, Trustee;

28    HEATHER L. HOLMAN TRUST, Trustee;

0014

1  GRETCHEN HOWARD, an individual;

2  ELIZABETH SUSAN HUNT, an individual;

3  ANTHONY D. HUNTER, an individual;

4  DEREK K. HUNTER, an individual;

5  CARALEE DEAN IVERSON, an individual;

6  J.P. MORGAN-CHASE, Trustee;

7  JOHN C. JACKSON TRUST, Trustee;

8  PETER JACKSON, JR. TRUST, Trustee;

9  WILLIAM L. JACKSON TRUST, Trustee;

10  JAMES A BARBOUR TRUST, Trustee;

11  ALLEN DAVID JANES, an individual;

12  GARY A A. JERMAN, an individual;

13  SUSAN J. JERMAN, an individual;

14  DAVID JORDAN, an individual;

15  JP MORGAN CHASE BANK, Trustee;

16  FRED M KAY, M.D., an individual;

17  JOHN PATRICK KEARNEY, Conservator of Est of Patricia Anne Shaw;

18  C. J. KELLEY, JR., an individual;

19  EUGENE KENWAY, an individual;

20  ROBERT KESTNER, an individual;

21  NANCY LAFORCE KEYES, an individual;

22  PATRICIA A. KODY, an individual;

23  JOSEPH KRAUS, an individual;

24  MARK KRAUS, an individual;

25  JOAN KRAUSE, Trustee of the Frederick C. Krause Trust Two;

26  ISAAC N. KRAUSHAAR, Trustee of the Kraushaar Trust B.;

27  PHYLLIS AILEEN KRUGER, an individual;

28  THEODORE KRUGER, an individual;

**0015**

1   W. WATSON LAFORCE JR., an individual;

2   MARGARET S. LANDON, an individual;

3   LANDOWNERS ROYALTY CO., a business entity;

4   LAOR, a business entity;

5   JACQUELINE THOMAS LAW, an individual;

6   MARGARET D. LEE TRUST, Trustee;

7   MARGARET D. LEE, an individual;

8   ALICE G. LENZ, an individual;

9   ROBIN ALLYN LUSH, an individual;

10  BRETT WILLIAM LUSH, an individual;

11  GEORGE R. LUTON TRUST, Trustee;

12  NICHOLAS B. LUTON TRUST, Trustee;

13  BENJAMIN RICHARD LYPPS, an individual;

14  CATHERINE M. LYPPS, Trustee;

15  CHARLES NORBERT LYPPS, an individual;

16  DAVID H. LYPPS, an individual;

17  HEIDI ELIZABETH LYPPS, an individual;

18  JACK J. LYPPS, an individual;

19  LINDA C. MAHNKEN, Trustee;

20  CHARLENE MARIE, an individual;

21  PAUL MARKLING, an individual;

22  PHILLIS MARKLING, an individual;

23  THE MARSHALL FAMILY PLAN, L.P., a business entity;

24  PATRICIA ANN MARTIN, an individual;

25  JACK MAXWELL, an individual;

26  DANIEL MAY, Trustee of the Johnson Trust;

27  SANDRA D MCENTEE, an individual;

28  NANCY W. MCGILVRA, an individual;

**0016**

1  PAULA MCGINNIS, an individual;

2  MICHAEL MCLAUGHLIN, an individual;

3  SEAN MCLAUGHLIN, an individual;

4  TIM MCLAUGHLIN, an individual;

5  BETH MCMANIS, an individual;

6  LEIGH T. MEDEMA, an individual;

7  JAN L. MEYER, an individual;

8  MILDRED H. HARBORDT TRUST, Trustee;

9  GEORGE MITCHELL, an individual;

10  SHARHE MITCHELL, an individual;

11  NANCY D. MONIGHETTI TRUST, Trustee;

12  R. M. MONIGHETTI TRUST, Trustee;

13  ANNE W. MOODY, an individual;

14  ESTHER MORALES, an individual;

15  FREDERICK A. MORELL, Trustee of The Frederick A. Morell Trust;

16  MICHELE MORETTI, an individual;

17  THE MORGANTI RANCH, a Limited Partnership;

18  GARY WAYNE MORLOCK, an individual;

19  HORACE MORLOCK, an individual;

20  JANIS L. MORLOCK, an individual;

21  MAY H. MORRISON, an individual;

22  ZACHARY MORRISON, Trustee of the Morrison Family Trust-GST Non-exempt;

23  MUNICIPAL SECURITIES COMPANY, a business entity;

24  JUANITA MUNOZ, an individual;

25  JOHN D. NACCARATO, an individual;

26  TIMOTHY NACCARATO, an individual;

27  NAESS FAMILY TRUST B, Trustee;

28  CONSTANCE NAPOLITANO, an individual;

**0017**

1  OLGA NEISSER, an individual;

2  RONALD LEE NEWARK, Trustee of the Ronald Newark Family Trust;

3  SHERRILL LYNN NEWARK, an individual;

4  RONALD L. NEWARK, an individual;

5  JOHN S. NEWTON, an individual;

6  ODYSSEY ROYALTIES, L.L.C., a business entity;

7  PAM OGDEN, an individual;

8  JUDY A. OLDHAM, Trustee of the Laura R. Claussen Trust;

9  ANGIE G. OLIVARES, an individual;

10  AUDREY OXANDABOURE, an individual;

11  JEFFERY OXANDABOURE, an individual;

12  MICHAEL OXANDABOURE, an individual;

13  NORMA OXANDABOURE, an individual;

14  PACIFIC AMERICAN OIL CO., a business entity;

15  LESLIE C. PAYNE, an individual;

16  MARK F. PAYNE, an individual;

17  DAVID ALAN PEARCE, an individual;

18  JOHN DANA PEARCE, an individual;

19  MARILYN PESTOLES, Trustee of the Pestolesi Family Trust;

20  ROBERT A. PESTOLES, Trustee of the Pestolesi Family Trust;

21  PETROROCK, LLC, a business entity;

22  RALPH A. PHILLIPS, an individual;

23  PLACENTIA UNIFIED SCHOOL DIST, Trustee;

24  PRESBYTERIAN CHURCH (USA), a business entity;

25  RAY PRESCOTT, an individual;

26  MARTHA PULLEN, an individual;

27  PAUL PULLEN, an individual;

28  PUNTA DE LAGUNA PROPERTIES LLC, a business entity;

0018

1    PURSUIT ENERGY CORP., a business entity;

2    PAULA PYCHE, an individual;

3    SAMANTHA ANN RAYMOND, an individual;

4    RDI ROYALTY DISTRIBUTORS INC., a business entity;

5    ELAINE S REEVES, an individual;

6    ROY W. REEVES, an individual;

7    ROSALIND RENOUARD, an individual;

8    JUDY A. RIGERS, an individual;

9    TIMOTHY RIGHETTI, Co-Trustees of the P.A. Righetti Trust;

10    PAUL T. RIGHETTI, an individual;

11    SUSAN RIGHETTI, an individual;

12    SALLY RITTER, an individual;

13    ROBERT D. ETCHANDY TRUST, Trustee;

14    JAMES R. ROBERTS, an individual;

15    TERESA ROGERSON, an individual;

16    ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, Trustee;

17    ROMAN CATHOLIC BISHOP OF ORANGE, Trustee;

18    THE ROUNDROCK GROUP, a business entity;

19    CHARLES RUBY JR., an individual;

20    GRIFFITH L. RUBY, an individual;

21    SADD FAMILY TRUST, Trustee;

22    HERNANDO SAMPER, an individual;

23    SANTA BARBARA COTTAGE HOSPITAL, a business entity;

24    SANTA BARBARA FOUNDATION, a business entity;

25    SANTA MARIA JOINT UNION HIGH SCHOOL DIST, a business entity;

26    THOMAS SCANLON, an individual;

27    THEODORE A. SCHILLING, an individual;

28    ANN JENNEY SCHUPP, an individual;

0019

1 | FRANK P. SCOTT, an individual;

2 | HERBERT DAVID SCOTT, an individual;

3 | ROBERT P. SCOTT, an individual;

4 | ARLINE SEBOURN, Trustee of the M. and A. Beeson Trust;

5 | ALICE SEDWICK, DEC'D Estate of Alice Sedwick, by its Personal Representative;

6 | SUSANNA SEDWICK, Trustee;

7 | KATHLEEN C. SEYMOUR, an individual;

8 | JEFFREY SHAFFER MD, an individual;

9 | PAMELA SHELLHORN, an individual;

10 | JAMES J. SHELTON, JR, an individual;

11 | ALICE KAREN SHERRILL, an individual;

12 | N. ETHEL SKIFF, an individual;

13 | CLIFFORD E. SMELSER, an individual;

14 | BARBARA SPENCER, an individual;

15 | JAIMA SPENCER, an individual;

16 | MARIANNE PEARCE SPRINGER, Trustee;

17 | NORMA SPRINGFIELD, an individual;

18 | LOU ANN STEINWAND, Trustee of the Steinwand Family Trust;

19 | PAUL J. STEINWAND, Trustee of the Steinwand Family Trust;

20 | EUGENE J. STERN RESIDUARY TRUST, Trustee;

21 | DAVID H. STERN TRUST, Trustee;

22 | DEBORAH R. STERN, an individual;

23 | JOHN L. STERN, an individual;

24 | CLAUDETTE T. STOFFEL, an individual;

25 | STONER FAMILY TRUST, Trustee;

26 | MARJORIE ANNE STRELLMAN, an individual;

27 | SUTHERLAND RESOURCES INC., a business entity;

28 | SHIRLEY SWAN, an individual;

**0020**

1  ANNE B. TAYLOR, Trustee of the William Taylor Family Trst;

2  EVELINE TAYLOR, an individual;

3  LILLIAN K. TAYLOR, Trustee;

4  WILLIAM H. TAYLOR, Trustee of the William Taylor Family Trst;

5  ESTATE OF CECIL T. THOMAS, JR.; by its Personal Representative

6  ROBERT S. THOMAS, Trustee;

7  REBECCA G. THOMPSON, an individual;

8  CAROL M THOMPSON, an individual;

9  KRISTINE TOMLINSON, Trustee of the Norman Family Trust;

10  CAROL A. TRAVIS, an individual;

11  GEORGE R. TUERK, an individual;

12  ARTHUR LEONARD TUGGY, an individual;

13  AILEEN TWITCHELL, an individual;

14  DENNIS W. TWITCHELL, an individual;

15  GLENN R. TWITCHELL, Trustee of the Frederick M. Twitchell Ts;

16  JOHN TWITCHELL, an individual;

17  KYLE T. TWITCHELL, Trustee of Burton J. Twitchell Revocable Trust;

18  VALERIE V. TWITCHELL, Trustee of Burton J. Twitchell Revocable Trust;

19  U/W E W PYNE #XX-X3904, Trustee;

20  CLAUDIA VALENTINE, an individual;

21  RONALD FRED VAN VLIET, an individual;

22  VICTORY OIL CO., a business entity;

23  A. WILLIAM WADSWORTH, an individual;

24  DOUGLAS D. WALDRON JR, an individual;

25  DIANE T. WALKER, an individual;

26  LARRY L. WALLACE JT/WROS., an individual;

27  MARY L. WALLACE JT/WROS., an individual;

28  RICHARD A. WALLACE, Trustee of the Richard A. Wallace Trust;

**0021**

1   ARTHUR W. WALLANDER JR., an individual;

2   WELLS FARGO BANK, Trustee of the Johnston Trust FBO Wm Doughty XX1758;

3   CATHERINE WELLS, an individual;

4   WILLIAM BOYD WELLS, an individual;

5   JOHN H. WENTS, Doris R. Wents Trustee;

6   JOHN WERTIN, an individual;

7   ROBERT EMIL WETZEL, an individual;

8   THOMAS J. WETZEL, an individual;

9   TERRI DENISE WHITLOCK, an individual;

10  ALICE SEDWICK WOHL, an individual;

11  MARY M. WOHLFORD, an individual;

12  ESTATE OF EDNA G. YORBA, by its Personal Representative;

13  FRED J YSLAS, an individual;

14  DENA ZEPEDA, an individual;

15  DOROTHEA K ZUCKERMAN, Trustee of the D.J. Wassner Revocable Trust, 1-24-95;

16  DOROTHY K. ZUCKERMAN, an individual;

17  EDWARD K. ZUCKERMAN, an individual;

18                                  ####

19                              [End of List]

20

21

22

23

24

25

26

27

28

**0022**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):

- Summons and Notice of Status Conference In Adversary Proceeding [LBR 7004-1]
- Trustee's Complaint for Declaratory Relief
- Status Conference Procedures for the Hon. Martin R. Barash
- Local Bankruptcy Rules Form F 7016-1.STATUS.REPORT
- Notice of Required Compliance with FRBP 7026 and LBR 7026-1

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  January 29, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  January 29, 2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  January 29, 2020 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PERSONAL DELIVERY ALSSI – TO BE DELIVERED BY 1/30/2020.**
The Honorable Martin R. Barash
U.S. Bankruptcy Court
Bin on 1st Floor outside entry to Intake Section
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2020 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1574400.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**0023**

*June 2012*                              POS 1                     **F 9013-3.1.PROOF.SERVICE**

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Michael Authur McConnell (TR)    Michael.mcconnell@kellyhart.com
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov


2. <u>**SERVED BY U.S. MAIL**</u>

<u>All Defendants</u>

| | | |
|---|---|---|
| Donna Jean Aanerud<br>523 W. Citracado Parkway<br>ESCONDIDO, CA  92025 | Richard W. Ackerman<br>RICHARDS W. ACKERMAN TRUST<br>3-14-77<br>P.O. Box 559<br>DARBY, MT  59829 | Jane A. Adams<br>P.O. Box 264<br>YORBA LINDA, CA  92885 |
| John S. Adams<br>P.O. Box 264<br>YORBA LINDA, CA  92885 | Charles C. Albright<br>729 W. 16th Street #B8<br>COSTA MESA, CA  92627 | Jane Elizabeth Allen<br>2683 Alameda Circle<br>CARLSBAD, CA  92009 |
| Ruth Leigh Allen<br>P.O. Box 291<br>Shandon, CA  92451-0291 | Andrews Royalty LP<br>P.O. Box 7808<br>DALLAS, TX  75209 | Nancy W. Ashton<br>P.O. Box 2236<br>CAREFREE, AZ  85377 |
| Est Of Suzanne Laforce Baber<br>WILLIAM BABER III EXECUTOR<br>30 Fairview Circle<br>CHICO, CA  95928 | Jean F Bacal<br>THE EPLEY IRREVOCABLE TRUST<br>OF 98'<br>3967 Center Avenue<br>NORCO, CA  92860 | Sarah  Barbour<br>2432 Forge Dr.<br>Forest Grove, OR. 97116 |
| Andrew  Barbour<br>4520 N. Scenic Mountain Dr<br>Tucson, AZ. 85750 | Janna  Barbour<br>66 Lois St.<br>Playmouth, NH.  03801 | Katharine T. Bardin<br>14402 Old Mission Rd<br>DADE CITY, FL  33525 |
| Ann  Barker<br>811 Wendt Terrace<br>LAGUNA BEACH, CA  92651 | Byron  Barker<br>811 Wendt Terrace<br>LAGUNA BEACH, CA  92651 | Nelda J. Bayha<br>TRUSTEE OF THE BAYHA FAMILY<br>TRUST<br>4145 SW Tualatin Ave<br>PORTLAND, OR  97239 |

1574400.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **0024**

*June 2012*                                POS 2                    **F 9013-3.1.PROOF.SERVICE**

BCD Minerlas LLC
DAVID BRIGHT
61 St Andrews Circle
CRESTED BUTTE, CO 81224

Diane B. Bedford
617 S. Oak Knoll Ave.
PASADENA, CA  91106

William J. Bedford
1489 P.O.PPY Deck Rd
PASADENA CA 91105

Bejac Construction Co.
Attn: CAROL BURNIT
5510 Via Sepulveda
Yorba Linda, CA  92887

Adolph J. Belasquez
820 Marion Blvd.
FULLERTON, CA  92635

Linda D. Belasquez
820 Marion Blvd.
FULLERTON, CA  92635

David A. Bell
2996 Bonnell Rd
COEUR D'ALENE, ID  83814

Diane M. Bell
254 N. Canyon Blvd.
MONROVIA, CA  91016

Joanne L. Bell
252 N. Canyon Blvd.
MONROVIA, CA  91016

Judy L. Bell
P.O. Box 9462
TRUCKEE, CA  96162

Kenneth L. Bell
711 Fellowship Road
SANTA BARBARA, CA  93109

Otis F. Bell
c/o SHERRY BELL
4030 Luna Ct
PLACERVILLE, CA  95667

James  Bettiga
8029 North Lee Highway
Raphine, VA  24472

James P. Bettiga
8029 North Lee Highway
Raphine, VA  24472

Beverly Hills Presbyterian Church
505 N. Rodeo Drive
BEVERLY HILLS, CA  90210

Cody  Bishop
521 Quail Run Court
MONTEREY, CA  93940

Frank M. Boisseranc
NORMAN T. BOISSERANC FMLY
TRUST
300 W. Paseo De Cristobal
SAN CLEMENTE, CA  92672

Janet Pierce Bostic
1900 N. Torrey Pines, Suite 124
LAS VEGAS, NV  89108-2655

Susan Noreen Boyden
1364 Emeraude Glen
ESCONDIDO, CA  92029

Bradley Land Company
P.O. Box 1932
SANTA MARIA, CA  93456

Casey L. Branquinh Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA  93101

John A. Branquinh Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA  93101

Luke W. Branquinh Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA  93101

David C. Bright
2770 W. Lincoln Ave. Sp#30
Anaheim, CA  92801

Barbara Layne Brown
1326 Calle Goya
OCEANSIDE, CA  92056

Lance H. Brown
P.O. Box 307
LOS OLIVOS, CA 93441

Virginia Bayha Buchanan
C/o Judy Crookshanks
6380 Cresthaven Drive
La Mesa, CA  91942

1574400.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **0025**

*June 2012*                                        POS 3                        **F 9013-3.1.PROOF.SERVICE**

Sheana Butler Et Al
C/O DAMASCO & ASSOCIATES
505 Sansome Street #1701
SAN FRANCISCO, CA 94111-3121

Paige K. Byassee Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA 93101

Gary Edward Cain
120 Sloan Mt Lane
GRANTS PASS, OR 97527

John Jeffery Cain
100 Oceano - Apt 4
SANTA BARBARA, CA 93109

Deanna T. Callan
4041 E. Fanfol Drive
PHOENIX, AZ 85028

Constance B. Cartwright
435 East 52nd Street
NEW YORK, NY 10022

Lyn Chadez
4585 Ave De Los Arboles
YORBA LINDA, CA 92886

Chamberlin Oil LLC
P.O. Box 218
LOS OLIVOS, CA 93441

Elizabeth Gresham Childress
10613 NE 156th Street
BRUSH PRAIRE, WA 98606

Kathleen W. Clift
6722 E. Horseshoe Road
ORANGE, CA 92869

Robert A. Closson
1093 Hwy 12 East
TOWNSEND, MT 59644-9801

Sarah Closson
1093 Hwy 12 East
TOWNSEND, MT 59644-9801

CMT, LLC
1975 Prell Road
Santa Maria, CA 93454

Joan Collier Trust
1720A San Luis Drive
San Luis Obispo, CA 93401

Jay Collins
c/o Pam Collins
19 Martin Circle
PADUCAH, KY 42001

Pamela Collins
c/o Pam Collins
19 Martin Circle
PADUCAH, KY 42001

David E. Combs
P. O. Box 2767
LONG BEACH, CA 90801

Judith J. Combs
2030 E. Wellington Avenue
SANTA ANA, CA 92701-3182

Susan J. Condie
2870 Shale Creek Drive
Reno, NV 89511-9147

Daniel R. Connolly
7620 N El Dorado St  Apt 195
Stockton, CA 95207

David T. Connolly
1168 Larch Avenue
Moraga, CA 94556

Jane E. Connolly
2123 Granada Blvd
Coral Gable, FL 33134-4704

John Connolly
220 NW Drake Road
Bend, OR 97703

Mathew Connolly
21878 Repine Dr.
Bend, OR 97701

Thomas E. Connolly
2121 Donald Dr #17
Moraga, CA 94556

The Estate Of Mark D Connoly
William M.Rebero
901 Sneath Lane, Suite 100
SAN BRUNO, CA 94066

Michelle L. Corcoleotes
P.O. Box 1127
Santa Maria, CA 93456

1574400.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **0026**

June 2012                                    POS 4                    **F 9013-3.1.PROOF.SERVICE**

Corian Cross Holdings, LP
30800 Rancho Viejo Rd.
San Juan Capistrano, CA 92675

Francis T. Cornish
P.O. Box 1437
ALTURAS, CA 96101

Kitty Lee Cox
2903 Mc4018
YELLVILLE, AR 72687

Louise L. Craig
30 Burr Avenue
HEMPSTEAD, NY 11550-2522

Douglas S. Cramer
160 E. 72nd Street, 11th Floor
NEW YORK, NY 10021

Mary Crane
9564 N. Butte Road
LIVE OAK, CA 95953

Stanley Raymond Crane
123 Lorimer Avenue
SALINAS, CA 93901

Margaret Ann Crowell
24004 Delantal
Mission Viejo, CA 92692

D & L Crane Revocable Trust Dated
5/23/2000
11565 Township Road
Live Oak, CA 95953

Laura Lypps Daniel
16 Sunrise
WESTBROOK, CT 06498

Harold H. Davis
WELLS FARGO BANK XX3283
5262 N. Blackstone Ave.
FRESNO, CA 93710-0000

Dale H. Davis
6627 Gebser Ct.
Reno, NV 89511

Benita Pelayo De Martinez
4505 E. Philo Ave.
ORANGE, CA 92869

Lupe G. Decasas
1026 Ave Del Pio Pico
PLACENTIA, CA 92670

Murel A. Dennis
1637 Kenyon Place
CLAREMONT, CA 91711

Opal D. Domeika
18271 South 350 East
CLINTON, IN 47842-7206

Anne Domonoske
P.O. Box 2172
VENTURA, CA 93002

Louis Dorado
606 Van Buren
PLACENTIA, CA 92670

Heidi Dorris
P.O. Box 1166
VALLEY CENTER, CA 92082

Elizabeth Duck
219 Mammoth Sp. Lane
DICKINSON, TX 77539-4045

Cliff T. Dugger
622 West Lee Drive
Santa Maria, CA 93455

Clifford Dugger
TWITCHELL AND RICE
622 West Lee Drive
SANTA MARIA, CA 93458

Mark F. Dugger
622 West Lee Drive
Santa Maria, CA 93455

Louise K. Durkee
2892 Sunset Place
LOS ANGELES, CA 90005-3912

Debra Durney
3127 S. Church St.
WHITEHALL, PA 18052

Sharon Durney
2713 Golondrina Way
PALM SPRINGS, CA 92264

Jerome Brevoort Dwigh
205 W 88th Street Apt. 4B
NEW YORK, NY 10024

1574400.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **0027**

Lela Minturn Dwigh
143 Gambier Street
SAN FRANCISCO, CA  94134

Jonathan Ashley Dwight
401 15 St NE
AUBURN, WA  98002

Lori  Edwards
Attn: LORI EDWARDS
835 W. Warner Rd, Suite 101-441
GILBERT, AZ  85233

Eller Family Trust
P.O. Box 1111
LAKE FOREST, CA  92609

Bartelo R. Encinas
124  1/2 W.  Santa Fe
PLACENTIA, CA  92670-5632

Elizabeth Wallace Esser
120-55 Prospect St.
RIDGEFIELD, CT  68770

Dominic C. Etchandy
5030 E. Crescent Drive
ANAHEIM, CA  92807

John  Etchandy
12742 E. Trask Ave.
GARDEN GROVE, CA  92643-3041

Lois  Etchandy
140 Strada Place
ANAHEIM, CA  92807

Robert  Etchandy
C/O MR. JOHN MCCULLOCH
315 South Via Montanera
ANAHEIM, CA  92807-402

Alice M. Evans
TRUSTEES OF THE RICK TRUST
UNDER THE EVANS FAMILY
TRUST DTD 1/20/89
2127 North Freeman
SANTA ANA, CA  92706

Richard V. Evans
TRUSTEES OF THE RICK TRUST
UNDER THE EVANS FAMILY
TRUST DTD 1/20/89
2127 North Freeman
SANTA ANA, CA  92706

Candace Laine Evenson
1440 E. Jones St.
SANTA MARIA, CA 93454

John A. Feliciano
P.O. Box 368
LOS OLIVOS, CA 93441

Louise H. Feliciano
P.O. Box 368
LOS OLIVOS, CA 93441

Adam B. Firestone
620 McMurray Road
BUELLTON, CA  93427

Leonard K. Firestone
P.O. Box 2457
RANCHO MIRAGE, CA  92270-1087

Francine Phillips Fisher
772 Kesterl Court
REDMOND, OR  97756

Charlotte A. Foster
6706 Cedar Lane, Apt #2
WESTMONT, IL  60559-335

Donald H. Foster
5431 NE 35th #5
SILVER SPRING, FL  34488-942

George  Foster
5924 S. Ada Street
CHICAGO, IL  60636-1802

Herbert  Foster
C/O SALLY FOSTER
9610 S. Mason Avenue
OAK LAWN, IL  60453-285

William L. Foster
3983 Ridge Road
BUFORD, GA  30519-371

Rene  Fowler
7476 Graciosa Road
SANTA MARIA, CA  93455

Beatrice Galewood
6371 VAN BUREN ST.
P.O. Box 56
ATWOOD, CA  92601-0056

Bryan  Galewood
6371 VAN BUREN ST.
P.O. Box 56
ATWOOD, CA  92601-0056

Janet K. Ganong
2307 Myrtle Street
BAKERSFIELD, CA  93301

1574400.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **0028**

*June 2012*                               POS 6                    **F 9013-3.1.PROOF.SERVICE**

Estate Of Manuela G. Garcia
DEPARTMENT OF HEALTH
SERVICES
Case #XXXX/55/30, P.O. Box 2946
SACRAMENTO, CA  95814

Juanita A. Garcia
3353 Georgetown Pl
SANTA CLARA, CA  95051-1535

Clifford O. Gatewood
1661 Buena Vista
CORONA, CA  91720

Gary B. Gatewood
1821 Road 72
PASCO, WA  99301

Kenneth E. Gatewood
913 S. Grand Ave., Space 35
SAN JACINTO, CA  92583

Richard A. Gatewood
12206 Mapple Street
Mountain Home, AR  72653

Ina V. Gathas
631 N. Lemon St.
ANAHEIM, CA 92805-2627

William C. Gathas Jr.
1308 E. Rosewood Ave.
ANAHEIM, CA 92805-1118

Waldo A. Gillette, Jr.
P.O. Box  877
FRIDAY HARBOR, WA  98250-0877

Mildred Seymour Gillian Trust
2633 Third Street
LA VERNE, CA  91750

Helen  Glass
1241 Kurt Avenue
Modesto, CA  95350

Arnold H. Gold, Trustee
Hatway Family Q/Tip Trust date
2/18/84
10842 Alta View Drive
Studio City, CA  91604-3901

Christopher John Gordon
49015 Cedros Circle
La Quita, CA  92253

David Murphy Gordon
P. O. Box 3049
SANTA CRUZ, CA  95063

Kathleen N. Graham
1163 Jones Bar Trail
PLUMAS LAKE, CA  95961

Anne E. Gresham
20412 Vineyard Lane
CASTAIC CA 91384

Gary  Gresham
P.O. Box 1017
Buellton, CA  93427

Gail  Gresham
7941 La Riviera Drive
Sacramento, CA  95826

Virginia Kestner Griswold
210 Haley Lne
WATSONVILLE, CA  95076

GRL, LLC
45 Rockefeller Plaza Suite 2401
New York, NY  10111

Guarantee Royalties Inc.
C/O RICHARD J. LAUTER &
COMPANY
11801 Washington Blvd.
LOS ANGELES, CA  90066

Beatrice F. Guinn
6082 Ridge Way
YORBA LINDA, CA  92886

Caroline G. Gwerder
ADVANCED ROYALTY RECOUP
INTST
P.O. Box 242
WALNUT GROVE, CA  95690

Jeff  Hall
6245 E. Diablo Sunrise Road
TUCSON, AZ 85756

Katherine S. Hanberg
As Joint Tenant with rights of survivor
P.O. Box 1911
LOMPOC, CA  93438

William  Hanberg
As Joint Tenant with rights of survivor
P.O. Box 1911
LOMPOC, CA  93438

Nancy W. Hanna
300 E. 56th St., Apt 27G
NEW YORK 10122

1574400.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    0029

June 2012                                        POS 7                F 9013-3.1.PROOF.SERVICE

Kurt C. Harbordt
14a East 3rd Street
FREDERICK, MD 21701

Helen Hathaway
TRUSTEE, J.I. HATHAWAY
FAMILY TRUST
11854 Florence Avenue
SANTA FE SPRINGS, CA 90670-1404

Julian Hathaway
TRUSTEE, J.I. HATHAWAY
FAMILY TRUST
11854 Florence Avenue
SANTA FE SPRINGS, CA 90670-1404

Anna Hathaway Trust Acct.xx-xx46-30
NORTHERN TRUST BANK OF
CALIF. N.A.
P.O. Box 226270
DALLAS, TX 75222-6270

John And Winola Hazard Revocable
Trust
2119 Verde St.
Bakersfield, CA 93304

William L. Hjorth Trust
212b Mountain View
CHULA VISTA, CA 91910

Mary Hoexter
899 East Charleston Rd, Apt M308
PALO ALTO, CA 94303

Cameron S. Holman Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA 93101

Holly L. Holman Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA 93101

Heather L. Holman Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA 93101

Gretchen Howard
12011 6th Ave. N.W.
SEATTLE, WA 98177

Elizabeth Susan Hunt
1445 SE Division St
Portland, OR 97202

Anthony D. Hunter
1712 Cheddar Street
LAS VEGAS NV 89117

Derek K. Hunter
15 Blue Ridge Lane
WOODSIDE, CA 94062-250

Caralee Dean Iverson
175 Camille Ct
ALAMO, CA 94507

J.P. Morgan-Chase
ATT: MICHAEL KEARNEY
REF: 030057 NASSAU ASSOC-
SABA
450 West 33rd St., 15th Floor
NEW YORK, NY 10041

John C. Jackson Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA 93101

Peter Jackson, Jr. Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA 93101

William L. Jackson Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA 93101

James A Barbour Trust
WELLS FARGO TRUST OIL & GAS
P.O. Box 5383
DENVER, CO 80217

Allen David Janes
1018 Janes Rd.
Medford, OR 97501

Gary A. Jerman
4194 S. Valentia Street
DENVER, CO 80237

Susan J. Jerman
4194 S. Valentia Street
DENVER, CO 80237

David Jordan
2922 Eckleson Street
LAKEWOOD, CA 90712

JP Morgan Chase Bank
F/A/O M.J. WORMSBAKER
ACC#XXXXX0037
234 S. Main Street
Willits, CA 95490

Fred M. Kay, M.D.
10276 E. Nolina Tr.
SCOTTSDALE, AZ 85262

John Patrick Kearney
1500 North E Street
SAN BERNARDINO, CA 92405

1574400.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **0030**

June 2012                                              POS 8                        **F 9013-3.1.PROOF.SERVICE**

C. J. Kelley, Jr.
3018 N. Street NW
WASHINGTON, DC  20007

Eugene Kenway
45660 Cielito Drive
INDIAN WELLS, CA  92210

Robert Kestner
1261 Davis Avenue
Concord, CA  94518

Nancy Laforce Keyes
1103 North Garland Street
MIDLAND, TX  79703

Patricia A. Kody
34232 Atteridge Place
FREMONT, CA  94555

Joseph Kraus
99 Treecrest Ct.
ROSEVILLE, CA  95678

Mark  Kraus
6081 Hale Avenue
CLEARLAKE, CA  95422

Joan  Krause
FREDERICK C. KRAUSE TRUST
TWO
727 El Mirador
FULLERTON, CA  92835

Isaac N. Kraushaar
KRAUSHAAR TRUST B.
1700 Kanola Road
LA  HABRA, CA  90631

Phyllis Aileen Kruger
985 Ithaca Drive
BOULDER, CO  80303

Theodore  Kruger
27981 Calle Valdes
MISSION VIEJO, CA  92692

W. Watson Laforce Jr.
P.O. Box 353
MIDLAND TX 79705

Margaret S. Landon
P.O. Box 1622
RANCHO SANTA FE, CA  92067

Landowners Royalty Co.
P.O. Box 491150
LOS ANGELES, CA  90049

Laor
4640 Admiralty Way, Suite 700
MARINA DEL REY, CA  90292

Jacqueline Thomas Law
649 Onaha Street
HONOLULU, HI  96816-4918

Margaret D. Lee Trust
1944 Las Encinas Ct.
LOS GATOS, CA  95030

Margaret D. Lee
1944 Las Encinas Ct.
LOS GATOS, CA  95030

Alice G. Lenz
4203 Pinehurst Circle
STOCKTON, CA  95219-1839

Robin Allyn Lush
C/O 1ST NATIONAL BANK,
ACCT#XX8679
Attn: Robert Stafford
AMES, IA  50010

Brett William Lush
29 Rue Centre
CHANBLY, QUEBEC

George R. Luton Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA  93101

Nicholas B. Luton Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA  93101

Benjamin Richard Lypps
3074 Lakemont Drive
FALLBROOK, CA  92028

Catherine M. Lypps
1499 Old Mountain Ave. Spc 29
San Jacinto, CA  92583-1029

Charles Norbert Lypps
2680 Canyon Crest Drive
ESCONDIDO, CA  92027

David H. Lypps
615 W. Fallbrook St.
FALLBROOK, CA  92028

1574400.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **0031**

*June 2012*                                  POS 9                          **F 9013-3.1.PROOF.SERVICE**

Heidi Elizabeth Lypps
472 37th Street # 1
OAKLAND, CA  94609-2813

Jack J. Lypps
4650 Dulin Rd., Space 71
ESCONDIDO CA 92026

Linda C. Mahnken
2550 Canet Rd.
San Luis Obispo, CA  93405

Charlene Marie
329 Osborne Street
VISTA, CA  92084

Paul Markling
245 North Vine-Suite 402
SALT LAKE CITY, UT  84103

Phillis Markling
245 North Vine-Suite 402
SALT LAKE CITY, UT  84103

The Marshall Family Plan, L.P.
4722 Oceanridge Drive
HUNTINGTON BEACH, CA 92649

Patricia Ann Martin
24 Haskel
Glouster, MA  01930

Jack  Maxwell
11140 Springfield Pike C-447
Cincinnati, OH 45246

Daniel  May
359 S. Gerhart Ave
Los Angeles, CA  90022

Sandra D Mcentee
255 Hawks Hill Rd
Scotts Valley, CA  95066

Nancy W. Mcgilvra
3309 E. Desert Lane
PHOENIX, AZ  85042

Paula  Mcginnis
1510 San Lorenzo Ave
BERKELEY, CA  94707

Michael  Mclaughlin
3840 N. Woodridge Way
FLAGSTAFF, AZ 86004

Sean  Mclaughlin
2160 Elden Ave, Unit 101
COSTA MESA, CA  92627

Tim  Mclaughlin
771 Alderwood Drive
Newport Beach, CA  92660

Beth  Mcmanis
2806 Ganges Ave
DAVIS, CA  95616

Leigh T. Medema
107 Griffin Ave
Thomaston, GA. 30286

Jan L. Meyer
2951 Rockmont Avenue
CLAREMONT, CA  91711

Mildred H. Harbordt Trust
Wells Fargo Bank SAO, P.O. Box
41779
AUSTIN, TX 78704

George  Mitchell
441 7th Ave. South
JACKSONVILLE BEACH, FL  32250

Sarahe  Mitchell
2000 Glades Road, #206
BOCA RATON, FL  33431

Nancy D. Monighetti Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA  93101

R. M. Monighetti Trust
C/O MACFARLANE, FALETTI & CO
W.F. LUTON, JR., N.L. JACKSON,
115 Micheltorena St., Ste 200
SANTA BARBARA, CA  93101

Anne W. Moody
810 Leighton Point Rd
PEMBROKE, ME  04666

Esther  Morales
3210 Ave. Q
GALVESTON, TX  77550

Frederick A. Morell
12397 Rock Ridge Road
Herndon, VA  20170

1574400.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **0032**

Michele Moretti
1236 Elko Dr.
Sunnyvale, CA 94089

The Morganti Ranch
a limited partnership
P.O. Box 2075
ORCUTT, CA 93455

Gary Wayne Morlock
15844 Bent Tree Road
POWAY, CA 92064

Horace Morlock
6640 Redwood Drive # 104
ROHNERT PARK, CA 94928

Janis L. Morlock
2441 Lily Langtry Ct.
PARK CITY, UT 84060

May H. Morrison
1012 North Bradford
PLACENTIA, CA 92670-430

Zachary Morrison
1814 Franklin Street Suite 800
Oakland, CA 94612-3438

Municipal Securities Company
Attention Linda Von Hanneken-Martin
1940 Soda Mountain
Ashland, OR 97520

Juanita Munoz
8803 Frances Folsom St SW
Lakewood, WA 98498

John D. Naccarato
1720a San Luis Drive
San Luis Obispo, CA 93401

Timothy Naccarato
3354 Marina Cove Circle
Elk Grove, CA 95758

Naess Family Trust B
Attn: Richard Naess
22601 Allview Terrace
Laguna Beach, CA 92651

Constance Napolitano
P.O. Box 3103
Ventura, CA 93006

Olga Neisser
10585 Butterfield Road
LOS ANGELES, CA 90064

Ronald Lee Newark
2101 East Betteravia Rd.
SANTA MARIA, CA 93454

Sherrill Lynn Newark
2101 East Betteravia Rd.
SANTA MARIA, CA 93454

Ronald L. Newark
2101 East Betteravia Rd.
SANTA MARIA, CA 93454

John S. Newton
1159 Main Street
VANCOUVER BC

Odyssey Royalties, L.L.C.
8261 S. Monaco Court
ENGLEWOOD, CA 80112

Pam Ogden
18120 Ridgegate Ct.
GLASTONE, OR 97027

Judy A. Oldham
1017 Meadowbridge Dr.
Folsom, CA 95630

Angie G. Olivares
512 S. Lawence Avenue
FULLERTON, CA 92832-251

Audrey Oxandaboure
P.O. Box 599
TAHOE CITY, CA 96145

Jeffery Oxandaboure
P.O. Box 6925
TAHOE CITY, CA 96145

Michael Oxandaboure
17391 Elm
FOUNTAIN VALLEY, CA 92708

Norma Oxandaboure
18990 Vista De Montanas
MURRIETA, CA 92562

Pacific American Oil Co.
10900 Wilshire Blvd., Suite 1600
LOS ANGELES, CA 90024

1574400.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **0033**

*June 2012*                                     POS 11                    **F 9013-3.1.PROOF.SERVICE**

Leslie C. Payne
614 West Vista Circle
SANTA MARIA, CA  93454

Mark F. Payne
2430 Rolling Green Dr
SANTA MARIA, CA  93455-1525

David Alan Pearce
1630 North Main St, #230
WALNUT CREEK, CA  94596

John Dana Pearce
2926 Vista Grande
FAIRFIELD, CA  94533

Marilyn Pestoles
PESTOLESI FAMILY TRUST
9192 S V L Box
VICTORVILLE, CA  92392

Robert A. Pestoles
PESTOLESI FAMILY TRUST
9192 S V L Box
VICTORVILLE, CA  92392

Petrorock, LLC
5060 California Avenue, Suite 640
BAKERSFIELD, CA  93309

Ralph A. Phillips
3530 N. El Dorado Ave.
LAKE HAVASU CITY, AZ  86406

Placentia Unified School Dist
1301 E. Orangethrope Avenue
PLACENTIA, CA  92870

Presbyterian Church (USA)
505 N. Rodeo Drive
BEVERLY HILLS, CA  90210

Ray  Prescott
560 Shorepines
COOS BAY, OR  97420

Martha  Pullen
1621 No. Lindendale Ave.
Chico, CA  95927

Paul  Pullen
1621 No. Lindendale Ave.
Chico, CA  95927

Punta De Laguna Properties LLC
C/O Dorothy Hamilton CPA
314 E. Chapel Street
Santa Maria, CA  93454

Pursuit Energy Corp.
P.O. Box 671098
DALLAS, TX  75367

Paula  Pyche
7367 Graciosa Road
SANTA MARIA, CA  93455

Samantha Ann Raymond
1644 Leah Way
Paso Robles, CA  93446

Rdi Royalty Distributors Inc.
P.O. Box 24116
TEMPLE, AZ  85285

Elaine S Reeves
626 Bellefontaine St
Pasadena, CA  91105

Roy W. Reeves
626 Bellefontaine St
Pasadena, CA  91105

Rosalind  Renouard
824 Madison Avenue
Baynbridge Island, WA  98110

Judy A. Rigers
P.O. Box 234
SANTA MARIA, CA  93456

Timothy  Righetti
7476 Graciosa Road
SANTA MARIA, CA  93455

Paul T. Righetti
7476 Graciosa Road
SANTA MARIA, CA  93455

Susan  Righetti
7476 Graciosa Road
SANTA MARIA, CA  93455

Sally  Ritter
3875 Skyline Blvd
Reno, NV  89509-5661

Robert D. Etchandy Trust
C/O SUSAN MCCULLOCH
315 Via Montanera
ANAHEIM, CA  92807

1574400.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **0034**

*June 2012*                                POS 12                **F 9013-3.1.PROOF.SERVICE**

James R. Roberts
35260 Pauba Road
TEMECULA, CA 92592

Teresa Rogerson
715 Ohio St
VALLEJO, CA 94590

Roman Catholic Archbishop Of Los
Angeles
3424 Wilshire Blvd
LOS ANGELES, CA 90010-2241

Roman Catholic Bishop Of Orange
2811 East Villa Real Drive
ORANGE, CA 92867

The Roundrock Group
5003 Windy Meadow Drive
Plano, TX. 75023

Charles Ruby Jr.
1991 Webster St.
PALO ALTO, CA 94301

Griffith L. Ruby
1016 Rock Rose Lane
Lompoc, CA 93436

Sadd Family Trust
10100 Santa Monica Suite 800
Los Angeles, Ca. 90067

Hernando Samper
C/O DARIER & CO.
2-4 RUE DE SAUSSURE
1204 GENEVA
SWITZERLAND

Santa Barbara Cottage Hospital
P.O. Box 689
SANTA BARBARA, CA 93102

Santa Barbara Foundation
15 E. Carillo St.
SANTA BARBARA, CA 93101-2780

Santa Maria Joint Union High School
Dist
2560 Skyway Dr.
Santa Maria, CA 93455

Thomas Scanlon
1539 Tavern Road #49
ALPINE, CA 91901

Theodore A. Schilling
7253 Gadwall Way
O'Fallon, MO 63368-8048

Ann Jenney Schupp
C/O M H WHITTIER CORP.
1600 Huntington Drive
SOUTH PASADENA, CA 91030

Frank P. Scott
62501 Beaver Loop Rd. #1
NORTH BEND, OR 97459

Herbert David Scott
1713 Prospect St.
NATIONAL CITY, CA 92050-5150

Robert P. Scott
7200 Dundee Lane
FALLON, NV 89406

Arline Sebourn
TRUSTEE OF THE M. AND A.
BEESON TRUST
600 N. Cornell
FULLERTON, CA 92210

Alice Sedwick
MACFARLANE,FALETTI & CO.,
EXEC
115 E. Micheltorena St.
SANTA BARBARA, CA 93101

Susanna Sedwick
616 Belvedere Street
SAN FRANCISCO, CA 94117

Kathleen C. Seymour
77 Buckeye Avenue
OAKLAND, CA 94618

Jeffrey Shaffer MD
729 Bigham Cr.
GENEVA, IL 60134

Pamela Shellhorn
17032 La Kenice Way
YORBA LINDA, CA 92886-3717

James J. Shelton, Jr
136 El Camino Drive, Suite 210
Beverly Hills, CA 90212

Alice Karen Sherrill
1650 East Clark Avenue, Space 345
SANTA MARIA, CA 93455

N. Ethel Skiff
326 N. Poinsettia Place
LOS ANGELES, CA 90036

1574400.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **0035**

June 2012                                    POS 13                    **F 9013-3.1.PROOF.SERVICE**

Clifford E. Smelser
4007 Everts Street
SAN DIEGO CA 92109

Barbara Spencer
20 Roxbury Rd
WOODBURY, CT 06798

Jaima Spencer
P.O. Box 601
Elk Grove, CA 95759

Marianne Pearce Springer
3126 Calle Grande Vis
San Clemente, CA 92572-3543

Norma Springfield
6973 Kourie Way #1912
HESPERIA, CA 92345

Lou Ann Steinwand
Steinwand Family Trust Dtd
c/o Paul J. and Lou Ann Steinwand,
Trustees
1214 Warren St
Placentia, CA 92870-3638

Paul J. Steinwand
Steinwand Family Trust Dtd
c/o Paul J. and Lou Ann Steinwand,
Trustees
1214 Warren St
Placentia, CA 92870-3638

Eugene J. Stern Residuary Trust
790 Raymundo Ave.
Los Altos, Ca. 94024

David H. Stern Trust
4640 Admiralty Way Ste. 700
Marina Del Rey, Ca. 90292

Deborah R. Stern
12919 Montana Ave
Los Angeles, Ca. 90049

John L. Stern
2330 Westwood Blvd Ste. 104
Los Angeles, Ca. 90064

Claudette T. Stoffel
512 N. Hawthorne St.
ANAHEIM, CA 92805

Stoner Family Trust
JAMES G. SANFORD SUCC
TRUSTEE
100 West Liberty St. Ste 900
RENO, NV 89501

Marjorie Anne Strellman
c/o CHARLENE MARIE
329 Osborne Street
VISTA, CA 92084

Sutherland Resources Inc.
675 Bering Drive, Suite 100
HOUSTON, TX 77057

Shirley Swan
18445 Hatteras Street #501
TARZANA, CA 91356

Anne B. Taylor
TRUSTEES WILLIAM TAYLOR
FAMILY TRST
4650 Dulin Rd. Space 9
FALLBROOK, CA 92028-9346

Eveline Taylor
322 S. Illinois St.
ANAHEIM, CA 92805

Lillian K. Taylor
TAYLOR TRUST TAX-ID XX-
XXXX1268
P.O. Box 337
BONSALL, CA 92003-033

William Ha Taylor
LILLIAN KATHLEEN TAYLOR
TRUST U/W
4650 Dulin Rd Space 9
FALLBROOK, CA 92028-9346

Estate Of Cecil T. Thomas, Jr.
2959 Eaton Ave.
San Carlos, CA 94070

Robert S. Thomas
1920 Wilbur Ave.
San Diego, Ca. 92109

Rebecca G. Thompson
137 Warwick Place
South Pasadena, CA 91030

Carol M Thompson
37154 Floral Creek Circ.
MURRIETTA, CA 92562

Kristine Tomlinson
NORMAN FAMILY TRUST
2176 Hackamore Dr
Mohave Valley, AZ 86440

Carol A. Travis
P.O. Box 2870
JACKSON, WY 83001

George R. Tuerk
10 Winged Foot Lane
Newport Beach, CA 92660

1574400.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **0036**

*June 2012*                                    POS 14                        **F 9013-3.1.PROOF.SERVICE**

Arthur Leonard Tuggy
350 E. Cole Avenue
WHEATON, IL  60187

Aileen  Twitchell
2110 Mead Lane
SANTA MARIA, CA  93455

Dennis W. Twitchell
P.O. Box 1774
MYRTLE CREEK, OR  97457

Glenn R. Twitchell
4249 Louise Drive
Carson City, NV 89706

John  Twitchell
P.O. Box 2307
ORCUTT, CA  93456

Kyle T. Twitchell
P.O. Box 1127
Santa Maria, CA  93456

Valerie V. Twitchell
P.O. Box 1127
Santa Maria, CA  93456

U/W E W Pyne #Xx-X3904
NORTHERN BANK OF
CALIFORNIA  TRUST
P.O. Box 226270, Attn:  Tom Rucker
DALLAS, TX  75222

U/W E.W.Pyne #Xx-X3904
NORTHERN TRUST BANK OF
CALIF
SUCCESSOR TRUSTEE
P.O. Box 226270, Attn:  Tom Rucker
DALLAS, TX  75222

Claudia  Valentine
320 Cliff View Drive
Reno, NV  89523

Ronald Fred Van Vliet
1401 N. Brighton Street
La Habra, CA  90631

Victory Oil Co.
222 West 6th Street Suite 1010
SAN PEDRO, CA  90731

A. William Wadsworth
70 Jane St.
NEW YORK, NY  10014

Douglas D. Waldron Jr
949 Old Ranch Road
Solvang, CA  93463

Diane T. Walker
748 Oceanville Rd.
STONINGTON, ME  04681-9714

Larry L. Wallace Jt/Wros.
P.O. Box 1146
APSEN CO 81612

Mary L. Wallace Jt/Wros.
P.O. Box 1146
APSEN CO 81612

Richard A. Wallace
RICHARD A WALLACE TRUST
11792 Loma Linda Way
SANTA  ANA, CA  92705-3033

Arthur W. Wallander Jr.
104 Wellers Bridge Road
Roxbury, CT  06783

Wells Fargo Bank
JOHNSTON TRUST FBO WM
DOUGHTY XX1758
2222 W. Shaw #11
FRESNO, CA  93711-3407

Catherine  Wells
1104 Gatewood Ct.
WICHITA, KS  67206

William Boyd Wells
2855 Acorn Street
LEBANON, OR  97355

John H. Wents
DORIS R. WENTS TRUSTEE
122 N. Nicholson Avenue, Apt E
MONTERY PARK, CA  91755

John  Wertin
600 Aldean Place
Newport Beach, CA  92265

Robert Emil Wetzel
1419 Keegan St.
SANTA ANA, CA  92705

Thomas J. Wetzel
2889 Cobble Way
LAKE HAVASU CITY, AZ 86406

Terri Denise Whitlock
P.O Box 277
Tisomingo, OK  73460

---

1574400.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **0037**

*June 2012*                                POS 15                    **F 9013-3.1.PROOF.SERVICE**

Alice Sedwick Wohl
12 Long Pond Road
HOUSATONIC, MA 01236

Mary M. Wohlford
505 Sansome Street #1701
SAN FRANCISCO, CA  94111-3121

Estate Of Edna G. Yorba
c/o MARGARET L. YORBA
5409 E. Suncrest Rd.
ANAHEIM, CA  92807

Fred J Yslas
1569 Canfield Lane #1
ANAHEIM, CA  92805

Dena  Zepeda
TWITCHELL AND RICE
1622 Charlie Lane
Santa Maria, CA  93454

Dorothea K Zuckerman
D. J. WASSNER REVOCABLE
TRUST, 1-24-95
812-C Kalpati Circle
CARLSBAD, CA  92008-4159

Dorothy K. Zuckerman
1012 Loma Vista Dr.
BEVERLY HILLS, CA  90210

Edward K. Zuckerman
C/O ALDER GREEN HASSON &
JANKS LLP
10990 Wilshire Blvd., 16th Floor
LOS ANGELES, CA  90024

1574400.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **0038**

*June 2012*                                    POS 16                    **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/02/2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 6/02/2020_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 6/02/2020 | Gloria Ramos | /s/ Gloria Ramos |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION** (if needed):

## 1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Bradley D Blakeley    blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- Alan D Condren    , berickson@seedmackall.com
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- Karen L Grant    kgrant@silcom.com
- Brian L Holman    b.holman@mpglaw.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Mitchell J Langberg    mlangberg@bhfs.com, dcrudup@bhfs.com
- Michael Authur McConnell (TR)    Michael.mcconnell@kellyhart.com
- Brian M Metcalf    bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- Jerry Namba    nambaepiq@earthlink.net, G23453@notify.cincompass.com;annie_cunningham@ymail.com
- Benjamin P Pugh    bpugh@ecg.law, mwoo@ecg.law;mhamburger@ecg.law;calendar@ecg.law
- Edward S Renwick    erenwick@hanmor.com, iaguilar@hanmor.com
- J. Alexandra Rhim    arhim@hrhlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- William E. Winfield    wwinfield@calattys.com, scuevas@calattys.com

## 2.  SERVED BY U.S. MAIL

**DEFENDANT**
PHYLLIS AILEENKRUGER
985 ITHACA DRIVE
BOULDER, CO  80303

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.